2:20-cv-966

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS Donald J. Trump for President, Inc.; Glenn Thompson; Mike Kelly; John Joyce; Guy Reschenthaler; Republican National Committee; Melanie S. Patterson; C. David Show | DEFENDANTS Kathy Boockvar, Secretary of the Commonwealth; and all 67 County Boards of Election in the Commonwealth |
|---|---|
| (b) County of Residence of First Listed Plaintiff    New York<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant    Dauphin<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(First Name, Address, and Telephone Number)*<br>Ronald L. Hicks, Jr., Jeremy A. Mercer, Russell D. Giancola/Porter Wright Morris & Arthur LLP, 6 PPG Pl., 3rd Fl., Pgh., PA 15222 / 412-235-4500 | Attorneys *(If Known)*<br>Josh Shapiro, Pennsylvania Office of Attorney General, Strawberry Square, Harrisburg, PA 17120 / 717-787-3391 |

| II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* | | | | |
|---|---|---|---|---|---|---|
| | | *(For Diversity Cases Only)* | | | | |
| _ 1  U.S. Government<br>Plaintiff | ✓ 3  Federal Question<br>*(U.S. Government Not a Party)* | | PTF   DEF | | PTF | DEF |
| | | Citizen of This State | 1      1 | Incorporated or Principal Place<br>of Business In This State | 4 | 4 |
| _ 2  U.S. Government<br>Defendant | _ 4  Diversity<br>*(Indicate Citizenship of Parties in Item III)* | Citizen of Another State | 2      2 | Incorporated and Principal Place<br>of Business In Another State | 5 | 5 |
| | | Citizen or Subject of a<br>Foreign Country | 3      3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment<br>& Enforcement of Judgment<br>151 Medicare Act<br>152 Recovery of Defaulted<br>Student Loans<br>(Excludes Veterans)<br>153 Recovery of Overpayment<br>of Veteran's Benefits<br>160 Stockholders' Suits<br>190 Other Contract<br>195 Contract Product Liability<br>196 Franchise | **PERSONAL INJURY**<br>310 Airplane<br>315 Airplane Product<br>Liability<br>_ 320 Assault, Libel &<br>Slander<br>_ 330 Federal Employers'<br>Liability<br>340 Marine<br>_ 345 Marine Product<br>Liability<br>350 Motor Vehicle<br>_ 355 Motor Vehicle<br>Product Liability<br>360 Other Personal<br>Injury<br>362 Personal Injury -<br>Medical Malpractice | **PERSONAL INJURY**<br>_ 365 Personal Injury -<br>Product Liability<br>367 Health Care/<br>Pharmaceutical<br>Personal Injury<br>Product Liability<br>368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>370 Other Fraud<br>371 Truth in Lending<br>_ 380 Other Personal<br>Property Damage<br>385 Property Damage<br>Product Liability | 625 Drug Related Seizure<br>of Property 21 USC 881<br>_ 690 Other<br><br>**LABOR**<br>_ 710 Fair Labor Standards<br>Act<br>_ 720 Labor/Management<br>Relations<br>740 Railway Labor Act<br>751 Family and Medical<br>Leave Act<br>790 Other Labor Litigation<br>_ 791 Employee Retirement<br>Income Security Act | 422 Appeal 28 USC 158<br>_ 423 Withdrawal<br>28 USC 157<br><br>**PROPERTY RIGHTS**<br>820 Copyrights<br>830 Patent<br>_ 835 Patent - Abbreviated<br>New Drug Application<br>840 Trademark<br>**SOCIAL SECURITY**<br>861 HIA (1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g))<br>864 SSID Title XVI<br>865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>870 Taxes (U.S. Plaintiff<br>or Defendant)<br>871 IRS—Third Party<br>26 USC 7609 | 375 False Claims Act<br>_ 376 Qui Tam (31 USC<br>3729(a))<br>400 State Reapportionment<br>410 Antitrust<br>430 Banks and Banking<br>450 Commerce<br>460 Deportation<br>470 Racketeer Influenced and<br>Corrupt Organizations<br>480 Consumer Credit<br>485 Telephone Consumer<br>Protection Act<br>490 Cable/Sat TV<br>850 Securities/Commodities/<br>Exchange<br>890 Other Statutory Actions<br>891 Agricultural Acts<br>893 Environmental Matters<br>895 Freedom of Information<br>Act<br>896 Arbitration<br>899 Administrative Procedure<br>Act/Review or Appeal of<br>Agency Decision<br>950 Constitutionality of<br>State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| 210 Land Condemnation<br>220 Foreclosure<br>230 Rent Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property | ✓ 440 Other Civil Rights<br>441 Voting<br>442 Employment<br>443 Housing/<br>Accommodations<br>445 Amer. w/Disabilities -<br>Employment<br>446 Amer. w/Disabilities -<br>Other<br>448 Education | **Habeas Corpus:**<br>463 Alien Detainee<br>510 Motions to Vacate<br>Sentence<br>530 General<br>535 Death Penalty<br>**Other:**<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition<br>560 Civil Detainee -<br>Conditions of<br>Confinement | **IMMIGRATION**<br>462 Naturalization Application<br>465 Other Immigration<br>Actions | | |

| V. ORIGIN *(Place an "X" in One Box Only)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓1 Original<br>Proceeding | 2 Removed from<br>State Court | 3 Remanded from<br>Appellate Court | 4 Reinstated or<br>Reopened | 5 Transferred from<br>Another District<br>*(specify)* | 6 Multidistrict<br>Litigation -<br>Transfer | | 8 Multidistrict<br>Litigation -<br>Direct File |

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:<br>42 U.S.C. 1983 - Civil action for deprivation of rights<br>Brief description of cause:<br>Action for Injunction and Declaratory Relief re: federal and state constitutional violations in 2020 federal election |
|---|---|

| VII. REQUESTED IN<br>COMPLAINT: | CHECK IF THIS IS A CLASS ACTION<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S)<br>IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE<br>06/29/2020 | SIGNATURE OF ATTORNEY OF RECORD<br>/s/ Ronald L. Hicks, Jr. |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

JS 44A REVISED June, 2009
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**

This case belongs on the (    Erie       Johnstown      ◉Pittsburgh) calendar.

1. **ERIE CALENDAR** - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean. Venang or Warren, OR any plaintiff or defendant resides in one of said counties.

2. **JOHNSTOWN CALENDAR** - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset OR any plaintiff or defendant resides in one of said counties.

3. Complete if on **ERIE CALENDAR**: I certify that the cause of action arose in_____ County and that the _____resides in_____County.

4. Complete if on **JOHNSTOWN CALENDAR**:  I certify that the cause of action arose in _____County and that the_____resides in _____County.

**PART B** (You are to check ONE of the following)

1.    This case is related to Number_____ . Short Caption_____

2. ◉  This case is not related to a pending or terminated case.

DEFINITIONS OF RELATED CASES:
CIVIL:  Civil cases are deemed related when a case filed relates to property included in another suit or involves the same issues of fact or it grows out of the same transactions as another suit or involves the validity or infringement of a patent involved in another suit EMINENT DOMAIN:  Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related. HABEAS CORPUS & CIVIL RIGHTS:  All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

**PARTC**

I. CIVIL CATEGORY (Select the applicable category).

1.    Antitrust and Securities Act Cases
2.    Labor-Management Relations
3.    Habeas corpus
4. ◉  Civil Rights
5.    Patent, Copyright, and Trademark
6.    Eminent  Domain
7.    All  other federal question cases
8.    All  personal  and property damage tort cases,  including  maritime,  FELA, Jones Act, Motor vehicle, products liability, assault, defamation,  malicious prosecution, and false arrest
9.    Insurance indemnity, contract and other diversity cases.
10.    Government Collection Cases (shall include HEW Student Loans (Education), V A  0verpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.),  HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, SBA Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct

/s/ Ronald L. Hicks, Jr.

Date: June 29, 2020_____          _____

ATTORNEY AT LAW

NOTE: ALL SECTIONS OF BOTH FORMS MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.