IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, <br><br> Defendants. | ) <br> ) <br> ) CIVIL ACTION NO: 2:20-CV-00966 <br> ) <br> ) JUDGE J. NICHOLAS RANJAN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of Jeremy A. Mercer on behalf of all Plaintiffs in this matter.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: June 30, 2020          By:   */s/ Jeremy A. Mercer*
                                   Ronald L. Hicks, Jr. (PA #49520)
                                   Jeremy A. Mercer (PA #86480)
                                   Russell D. Giancola (PA #200058)
                                   Six PPG Place, Third Floor
                                   Pittsburgh, PA 15222
                                   (412) 235-4500 (Telephone)
                                   (412) 235-4510 (Fax)
                                   rhicks@porterwright.com
                                   jmercer@porterwright.com
                                   rgiancola@porterwright.com

                                   and

                                   Matthew E. Morgan (DC #989591)
                                   Justin Clark (DC #499621)
                                   (both to be admitted pro hac vice)
                                   Elections, LLC
                                   1000 Maine Ave., SW, 4th Floor
                                   Washington, DC 20224

(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2020, a true and correct copy of the foregoing **PRAECIPE OF APPEARANCE** was sent to the process servers for service, along with the Summons and Complaint, on each Defendant.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Jeremy A. Mercer*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

and

Matthew E. Morgan (DC #989591)
Justin Clark (DC #499621)
(both to be admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

13447152v1