IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHY BOOCKVAR, et al.,<br><br>    Defendants. | 2:20-cv-966-NR |

## ORDER

The Court is cognizant of the exigency of this case, but is also mindful that *ex parte* motions (even ones that are largely procedural) are disfavored. Balancing these considerations, the Court hereby **ORDERS**: (i) on or before **July 6, 2020**, Plaintiffs' counsel shall serve by overnight mail (and e-mail or facsimile, if possible) the complaint [ECF 4], the motion to expedite [ECF 6], and a copy of this order on Defendants or the attorneys that Plaintiffs reasonably believe to be counsel for Defendants in this matter; (ii) upon mailing of those documents, Plaintiffs' counsel shall file a certification, certifying that the complaint, motion, and order were mailed or otherwise delivered to Defendants or their counsel, and describing those efforts; and (iii) Defendants shall have until **July 13, 2020** to file any responses to the motion to expedite (responses not to exceed 10 pages). Nothing in this order shall be construed to excuse the requirement that Plaintiffs serve original process pursuant to the procedures outlined in Federal Rule of Civil Procedure 4.

Dated: July 2, 2020                    BY THE COURT:

                                                   /s/ *J. Nicholas Ranjan*
                                                   United States District Judge