# EXHIBIT A

| State/County | First Name | Middle Initial | Last Name | Title | Street Address | City | State | ZIP Code | Telephone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pennsylvania Department of State | Timothy | E. | Gates | Chief Counsel | Pennsylvania Department of State, Office of Chief Counsel, 306 N. Office Building | Harrisburg | PA | 17120 | 717-783-0736 | 717-214-9899 | tgates@pa.gov |
| Pennsylvania Department of State | | | | PA DOS Legal Department | Pennsylvania Department of State, Legal Office, Penn Center, 2601 N. 3rd Street | Harrisburg | PA | 17110 | 717-783-7200 | 717-787-0251 | |
| Pennsylvania Attorney General's Office | Joshua | | Shapiro | Attorney General | PA Office of Attorney General, Strawberry Sq., Fl. 16 | Harrisburg | PA | 17120 | 717-783-7556 | 717-787-8242 | https://www.attorneygeneral.gov/contact/ |
| Adams County Board of Elections | Molly | R. | Mudd | Adams County Solicitor | 117 Baltimore Street, Room 207 | Gettysburg | PA | 17325 | 717-337-5911 | 717-334-9542 | mmudd@adamscounty.us |
| Allegheny County Board of Elections | Andrew | F. | Szefi | Allegheny County Solicitor | Fort Pitt Commons, 445 Fort Pitt Blvd., Suite 300 | Pittsburgh | PA | 15219 | 412-350-1120 | 412-391-7310 | andrew.szefi@alleghenycounty.us |
| Allegheny County Board of Elections | Allan | J. | Opsitnick | Allegheny County Assistant Solicitor | Allegheny County Law Department, 564 Forbes Avenue, Suite 1301 | Pittsburgh | PA | 15219 | 412-391-3299 | 412-391-7310 | aopsitnick@opsitnickslaw.com |
| Armstrong County Board of Elections | Andrew | | Sacco | Armstrong County Solicitor | 160 North McKean Street | Kittanning | PA | 16201 | 724-543-1469 | | sslaw@windstream.net |
| Beaver County Board of Elections | Garen | | Fedeles | Beaver County Solicitor | 810 Third Street | Beaver | PA | 15009 | 724-770-4445 | | gfedeles@beavercountypa.gov |
| Beaver County Board of Elections | Nathan | | Morgan | Beaver County Assistant Solicitor | 810 Third Street | Beaver | PA | 15009 | 724-770-4442 | | nmorgan@beavercountypa.gov |
| Bedford County Board of Elections | Dean | A. | Crabtree | Bedford County Solicitor | Koontz & Crabtree, 130 W Penn St # 7 | Bedford | PA | 15522 | 814-623-5114 | 814-623-5116 | dcrabtree.kclaw@comcast.net |
| Berks County Board of Elections | Christine | M. | Sadler | Berks County Solicitor | 633 Court Street, 13th Floor Services Center | Reading | PA | 19601 | 610-478-6105 | 610-478-6139 | csadler@countyofberks.com |
| Berks County Board of Elections | J. | Chadwick | Schnee | Berks County 1st Asst. Solicitor | 633 Court Street, 13th Floor Services Center | Reading | PA | 19601 | 610-478-6105 | 610-478-6139 | cschnee@countyofberks.com |
| Blair County Board of Elections | Nathan | W. | Karn, Sr. | Blair County Solicitor | Evey Blair Attorneys LLC, 401 Allegheny St., P.O. Box 415 | Hollidaysburg | PA | 16648 | 814-695-7581 | 814-695-1750 | nkarn@blairco.org |
| Bradford County Board of Elections | Jonathan | | Foster | Bradford County Solicitor | 303 South Keystone Avenue | Sayre | PA | 18840 | 570-888-1529 | 570-882-8005 | Jonathan.Jr@fosterslawfirm.com |
| Bucks County Board of Elections | Joseph | J. | Khan | Bucks County Solicitor | Bucks County Administration Building, 55 E. Court St. Fifth Floor | Doylestown | PA | 18901 | 215-348-6464 | | |
| Butler County Board of Elections | H. | William | White III | Butler County Solicitor | Butler County Courthouse, 124 W Diamond St. | Butler | PA | 16001 | 724-284-5381 | | |
| Cambria County Board of Elections | William | G. | Barbin | Cambria County Solicitor | 200 South Center Street | Ebensburg | PA | 15931 | 814-535-5561 | 814-535-5566 | wgbarbin@atlanticbb.net |
| Cameron County Board of Elections | Edwin | W. | Thompkins III | Cameron County Solicitor | 20 E 5th St. | Emporium | PA | 15834 | 814-486-1532 | | ewtompkinslaw@gmail.com |
| Carbon County Board of Elections | Daniel | A. | Miscavage | Carbon County Solicitor | Gillespie, Miscavage, & Ferdinand, LLC, 67 N. Church St. | Hazelton | PA | 18201 | 570-235-2770 | 570-405-9810 | dam@gmlawoffices.com |
| Centre County Board of Elections | Elizabeth | A. | Dupuis | Centre County Solicitor | 330 Innovation Blvd., Suite 302 | State College | PA | 16803 | 814-235-8421 | 814-867-8051 | bdupuis@babstcalland.com |
| Chester County Board of Elections | Kristine | | Mayock | Chester County Deputy Solicitor | 312 W. Market St., Suite 6702 | West Chester | PA | 19379 | 610-344-6195 | 610-344-5471 | kmayock@chesco.org |
| Chester County Board of Elections | Thomas | L. | Whiteman | Chester County Solicitor | 313 W. Market St., Suite 6702 | West Chester | PA | 19380 | 610-344-6195 | 610-344-5471 | |
| Clarion County Board of Elections | Chris | | Gabriel | Clarion County Solicitor | Cafardi Ferguson Wyrick Weis & Stotler LLC, 2605 Nicholson Rd #2101 | Sewickley | PA | 15143 | 412-515-8900 | 412-515-8901 | cgabriel@cfwwg.com |
| Clearfield County Board of Elections | Heather | | Bozovich | Clearfield County Solicitor | Lisa Marie Vari & Associates, P.C., 114 1/2 S. Second Street | Clearfield | PA | 16830 | 814-290-0587 | | Info@VariLaw.com |
| Clinton County Board of Elections | Larry | | Coploff | Clinton County Solicitor | Coploff, Ryan, Welch & Houser, 136 E. Water St. | Lock Haven | PA | 17745 | 570-748-7771 | | lec@crwlaw.net |
| Columbia County Board of Elections | Anthony | | McDonald | Columbia County Solicitor | Marinos, McDonald & Knecht, LLP, 106 W. Front St. | Berwick | PA | 18603 | 570-520-4019 | | ajm@mmkllp.com |
| Crawford County Board of Elections | Keith | A. | Button | Crawford County Solicitor | Shafer Law Firm, 890 Market St. | Meadville | PA | 16335 | 814-724-4540 | 814-724-4545 | kbutton@shaferlaw.com |
| Cumberland County Board of Elections | Keith | O. | Brenneman | Cumberland County Solicitor | 1 Couthouse Square, Room 208 | Carlisle | PA | 17013 | 717-240-5444 | 717-240-5445 | solicitor@ccpa.net |
| Dauphin County Board of Elections | Joseph | A. | Curcillo, III | Dauphin County Solicitor | Dauphin County Administration Building (fourth floor), 2 South 2nd Street | Harrisburg | PA | 17101 | 717-780-6301 | 717-257-1604 | jcurcillo@dauphinc.org |
| Delaware County Board of Elections | William | F. | Martin | Delaware County Solicitor | Government Center, 201 W. Front Street | Media | PA | 19063 | 610-891-4074 | 610-891-4816 | martinw@co.delaware.pa.us |
| Elk County Board of Elections | Tom | | Wagner | Elk County Solicitor | Meyer, Wagner, Brown & Kraus, 115 Lafayette St. | St. Marys | PA | 15857 | 814-781-3445 | | info@mwbklaw.com |
| Erie County Board of Elections | Richard | W. | Perhacs | Erie County Chief County Solicitor | Erie County Courthouse, Room 504, 140 West Sixth Street | Erie | PA | 16501 | 814-451-6344 | | rperhacs@eriecountypa.gov |
| Erie County Board of Elections | Thomas | S. | Talarico | Erie County Board of Elections Solicitor | 230 West 6th Street, Suite 202 | Erie | PA | 16507 | 814-459-4472 | 814-454-5851 | ttalarico@nwpalawyers.com |
| Fayette County Board of Elections | John (Jack) | M. | Purcell | Fayette County Chief Solicitor | 55 East Church Street | Uniontown | PA | 15401 | 724-430-1200 | 724-437-2711 | jackpurcell146@gmail.com |
| Forest County Board of Elections | Timothy | R. | Bevevino | Forest County Solicitor | Swanson, Bevevino & Sharp, P.C., 311 Market St. | Warren | PA | 16365 | 814-723-2080 | | attorneys@sbglawoffice.com |
| Franklin County Board of Elections | Jerrold | | Sulcove | Franklin County Solicitor | Black and Davison Law Group, 1110 Kennebec Drive | Chambersburg | PA | 17201 | 717-264-5194 | 717-264-7640 | Jerroldsulcove@blackanddavison.com |
| Fulton County Board of Elections | James | M. | Stein | Fulton County Solicitor | Dick, Stein, Schemel, Wine & Frey, LLP, 13 West Main Street, Suite 210 | Waynesboro | PA | 17268 | 717-762-1160 | 717-762-6040 | dsslaw@dsslawyers.com |
| Greene County Board of Elections | Robert | | Grimm | Greene County Solicitor | Swartz Campbell, Koppers Building 436 7th Ave, Floors 7 & 8 | Pittsburgh | PA | 15219 | 724-569-2819 | 412-471-1107 | rgrimm@co.greene.pa.us |
| Huntingdon County Board of Elections | Peter | | McManamon | Huntingdon Solicitor | Gill, McManamon & Ghaner, 200 Penn St., P.O. Box 383 | Huntingdon | PA | 16652 | 814-643-2460 | 814-643-3229 | pmcmanamon@penn.com |
| Indiana County Board of Elections | Matthew | | Budash | Indiana County Solicitor | Budash & Welch, LLP, 120 S. 7th St. | Indiana | PA | 15701 | 724-463-6050 | 724-463-6064 | mtb@bwlaw120.com |
| Jefferson County Board of Elections | C.J. | | Zwick | Jefferson County Solicitor | 171 Beaver Drive, P.O. Box 1127 | DuBois | PA | 15081 | 814-371-6400 | 814-503-8453 | cjz@zwick-law.com |
| Juniata County Board of Elections | Donald | K. | Zagurskie | Juniata County Solicitor | 117 Main Street | Mifflin | PA | 17058 | 717-436-8044 | 717-436-2722 | dzagurskie@juniataco.org |

| State/County | First Name | Middle Initial | Last Name | Title | Street Address | City | State | ZIP Code | Telephone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lackawanna County Board of Elections | Frank | J. | Ruggiero | Lackawanna County Solicitor | 123 Wyoming Ave., 6th Fl. | Scranton | PA | 18503 | 570-451-0600 | 570-451-2976 | RuggieroF@lackawannacounty.org |
| Lackawanna County Board of Elections | Donald | J. | Frederickson, Jr. | Lackawanna County Solicitor | 123 Wyoming Ave., 6th Fl. | Scranton | PA | 18503 | 570-451-0600 | 570-451-2976 | Fredericksond@lackawannacounty.org |
| Lancaster County Board of Elections | Christina | I. | Hausner | Lancaster County Solicitor | 150 N. Queen St., Suite 714 | Lancaster | PA | 17603 | 717-209-3208 | 717-293-7208 | chausner@co.lancaster.pa.us |
| Lawrence County Board of Elections | Thomas | W. | Leslie | Lawrence County Solicitor | 25 N. Mill St., Suite 503 | New Castle | PA | 16101 | 724-654-8101 | 724-654-8099 | tleslie@co.lawrence.pa.us |
| Lebanon County Board of Elections | David | R. | Warner, Jr. | Lebanon County Solicitor | Buzgon Davis Law Offices, 525 South Eighth Street | Lebanon | PA | 17042 | 717-274-1421 | 717-274-1752 | warner@buzgondavis.com |
| Lehigh County Board of Elections | Thomas | M. | Caffrey | Lehigh County Solicitor | Government Center, Room 440, 17 South 17th Street | Allentown | PA | 18101-2400 | 610-782-3180 | 610-871-2796 | |
| Luzerne County Board of Elections | Romilda | | Crocamo | Luzerne County Chief Solicitor | 200 N. River Street | Wilkes-Barre | PA | 18711 | 570-290-0569 | 570-820-6355 | Romilda.Crocamo@luzernecounty.org |
| Lycoming County Board of Elections | J. | David | Smith | Lycoming County Solicitor | McCormick Law Firm, 835 West Fourth Street | Williamsport | PA | 17701 | 570-326-5131 | 570-326-5529 | dsmith@mcclaw.com |
| McKean County Board of Elections | Anthony | V. | Clarke | McKean County Solicitor | 204 Bolivar Dr. | Bradford | PA | 16701 | 8/14-363-9990 | 814363-9993 | theclarkefirm@yahoo.com |
| Mercer County Board of Elections | William | J. | Madden | Mercer County Solicitor | 165 Euclid Ave. | Sharon | PA | 16146 | 724-342-1300 | 724-342-5514 | wjmpc1@gmail.com |
| Mifflin County Board of Elections | Steve | S. | Snook | Mifflin County Solicitor | BMZ Law, 20 South Wayne St. | Lewistown | PA | 17044 | 717-363-0342 | 717-242-8599 | ssnook@bmzlaw.com |
| Monroe County Board of Elections | John (Jack) | B. | Dunn | Monroe County Solicitor | Matergia & Dunn, 919 Main St. | Stroudsburg | PA | 18360 | 570-421-7720 | 570-421-8945 | john@matergiadunn.com |
| Montgomery County Board of Elections | Joshua | | Stein | Montgomery County Solicitor | P.O. Box 311 | Norristown | PA | 19404-0311 | 610-278-3033 | 610-278-3069 | jstein1@montcopa.org |
| Montgomery County Board of Elections | Philip | W. | Newcomer | Montgomery County, Chief of Litigation | P.O. Box 311 | Norristown | PA | 19404-0311 | 610-278-3033 | 610-278-3069 | pnewcome@montcopa.org |
| Montour County Board of Elections | Michael | P. | Dennehy | Montour County Solicitor | Marks, McLaughlin, Dennehy & Piontek, LLP, 42 West Market St. | Danville | PA | 17821 | 570-275-3411 | 570-275-3541 | info@mmdplaw.com |
| Northampton County Board of Elections | Melissa | J. | Rudas | Northampton County Solicitor | 140 East Broad St. | Bethlehem | PA | 18018 | 610-570-4146 | 610-814-6208 | mrudas@northamptoncounty.org |
| Northumberland County Board of Elections | Frank | W. | Garrigan | Northumberland County Solicitor | Garrigan & Targonski, 112 E. Independence St. | Shamokin | PA | 17872 | 570-648-6868 | 570-648-6798 | fwgarrigan@gmail.com |
| Perry County Board of Elections | William | R. | Bunt | Perry County Solicitor | 109 S. Carlisle St., P.O. Box 336 | New Bloomfield | PA | 17068-9766 | 717-582-8195 | 717-582-7521 | wrb@pa.net |
| Philadelphia County Board of Elections | Benjamin | H. | Field | Philadelphia County Asst. Solicitor | City of Philadelphia Law Department, 1515 Arch St., Fl. 15 | Philadelphia | PA | 19102 | 215-683-5024 | 215-683-5299 | benjamin.field@phila.gov |
| Philadelphia County Board of Elections | Marcel | S. | Pratt | Philadelphia County Solicitor | City of Philadelphia Law Department, 1515 Arch St., Fl. 17 | Philadelphia | PA | 19102 | 215-683-5003 | 215-683-5299 | marcel.pratt@phila.gov |
| Pike County Board of Elections | Christian | E. | Weed | Pike County Solicitor | Farley & Bernathy, LLC, 2523 Route 6, Suite 1 | Hawley | PA | 18428 | 570-226-5771 | 570-226-5140 | cweed@kfblawoffice.com |
| Potter County Board of Elections | Thomas | R. | Shaffer | Potter County Solicitor | Glassmire & Shaffer, P.C., 5 E. 3rd St. | Coudersport | PA | 16915-0509 | 814-274-7292 | 814-274-0855 | tomshaffer@verizon.net |
| Schuylkill County Board of Elections | Glenn | T. | Roth, Jr. | Schuylkill County 1st Assistant County Solicitor | 450 W. Market St. | Pottsville | PA | 17901-2931 | 570-628-1129 | 570-628-1106 | groth@co.schuylkill.pa.us |
| Snyder County Board of Elections | Robert | M. | Cravitz | Snyder County Solicitor | Cravitz Law Office, 503 N. Market St. | Selinsgrove | PA | 17870-2003 | 570-374-5070 | 570-374-4127 | clawoff@hotmail.com |
| Somerset County Board of Elections | Michael | | Barbera | Somerset County Solicitor | 146 West Main Street | Somerset | PA | 15501 | 814-443-4681 | 814-443-2422 | mpbarbera@barberalaw.com |
| Sullivan County Board of Elections | Kenneth | R. | Levitzky | Sullivan County Solicitor | 125 Churchill St., PO Box 489 | Dushore | PA | 18614 | 570-928-8288 | 570-928-7677 | krllaw@epix.net |
| Susquehanna County Board of Elections | Francis | X. | O'Connor | Susquehanna County Solicitor | 236 Main Street, PO Box 591 | Great Bend | PA | 18821 | 570-879-2534 | 570-879-2672 | fxoconnor@frontiernet.net |
| Tioga County Board of Elections | Raymond | E. | Ginn, Jr. | Tioga County Solicitor | Ginn & Vickery, P.C., 99 Main Street | Wellsboro | PA | 16901 | 570-724-6600 | 570-724-7686 | reg@gv-law.com |
| Union County Board of Elections | Jonathan | | DeWald | Union County Solicitor | McNerney, Page, Vanderlin & Hall, 433 Market St. | Williamsport | PA | 17701 | 570-326-6555 | 570-326-3170 | jdewald@mpvhlaw.com |
| Venango County Board of Elections | Richard | | Winkler | Venango County Solicitor | Butcher & Winkler, 123 N. Franklin St. | Titusville | PA | 16354 | 814-827-9002 | 814-827-7515 | rwinkler@zoominternet.net |
| Warren County Board of Elections | Nathaniel | J. | Schmidt | Warren County Solicitor | 120 Market Street | Warren | PA | 16365-2510 | 814-723-8665 | 814-723-3413 | contact@theschmidtlawfirm.com |
| Washington County Board of Elections | Jana | Phillis | Grimm | Washington County Solicitor | Courthouse Square, 100 West Beau Street, suite 702 | Washington | PA | 15301 | 724-228-6805 | 724-228-6965 | jana.grimm@steptoe-johnson.com |
| Wayne County Board of Elections | Wendell | | Kay | Wayne County Solicitor | 1104 Court St. | Honesdale | PA | 18431 | 570-229-1097 | 570-253-6643 | wkay@waynecountypa.gov |
| Westmoreland County Board of Elections | Melissa | | Guiddy | Westmoreland County Chief Solicitor | 2 N. Main Street, Ste. 103 | Greensburg | PA | 15601 | 724-830-3145 | 724-830-3055 | solicitor@co.westmoreland.pa.us |
| Wyoming County Board of Elections | Kenneth | R. | Levitzky | Wyoming County Solicitor | 125 Churchill St., PO Box 489 | Dushore | PA | 18614 | 570-928-8288 | 570-928-7677 | krllaw@epix.net |
| Wyoming County Board of Elections | Anthony | Paul | Litwin III | Wyoming County Solicitor | 24 E Tioga St. | Tunkhannock | PA | 18657 | 570-836-7625 | 570-836-7620 | plitwin@epix.net |
| York County Board of Elections | Michèlle | | Pokrifka | York County Solicitor | 28 E. Market St. | York | PA | 17401 | 717-771-4777 | 717-771-4341 | mpokrifka@yorkcounty.gov |