# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*,<br>　　　　　　　　　Plaintiffs<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br>　　　　　　　　　Defendants | No. 2:20-CV-0966-NR<br><br>*Complaint Filed 6/29/20* |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Boockvar in the above-captioned matter.

　　　　　　　　　　　　　　　　　　By:　*/s/ Karen M. Romano*
　　　　　　　　　　　　　　　　　　　　　KAREN M. ROMANO
　　　　　　　　　　　　　　　　　　　　　Chief Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Chief, Litigation Section
　　　　　　　　　　　　　　　　　　　　　Pa. Bar # 88848

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 787-2717
kromano@attorneygeneral.gov

DATE:  July 7, 2020

## CERTIFICATE OF SERVICE

I, Karen M. Romano, Chief Deputy Attorney General, do hereby certify that I have this day served the foregoing **Entry of Appearance**, via ECF, on the following:

Ronald L. Hicks, Jr., Esquire
Jeremy A. Mercer, Esquire
Russell D. Giancola, Esquire
PORTER WRIGHT MORRIS & ARTHUR LLP
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

Matthew E. Morgan, Esquire
Justin Clark, Esquire
ELECTIONS LLC
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

                                             */s/ Karen M. Romano*
                                             KAREN M. ROMANO
                                             Chief Deputy Attorney General

DATE:  July 7, 2020