# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>                Plaintiffs,<br><br>     v.<br><br>KATHY BOOCKVAR, et al.,<br>                Defendants | 2:20-cv-966-NR |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter my appearance as counsel for Defendant Kathy Boockvar, Secretary of State for the Commonwealth of Pennsylvania.

                                    **Respectfully submitted,**

Date: July 7, 2020        By:   /s/ *Kenneth L. Joel*
                                          **Kenneth L. Joel**
                                          Deputy General Counsel
                                          Attorney ID No. 72370
                                          **GOVERNOR'S OFFICE OF GENERAL COUNSEL**
                                          333 Market Street, 17th Floor
                                          Harrisburg, PA 17101
                                          Tel: (717) 783-6563
                                          Fax: (717) 787-1788
                                          Email: kennjoel@pa.gov

## CERTIFICATE OF SERVICE

I, Kenneth L. Joel, certify that on July 7, 2020, I served the foregoing Entry of Appearance by Notice of Docket Activity sent automatically by CM/ECF on the following counsel who are registered as CM/ECF filing users who have consented to accepting electronic service through CM/ECF:

Ronald L. Hicks, Jr.
Jeremy A. Mercer
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA  15222
412-235-1476
rhicks@porterwright.com
jmercer@porterwright.com
*Counsel for Plaintiff*

Matthew Earl Morgan
Elections LLC
1000 Main Ave, SW
Ste 4th Floor
Washington, DC  20024
317-554-7997
Matthew.morgan@electionlawllc.com


Date:  July 7, 2020                     /s/ *Kenneth L. Joel*
                                        **Kenneth L. Joel**
                                        Deputy General Counsel
                                        Attorney ID No. 72370