# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., <br>　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>KATHY BOOCKVAR, et al., <br>　　　　　　　Defendants | 2:20-cv-966-NR |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

　　Kindly enter my appearance as counsel for Defendant Kathy Boockvar, Secretary of State for the Commonwealth of Pennsylvania.

　　　　　　　　　　　　　　　　**Respectfully submitted,**

Date: July 7, 2020　　　　By:　/s/ *M. Abbegael Giunta*
　　　　　　　　　　　　　　　　**M. Abbegael Giunta**
　　　　　　　　　　　　　　　　Deputy General Counsel
　　　　　　　　　　　　　　　　Attorney ID No. 94059
　　　　　　　　　　　　　　　　**GOVERNOR'S OFFICE OF GENERAL COUNSEL**
　　　　　　　　　　　　　　　　333 Market Street, 17th Floor
　　　　　　　　　　　　　　　　Harrisburg, PA 17101
　　　　　　　　　　　　　　　　Tel: (717) 783-6563
　　　　　　　　　　　　　　　　Fax: (717) 787-1788
　　　　　　　　　　　　　　　　Email: magiunta@pa.gov

## CERTIFICATE OF SERVICE

I, Kenneth L. Joel, certify that on July 7, 2020, I served the foregoing Entry of Appearance by Notice of Docket Activity sent automatically by CM/ECF on the following counsel who are registered as CM/ECF filing users who have consented to accepting electronic service through CM/ECF:

Ronald L. Hicks, Jr.
Jeremy A. Mercer
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA  15222
412-235-1476
rhicks@porterwright.com
jmercer@porterwright.com
*Counsel for Plaintiff*

Matthew Earl Morgan
Elections LLC
1000 Main Ave, SW
Ste 4th Floor
Washington, DC  20024
317-554-7997
Matthew.morgan@electionlawllc.com

Date:  July 7, 2020             /s/ *M. Abbegael Giunta*
                                **M. Abbegael Giunta**
                                Deputy General Counsel
                                Attorney ID No. 94059