IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUMP FOR PRESIDENT, INC.,** *et al.*,<br>            **Plaintiffs**<br><br>                         v.<br><br>**KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.*,<br>            **Defendants** | No. 2:20-CV-0966-NR<br><br>*Complaint Filed 6/29/20* |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Boockvar in the above-captioned matter.

                                          By:   */s/ Stephen Moniak*
                                                STEPHEN MONIAK
                                                Senior Deputy Attorney General
                                                Pa. Bar # 80035

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 705-2277
smoniak@attorneygeneral.gov

DATE:  July 7, 2020

## CERTIFICATE OF SERVICE

I, Stephen Moniak, Senior Deputy Attorney General, do hereby certify that I have this day served the foregoing **Entry of Appearance**, via ECF, on the following:

Ronald L. Hicks, Jr., Esquire
Jeremy A. Mercer, Esquire
Russell D. Giancola, Esquire
PORTER WRIGHT MORRIS & ARTHUR LLP
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

Matthew E. Morgan, Esquire
Justin Clark, Esquire
ELECTIONS LLC
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*/s/ Stephen Moniak*

STEPHEN MONIAK
Senior Deputy Attorney General

DATE:  July 7, 2020