UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD TRUMP FOR PRESIDENT, INC., et al.,** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **KATHY BOOCKVAR, in her capacity as** : <br> **Secretary of the Commonwealth of** : <br> **Pennsylvania, et al.** : <br> Defendants. : | **CIVIL ACTION** <br><br> No. 2:20-cv-966 (NR) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Kathleen M. Kotula as counsel on behalf of defendant Kathy Boockvar, in her official capacity as Secretary of the Commonwealth of Pennsylvania.

Respectfully submitted,

Date: July 7, 2020

*/s/ Kathleen M. Kotula*
Kathleen M. Kotula
Executive Deputy Chief Counsel
PA Attorney I.D. No. 86321
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Tel: 717-783-0736
Fax: 717-214-9899
Email: kkotula@pa.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2020, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                           */s/ Kathleen M. Kotula*
                                           Kathleen M. Kotula