# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUMP FOR PRESIDENT, INC.,** *et al.*, <br> Plaintiffs <br><br> v. <br><br> **KATHY BOOCKVAR,** in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br> Defendants | No. 2:20-CV-0966-NR <br><br> *Complaint Filed 6/29/20* <br><br> Electronically Filed |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Boockvar in the above-captioned matter.

                                              By:   */s/ Howard G. Hopkirk*
                                                          HOWARD G. HOPKIRK
                                                          Senior Deputy Attorney General
                                                          Pa. Bar # 74264

Office of Attorney General
Appellate Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 783-1478
hhopkirk@attorneygeneral.gov

DATE:  July 7, 2020

## CERTIFICATE OF SERVICE

I, Howard G. Hopkirk, Senior Deputy Attorney General, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Howard G. Hopkirk*

HOWARD G. HOPKIRK
Senior Deputy Attorney General

DATE:  July 7, 2020