IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRUMP FOR PRESIDENT, INC., *et al.*,
                                    Plaintiffs

v.

KATHY BOOCKVAR, in her capacity as
Secretary of the Commonwealth of
Pennsylvania, *et al.,*
                                    Defendants

No. 2:20-CV-0966-NR

*Complaint Filed 6/29/20*

Electronically Filed

---

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2(B), I, Keli M. Neary, hereby attest that the following is true and correct:

1. I have read, know, and understand the Local Rules of Civil Procedure for the District Court of Western Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

__s/ Keli M. Neary_____
KELI M. NEARY
Attorney No. 205178
Executive Deputy Attorney General
Office of Attorney General
Civil Law Division
15th Floor, Strawberry Square
Harrisburg, PA  17120

DATED:  July 8, 2020

**ATTACHMENT 1**