UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | : : : | Civil Action |
| Plaintiffs, | : : | |
| vs. | : : | Case No. 2:20-CV-00966-NR |
| KATHY BOOCKVAR; *et al.*, | : : : | |
| Defendants. | : : | Judge J. Nicholas Ranjan |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance on behalf of Defendant, Lycoming County Board of Elections, in the above captioned matter.

          Respectfully submitted,

          McCORMICK LAW FIRM

    By:  */s/ J. David Smith*
          J. David Smith,
          I.D. No. 27813
          Attorney for Defendant
          Lycoming County Board of Elections

          835 West Fourth Street
          Williamsport, PA 17701
          (570) 326-5131

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

        McCORMICK LAW FIRM

        By: <u> /s/ J. David Smith </u>
            J. David Smith,
            I.D. No. 27813
            Attorney for Defendant
            Lycoming County Board of Elections

            835 West Fourth Street
            Williamsport, PA 17701
            (570) 326-5131

Dated: <u>07/\*\*/2020</u>