IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald J. Trump for President, Inc., et.al., | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:20-cv-966 |
| | : | |
| Kathy Boockvar, et.al. | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearances of Frank J. Lavery, Jr., Esquire, Andrew W. Norfleet, Esquire and Stephen B. Edwards, Esquire on behalf of Defendant Franklin County Board of Elections, only relative to the above-referenced matter.

                              Respectfully submitted,

                              Lavery Law

                              By: _/S/Frank J. Lavery, Jr._
                              Frank J. Lavery, Jr., Esquire
                              Attorney No. 42370
                              225 Market Street, Suite 304
                              P.O. Box 1245
DATE: July 8, 2020              Harrisburg, PA 17108-1245
                              (717) 233-6633 (Telephone)
                              (717) 233-7003 (Facsimile)
                              flavery@laverylaw.com
                              Attorney for Franklin County Board of Elections, only

DATE: July 8, 2020

By: /S/Andrew W. Norfleet
Andrew W. Norfleet, Esquire
Attorney No. 83894
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
anorfleet@laverylaw.com
Attorney for Franklin County Board of Elections, only

DATE: July 8, 2020

By: /S/Stephen B. Edwards
Stephen B. Edwards, Esquire
Attorney No. 326453
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
sedwards@laverylaw.com
Attorney for Franklin County Board of Elections, only

**CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this  8th  day of July, 2020, I served a true and correct copy of the foregoing Entry of Appearance via ECF to all counsel of record:

/s/ Aimee L. Paukovits_____
Aimee L. Paukovits, Legal Assistant to
Frank J. Lavery, Jr., Esquire

This document has also been electronically filed and is available for viewing and downloading from the ECF system.