IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, <br> Plaintiffs <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br> Defendants | No. 2:20-CV-0966-NR <br><br> *Complaint Filed 6/29/20* <br><br> Electronically Filed |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICOLE J. BOLAND

Nicole J. Boland, Deputy Attorney General, hereby moves that she be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant Kathy Boockvar in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and respectfully submits the following:

1. Plaintiffs, Donald J. Trump for President, Inc., Glenn Thompson, Mike Kelly, John Joyce, Guy Reschenthaler, Republican National Committee, Melanie Stringhill Patterson, and Clayton David Show, have filed a complaint, naming Kathy Boockvar, the Secretary of the Commonwealth of Pennsylvania, and a number of other individuals and/or entities as Defendants.

2. Plaintiffs raise various constitutional challenges to the administration of the upcoming November general election.

3. The undersigned is a Deputy Attorney General who will be assisting with the defense of this matter.

4. Pursuant to the requirements set forth in Local Rule 83.2, please find attached the declaration of Nicole J. Boland certifying that the undersigned is both a registered ECF user and that she is familiar with the Local Rules of Court. *See Attachment 1*.

5. Also attached, is an Affidavit in Support of Motion for Admission *Pro Hac Vice*. *See Attachment 2.*

WHEREFORE, it is respectfully requested that Deputy Attorney General Nicole J. Boland be admitted to practice in the United States District Court for the Western District of Pennsylvania *pro hac vice,* for the purposes of the above-captioned case on behalf of Defendant Kathy Boockvar.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

*/s/ Nicole J. Boland*
NICOLE J. BOLAND
Deputy Attorney General
PA ID 314061

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 783-3146
nboland@attorneygeneral.gov
Date: July 9, 2020

## CERTIFICATE OF SERVICE

I, Nicole J. Boland, Deputy Attorney General, do hereby certify that I caused the foregoing **Motion for Admission *Pro Hac Vice* of Nicole J. Boland**, to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Nicole J. Boland*

NICOLE J. BOLAND
Deputy Attorney General

DATE:  July 9, 2020