IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, <br> Plaintiffs <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br> Defendants | No. 2:20-CV-0966-NR <br><br> *Complaint Filed 6/29/20* <br><br> Electronically Filed |

**AFFIDAVIT OF NICOLE J. BOLAND IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Nicole J. Boland, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Kathy Boockvar pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). I do hereby depose and say as follows:

1. I am a Deputy Attorney General with the Pennsylvania Office of the Attorney General.

2. My business address is Pennsylvania Office of the Attorney General, Litigation Section, 15th Floor, Strawberry Square, Harrisburg, PA 17120.

3. I am a member in good standing of the bar[s] of Supreme Court of Pennsylvania and Middle District of Pennsylvania.

**ATTACHMENT 2**

4.     My bar identification number is 314061.

5.     A current certificate of good standing from the United States District Court for the Middle District of Pennsylvania is attached hereto as *Exhibit A*.

6.     There are no previous disciplinary proceedings concerning my practice of law that have resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7.     I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.     I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9.     Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:  July 9, 2020         */s/ Nicole J. Boland*
                             NICOLE J. BOLAND
                             Deputy Attorney General
                             Office of Attorney General
                             Litigation Section
                             15th Floor, Strawberry Square
                             Harrisburg, PA  17120
                             (717) 783-3146
                             nboland@attorneygeneral.gov

**EXHIBIT A**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                                     }

                                                             }

Middle District of Pennsylvania                              }

      I, Peter J. Welsh, Clerk of the United States District Court, Middle District of Pennsylvania, Do Hereby Certify that       Nicole J. Boland      , Esquire was duly admitted to practice in said Court      October 9, 2015      , and is in good standing as a on member of the bar of said Court.

Dated at Scranton, Pennsylvania
on July 7, 2020

PETER J. WELSH, CLERK OF COURT

By *Jennifer Ciccotti*
Deputy Clerk