IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*,<br>　　　　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br>　　　　　　　　　　Defendants | No. 2:20-CV-0966-NR<br><br>*Complaint Filed 6/29/20*<br><br>Electronically Filed |

## O R D E R

AND NOW, to-wit, this _____ day of July, 2020, upon consideration of the foregoing **Motion for Admission *Pro Hac Vice* of Nicole J. Boland,** it is hereby **ORDERED** that this motion is **GRANTED**.

AS SUCH, Nicole J. Boland, Deputy Attorney General of the Pennsylvania Office of Attorney General, is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania in conjunction with the above-captioned case on behalf of Defendant Kathy Boockvar.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.