IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| KATHY BOOCKVAR; *et al.*, | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JUSTIN R. CLARK**

Justin R. Clark hereby moves that he be admitted to appear and practice in this Court as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3.

In support of this motion, the undersigned counsel attaches the Affidavit of Justin R. Clark in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

Dated: July 9, 2020            Respectfully submitted,

　　　　　　　　　　　　　　　　　 */s/ Justin R. Clark*
　　　　　　　　　　　　　　　　　 Justin R. Clark (DC #499621)
　　　　　　　　　　　　　　　　　 justin.clark@electionlawllc.com
　　　　　　　　　　　　　　　　　 ELECTIONS, LLC
　　　　　　　　　　　　　　　　　 1000 Maine Ave., SW, 4th Floor
　　　　　　　　　　　　　　　　　 Washington, DC 20024
　　　　　　　　　　　　　　　　　 Telephone: (860) 604-6430

## Certificate of Service

I, Justin R. Clark, an attorney, do hereby certify that on July 9, 2020, I electronically submitted the foregoing document to the Clerk of the Court for the United States District Court for the Western District of Pennsylvania, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record, who, by rule, have consented to accept the Notice as service of this document by electronic means.

                                                */s/ Justin R. Clark*
                                                Justin R. Clark