IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) Civil Action<br>)<br>) |
| Plaintiffs, | )<br>) No.: 2-20-CV-966 |
| v. | )<br>) |
| KATHY BOOCKVAR; *et al.*, | )<br>) |
| Defendants. | ) Judge J. Nicholas Ranjan |

**AFFIDAVIT OF JUSTIN R. CLARK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Justin R. Clark, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Justin R. Clark, being duly sworn, do hereby depose and say as follows:

1. I am an attorney associated with the law firm of Elections, LLC.

2. My business address is 1000 Maine Ave., SW, 4th Floor, Washington, DC 20024.

3. I am an active member in good standing of the bar of the States of Connecticut, Massachusetts, and the District of Columbia, as well as the United States District Court for the District of Connecticut, the United States Court of Appeals for the District of Columbia Circuit, and the United States Supreme Court.

4. My District of Columbia bar identification number is: 499621

5. A current certificate of good standing from the District of Columbia, the bar in which I primarily practice, is attached to this Affidavit as **Exhibit A.**

6. I attest that I have never been subject to any disciplinary proceedings concerning my practice of law.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

                                              Respectfully submitted,

Date: July 9, 2020                                  */s/ Justin R. Clark*
                                                      Justin R. Clark
                                                      justin.clark@electionlawllc.com
                                                      ELECTIONS, LLC
                                                      1000 Maine Ave., SW, 4th Floor
                                                      Washington, DC 20024
                                                      Telephone: (860) 604-6430

## **Exhibit A**

(See Attached Next Page For Certificate of Good Standing)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Justin R Clark*

was duly qualified and admitted on August 14, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 27, 2020.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.