# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : <br> : No. 2:20-CV-00966-NR <br> : |
| Plaintiffs | : <br> : |
| | : Judge J. Nicholas Ranjan |
| v. | : <br> : |
| KATHY BOOCKVAR, *et al.*, | : Electronically Filed Document |
| | : |
| Defendants | : |

## AFFIDAVIT OF MICHÉLLE POKRIFKA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michélle Pokrifka, make this affidavit in support of the motion for my addition to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant York County Board of Elections pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). I do hereby depose and say as follows:

1. I am the Solicitor for the County of York, Pennsylvania.

2. My business address is County of York, York County Solicitor's Office, 28 East Market Street, 2nd Floor, York, PA 17401.

3. I am a member in good standing of the bars of the Supreme Court of Pennsylvania and Middle District of Pennsylvania.

4. My bar identification number is 66654.

5. A current certificate of good standing from the Supreme Court of

**ATTACHMENT - 1**

Pennsylvania has been requested and will be filed as a separate document upon receipt.

6. There are no previous disciplinary proceedings concerning my practice of law that have resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar or any state or any United States Court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

                                              MICHÉLLE POKRIFKA
                                              Solicitor for York County, Pennsylvania

Date: July 9, 2020          *s/ Michélle Pokrifka*
                                          Michélle Pokrifka, Esquire
                                          Attorney ID 66654
                                          28 East Market Street
                                          York, PA  17401
                                          Phone: (717) 771-4777
                                          Email: mpokrifka@yorkcountypa.gov