# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : <br> : No. 2:20-CV-00966-NR <br> : |
| Plaintiffs | : <br> : Judge J. Nicholas Ranjan |
| v. | : <br> : |
| KATHY BOOCKVAR, *et al.*, | : Electronically Filed Document <br> : |
| Defendants | : |

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2 (B), I, Michelle Pokrifka, hereby attest that the following is true and correct:

1. I have read, know and understand the Local Rules of Civil Procedure for the District of Western Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

                                                  Respectfully submitted,

Date: July 9, 2020                    *s/ Michélle Pokrifka*
                                                  Michélle Pokrifka, Esquire
                                                   Attorney ID 66654
                                                   28 East Market Street
                                                   York, PA  17401
                                                   Phone: (717) 771-4777
                                                   Email: mpokrifka@yorkcountypa.gov

**ATTACHMENT - 2**