# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : <br> : No. 2:20-CV-00966-NR <br> : |
| Plaintiffs | : <br> : <br> : Judge J. Nicholas Ranjan |
| v. | : <br> : |
| KATHY BOOCKVAR, *et al.*, | : Electronically Filed Document <br> : |
| Defendants | : |

## ORDER GRANTING MOTION FOR ADMISSION FOR *PRO HAC VICE* OF MICHÉLLE POKRIFKA

AND NOW, to wit, this _____, day of July 2020, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Michélle Pokrifka, it is hereby ORDERED that this motion is GRANTED.

AS SUCH, Michélle Pokrifka, Solicitor for the County of York, Pennsylvania, is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania in the above-captioned case on behalf of the York County Board of Elections.

BY THE COURT:

_____
J.