## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.**, *et al.*, | : | |
| | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **NO: 2:20-cv-966** |
| | : | |
| **KATHY BOOCKVAR**, *et al.*, | : | **JUDGE RANJAN** |
| | : | |
| **Defendants.** | : | |

_____

### ACCEPTANCE OF SERVICE
_____

I, Timothy E. Gates, Chief Counsel for the Pennsylvania Department of State, hereby accept service of the Summons and Complaint on behalf of Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania and certify that I am authorized to do so.

_____
Timothy E. Gates, Esq.

Date:  July 9, 2020