**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al. | : | |
| Plaintiffs, | : | NO. 2:20-CV-00966 |
| | : | |
| v. | : | JUDGE J. NICHOLAS RANJAN |
| | : | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

---

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

Kindly enter my appearance as counsel for Defendant, Berks County Board of Elections, only, in the above-captioned matter.

**DEASEY, MAHONEY & VALENTINI , LTD.**

**Date:** July 9, 2020          BY:   */s/ Christine D. Steere, Esquire*
**CHRISTINE D. STEERE, ESQUIRE**
PA ID NO. 84066
103 Chesley Drive, Suite 101
Media, PA 19063
(610) 892-2732 Phone
(215) 587-9456 Fax
csteere@dmvlawfirm.com
*Attorney for Defendant,
Berks County Board of Elections*

## CERTIFICATE OF SERVICE

I, Christine D. Steere, Esquire, attorney for Defendant, Berks County Board of Elections, hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's ECF system.

**DEASEY, MAHONEY & VALENTINI , LTD.**

**Date:** July 9, 2020            BY:    */s/ Christine D. Steere, Esquire*
                                                **CHRISTINE D. STEERE, ESQUIRE**