```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DONALD J. TRUMP FOR PRESIDENT, INC., et al.  :   CIVIL ACTION
          Plaintiffs                          :
                                              :   NO. 2-20-CV-966
     Vs.                                      :
                                              :
KATHY BOOCKVAR, et al.,                       :
          Defendants                          :
```

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance as Counsel for Defendant, Huntingdon County Board of Elections.

                              Respectfully submitted,

                              GILL, McMANAMON & GHANER


                              /s/ Peter M. McManamon
                              Peter M. McManamon, Esquire
                              Supreme Court ID No. 43235
                              200 Penn Street
                              Huntingdon, PA 16652
                              814-643-2460
                              Attorney for Huntingdon County
                                  Board of Elections

<u>CERTIFICATE OF SERVICE</u>

I, Peter M. McManamon, certify that on July 10, 2020, I served the foregoing Entry of Appearance sent automatically by CM/ECF on the following counsel who are registered as CM/ECF filing users who have consented to accepting electronic service through CM/ECF:

Ronald L. Hicks, Jr., Esquire
Jeremy A. Mercer, Esquire
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
412-235-1476
rhicks@porterwright.com
jmercer@porterwright.com
Counsel for Plaintiff

Matthew Earl Morgan, Esquire
Elections LLC
1000 Main Avenue, SW
Ste 4th Floor
Washington, DC 20024
317-554-7997
Matthew.morgan@electionlawllc.com

Date:  July 10, 2020               /s/ Peter M. McManamon_____
                                   Peter M. McManamon, Esquire
                                   Supreme Court ID No. 43235
                                   200 Penn Street
                                   Huntingdon, PA 16652
                                   814-643-2460
                                   Attorney for Huntingdon County
                                        Board of Elections