IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., GLENN THOMPSON, MIKE KELLY, JOHN JOYCE, GUY RESCHENTHALER, REPUBLICAN NATIONAL COMMITTEE, MELANIE STRINGHILL PATTERSON And CLAYTON DAVID SHOW, Plaintiffs | CIVIL ACTION |
| Vs. | NO. 2-20-CV-966 |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, ADAMS COUNTY BOARD OF ELECTIONS, ALLEGHENY COUNTY BOARD OF ELECTIONS, ARMSTRONG COUNTY BOARD OF ELECTIONS, BEAVER COUNTY BOARD OF ELECTIONS, BEDFORD COUNTY BOARD OF ELECTIONS, BERKS COUNTY BOARD OF ELECTIONS, BLAIR COUNTY BOARD OF ELECTIONS, BRADFORD COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, BUTLER COUNTY BOARD OF ELECTIONS, CAMBRIA COUNTY BOARD OF ELECTIONS, CAMERON COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, CLARION COUNTY BOARD OF ELECTIONS, CLEARFIELD COUNTY BOARD OF ELECTIONS, CLINTON COUNTY BOARD OF ELECTIONS, COLUMBIA COUNTY BOARD OF ELECTIONS, CRAWFORD COUNTY BOARD OF ELECTIONS, CUMBERLAND COUNTY BOARD OF ELECTIONS, DAUPHIN COUNTY BOARD OF ELECTIONS, DELAWARE COUNTY BOARD OF ELECTIONS, ELK COUNTY BOARD OF ELECTIONS, ERIE COUNTY BOARD OF ELECTIONS, FAYETTE COUNTY BOARD OF ELECTIONS, FOREST COUNTY BOARD OF ELECTIONS, FRANKLIN COUNTY BOARD OF ELECTIONS, FULTON COUNTY BOARD OF ELECTIONS, GREENE COUNTY BOARD OF ELECTIONS, HUNTINGDON COUNTY BOARD OF ELECTIONS, INDIANA COUNTY BOARD OF ELECTIONS, JEFFERSON COUNTY BOARD OF ELECTIONS, JUNIATA COUNTY BOARD OF ELECTIONS, LACKAWANNA COUNTY BOARD OF ELECTIONS, LANCASTER COUNTY BOARD OF ELECTIONS, LAWRENCE COUNTY BOARD OF ELECTIONS, LEBANON COUNTY BOARD OF ELECTIONS, LEHIGH COUNTY BOARD OF ELECTIONS, LUZERNE COUNTY BOARD OF ELECTIONS, LYCOMING COUNTY BOARD OF ELECTIONS, | |

```
MCKEAN COUNTY BOARD OF ELECTIONS, MERCER COUNTY    :
BOARD OF ELECTIONS, MIFFLIN COUNTY BOARD OF        :
ELECTIONS, MONROE COUNTY BOARD OF ELECTIONS,       :
MONTGOMERY COUNTY BOARD OF ELECTIONS, MONTOUR      :
COUNTY BOARD OF ELECTIONS, NORTHAMPTON COUNTY      :
BOARD OF ELECTIONS, NORTHUMBERLAND COUNTY BOARD    :
OF ELECTIONS, PERRY COUNTY BOARD OF ELECTIONS,     :
PHILADELPHIA COUNTY BOARD OF ELECTIONS, PIKE       :
COUNTY BOARD OF ELECTIONS, POTTER COUNTY BOARD     :
OF ELECTIONS, SCHUYLKILL COUNTY BOARD OF           :
ELECTIONS, SNYDER COUNTY BOARD OF ELECTIONS,       :
SOMERSET COUNTY BOARD OF ELECTIONS, SULLIVAN       :
COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY      :
BOARD OF ELECTIONS, TIOGA COUNTY BOARD OF          :
ELECTIONS, UNION COUNTY BOARD OF ELECTIONS,        :
VENANGO COUNTY BOARD OF ELECTIONS, WARREN COUNTY   :
BOARD OF ELECTIONS, WASHINGTON COUNTY BOARD OF     :
ELECTIONS, WAYNE COUNTY BOARD OF ELECTIONS,        :
WESTMORELAND COUNTY BOARD OF ELECTIONS, WYOMING    :
COUNTY BOARD OF ELECTIONS and YORK COUNTY BOARD    :
OF ELECTIONS,                                      :
          Defendants                               :
```

## ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT BY DEFENDANT, HUNTINGDON COUNTY BOARD OF ELECTIONS

The General Primary Contest in Huntingdon County for the Office of the President of the United States, along with other offices, was held on June 2, 2020. The total number of Democratic votes was 2682. The total number of Republican votes was 6882.

NOW comes the Respondent, the Huntingdon County Board of Elections, by and through Counsel, and files within Answer to the Complaint for Declaratory Judgment as follows:

1. Paragraph 1 contains introductory information to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the

same is denied and strict proof thereof is demanded at the time of trial.

2. Denied as stated and strict proof thereof is demanded at the time of trial.

3. Denied as stated and strict proof thereof is demanded at the time of trial.

4. Admitted.

5. Paragraph 5 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

6. Admitted.

7. Admitted.

8. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

9. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

10. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

11. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

12. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

13. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

14. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

15. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

16. Respondent is without sufficient information to respond. Accordingly, the same is denied and strict proof thereof is demanded at the time of trial.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. To the extent that this paragraph alleges fraud or misfeasance occurred in the Huntingdon County election process, the same is denied and strict proof thereof is demanded at the time of trial.

25. To the extent that this paragraph alleges fraud or misfeasance occurred in the Huntingdon County election process, the same is denied and strict proof thereof is demanded at the time of trial.

26. To the extent that this paragraph alleges fraud or misfeasance occurred in the Huntingdon County election process, the same is denied and strict proof thereof is demanded at the time of trial.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. To the extent that this paragraph alleges fraud or misfeasance occurred in the Huntingdon County election process, the same is denied and strict proof thereof is demanded at the time of trial.

32. To the extent that this paragraph alleges fraud or misfeasance occurred in the Huntingdon County election process, the same is denied and strict proof thereof is demanded at the time of trial.

33. Paragraph 33 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

34. Paragraph 34 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

35. Paragraph 35 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

36. Paragraph 36 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

37. Paragraph 37 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

38. Paragraph 38 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

39.     Paragraph 39 states a conclusion of law to which no reply is necessary.  Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

40.     Paragraph 40 states a conclusion of law to which no reply is necessary.  Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

41.     Paragraph 41 states a conclusion of law to which no reply is necessary.  Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

42.     Paragraph 42 states a conclusion of law to which no reply is necessary.  Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

43.     Paragraph 43 states a conclusion of law to which no reply is necessary.  Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

44.     Paragraph 44 states a conclusion of law to which no reply is necessary.  Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

45.     Paragraph 45 states a conclusion of law to which no reply is necessary.  Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

46. Paragraph 46 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

47. Paragraph 47 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

48. Paragraph 48 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

49. Paragraph 49 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

50. Paragraph 50 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

51. Paragraph 51 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

52. Paragraph 52 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

53. Paragraph 53 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

54. Paragraph 54 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

55. Paragraph 55 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

56. Paragraph 56 states a conclusion of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

57. Paragraph 57 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

58. Paragraph 58 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

59. Paragraph 59 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the

same is denied and strict proof thereof is demanded at the time of trial.

60. Paragraph 60 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

61. Paragraph 61 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

62. Paragraph 62 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

63. Paragraph 63 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

64. Paragraph 64 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

65. Paragraph 65 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

66. Paragraph 66 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

67. Paragraph 67 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

68. Paragraph 68 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

69. Paragraph 69 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

70. Paragraph 70 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the

same is denied and strict proof thereof is demanded at the time of trial.

71. Paragraph 71 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

72. Paragraph 72 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

73. Paragraph 73 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

74. Paragraph 74 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

75. Paragraph 75 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

76. Paragraph 76 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

77. Paragraph 77 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

78. Paragraph 78 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

79. Paragraph 79 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

80. Paragraph 80 states opinions and/or conclusions to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

81. Paragraph 81 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is

deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

82. Paragraph 82 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

83. Paragraph 83 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

84. Paragraph 84 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

85. Paragraph 85 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

86. Paragraph 86 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

87. Paragraph 87 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

88. Paragraph 88 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

89. Paragraph 89 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

90. Paragraph 90 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

91. Paragraph 91 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

92. Paragraph 92 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is

deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

    93. Paragraph 93 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

    94. Paragraph 94 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

    95. Paragraph 95 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

    96. Paragraph 96 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

    97. Paragraph 97 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

98. Paragraph 98 states historical events and conclusions of law to which no reply is necessary. Nevertheless, if a reply is deemed necessary, the same is denied and strict proof thereof is demanded at the time of trial.

WHEREFORE, for all of the reasons set forth herein, the Defendant, Huntingdon County Board of Elections, requests this Honorable Court to dismiss Plaintiff's Complaint.

Respectfully submitted,

GILL, McMANAMON & GHANER

/s/ Peter M. McManamon
Peter M. McManamon, Esquire
Supreme Court ID No. 43235
200 Penn Street
Huntingdon, PA 16652
814-643-2460
Attorney for Huntingdon County
    Board of Elections

<u>CERTIFICATE OF SERVICE</u>

I, Peter M. McManamon, certify that on July 10, 2020, I served the foregoing Answer to Complaint sent automatically by CM/ECF on the following counsel who are registered as CM/ECF filing users who have consented to accepting electronic service through CM/ECF:

Ronald L. Hicks, Jr., Esquire
Jeremy A. Mercer, Esquire
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
412-235-1476
rhicks@porterwright.com
jmercer@porterwright.com
Counsel for Plaintiff

Matthew Earl Morgan, Esquire
Elections LLC
1000 Main Avenue, SW
Ste 4th Floor
Washington, DC 20024
317-554-7997
Matthew.morgan@electionlawllc.com

Date: July 10, 2020                    /s/ Peter M. McManamon_____
                                       Peter M. McManamon, Esquire
                                       Supreme Court ID No. 43235
                                       200 Penn Street
                                       Huntingdon, PA 16652
                                       814-643-2460
                                       Attorney for Huntingdon County
                                            Board of Elections