IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, LLC., | ) |
| Plaintiff, | ) |
| -vs- | ) Civil Action No. 02-548 |
| R.P.C. EMPLOYER SERVICES, INC., and DAN J. D'ALIO, | ) |
| Defendants. | ) |

AMBROSE, Chief District Judge.

# **AMENDED ORDER OF COURT**

AND NOW, this **18th** day of July, 2005, after a settlement conference in the above-captioned case, and with the agreement of the parties, it is Ordered that Plaintiff's counsel submit to Defendant's counsel the following information within sixty (60) days of the date of this Order:

    1.  All information for each claim by an NIFL player that is required on the Ohio Workers Compensation Report form;

    2.  Verification of medical treatment for each such claim; and

    3.  The percentage of a claim paid by Ohio Workers Compensation.

The time period covered by this Order is from March 30, 2001 through the playoff games of that season.

A settlement Conference is scheduled for October 19, 2005 at 9:15 A.M. before the undersigned.  Counsel shall have settlement authority and parties are to be either present or available by telephone.

BY THE COURT:

s/Donetta W. Ambrose

Donetta W. Ambrose, CJ
Judge for Settlement Purposes Only