IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONETTA W. AMBROSE,
CHIEF JUDGE

October 17, 2005

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CA 2-548 |
| R.P.C. EMPLOYER SERVICES, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE

Counsel:

      Take notice that the **Settlement Conference** has been rescheduled in the above-captioned case before the Honorable Donetta W. Ambrose for **November 28, 2005 at 9:00 AM** in suite # 3280, Third Floor, U.S. Post Office and Courthouse Building, Pittsburgh, Pennsylvania.

Sincerely,

*[signature]*

Jack L. Hamilton
Courtroom Deputy to
Chief Judge Ambrose

cc:          All Counsel of Record