IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONETTA W. AMBROSE,
CHIEF JUDGE

October 24, 2005

NATIONAL INDOOR FOOTBALL LEAGUE, )
                             )
            Plaintiff,        )
                             )
            vs.              )       CA 2-548
                             )
R.P.C. EMPLOYER SERVICES, et al., )
                             )
            Defendants.    )

## NOTICE

Counsel:

       Take notice that a **Status/Settlement Conference** has been scheduled in the above-captioned case before the **Honorable Arthur J. Schwab** for **November 28, 2005 at 8:00 AM** in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

       Chief trial counsel and parties shall attend in person and be prepared to discuss settlement and alternative dispute resolution options in detail. Additionally, any other necessary representative of the insurance carrier with full settlement authority of entire policy limits shall be physically present.

       On or before **11/23/2005** the parties should submit brief confidential letters to the Court detailing the relative strengths and weaknesses of their case, as well as settlement postures including monetary amounts. The letters will not be filed nor shared with opposing counsel. Accordingly, candor is expected.

FURTHERMORE, within two (2) business days of the conference, the parties shall submit a proposed settlement agreement to the Court. The proposed agreement will not be filed nor shared with opposing counsel.

Counsel should be familiar with Judge Schwab's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

Finally, the conference  scheduled for  **11/28/2005**   before Chief Judge Ambrose has been cancelled.

Sincerely,

Jack L. Hamilton
Courtroom Deputy to
Chief Judge Ambrose

c:              All Counsel of Record

                Arthur J. Schwab
                United States District Judge