IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONETTA W. AMBROSE,
CHIEF JUDGE

November 15, 2005

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, | ) | |
| Plaintiff, | ) | CA 2-548 |
| vs. | ) | |
| R.P.C. EMPLOYER SERVICES, INC., et al., | ) | |
| Defendants. | ) | |

## NOTICE

Counsel:

Take notice that the **Settlement Conference** scheduled in the above-captioned case before the Honorable Arthur J. Schwab for November 28, 2005 has been rescheduled for **November 28, 2005 at 9:30 AM before Donetta W. Ambrose** in Suite 3280, Third Floor, U.S. Post Office and Courthouse Building, Pittsburgh, Pennsylvania

Sincerely,

*/s/ Jack L. Hamilton*

Jack L. Hamilton
Courtroom Deputy to
Chief Judge Ambrose

cc:     All Counsel of Record