# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

National Indoor Football League,

        Plaintiff,

vs.   No. 02-548

R.P.C. Employer Services, et al.

        Defendant.

TYPE OF CONFERENCE: ~~Case Management / Settlement Conference / Pre-Trial~~ telephone conference

Before Judge Ambrose

Tim Leventry        Bernard Caputo

                      Michael J. Seymour

Appear for Plaintiff      Appear for Defendant

Hearing begun: 11/17/05 9:15     Hearing adjourned to: _____

Hearing concluded C.A.V.: 9:30     Clerk: (Sherry Halfhill) / Carolyn Allen / Jack Hamilton
                                         ~~Anne Kurzweg~~ / Susan Schupansky

Conference call re: Motion to Excuse Attendance at Status/Settlement Conf (Docket No. 54) wherein Δs state that they have not received the damage info Ordered by this Court on July 18, 2005.

π to get the documents to Δs by 11/21/05. No excuses. Conference set for 11/28/05 is cancelled; and rescheduled for 12/20/05 at 10:00.

Order signed denying Docket No. 54.