IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C.,<br><br>       Plaintiff,<br><br>v.<br><br>R.P.C. EMPLOYER SERVICES, INC., and DANIEL J. D'ALIO,<br>       Defendants. | CIVIL ACTION NO.: 02-0548 |

### PROPOSED ORDER OF COURT

**AND NOW**, to-wit, this _____ day of _____, 2005 upon consideration of the attached Motion, the physical presence of Dana Gucciardi at the Status/Settlement Conference scheduled for November 28, 2005 is hereby excused and the said Dana Gucciardi shall be available for telephone conferencing on the date and at the time of the Status/Settlement Conference in the event necessary to engage in settlement negotiations.

BY THE COURT,

_denied - Settlement conference is rescheduled for 12/20/05 at 10:00 am._

_____, J.

_Maretta G. Ambrose_
_11/17/05_