# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Nat'l Indoor Football )
)
Plaintiff, )
)
vs. ) No. 02-548
)
RPC, et al )
)
Defendant. )

**TYPE OF CONFERENCE:** Case Management / **Settlement Conference** / Pre-Trial

Before Judge Ambrose

Tim Leventry                Michael Seymour
Ryan Sedlak                 Bernard Caputo
Appear for Plaintiff        Appear for Defendant

Hearing begun: 10:00 12/20/05    Hearing adjourned to: _____

Hearing concluded C.A.V.: 11:15   Clerk: **Sherry Halfhill** / Carolyn Allen / Jack Hamilton
                                  Anne Kurzweg / Susan Schupansky

Second settlement attempt.
Settlement not reached.