## CERTIFICATION OF RECORDS CUSTODIAN

I, _Bobbi Juve_, an employee of _Black Hills Surgery Center_, do hereby certify as follows:

I am an employee and Record Custodian of _Black Hills Surgery Center_ and hereby certify and attest that the attached is a full, true and correct photocopy of the records which were prepared and maintained in the ordinary course of business by authorized personnel on or about the time for the event, and it is our regular practice to maintain said records.

A careful search of the records has been made by me or under my direction and I certify that the materials attached constitute all records in our possession, which fall within the description found in the subpoena/authorization request directed to us.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to prosecution.

Date: 1-6-06

Signature: _Bobbi Juve_

Print Name: _Bobbi Juve_

L:\N\National Indoor Football League 01-214\Certification of Records Custodian.wpd

**EXHIBIT A**