IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | |
| **Plaintiff** | : | **CIVIL DIVISION** |
| | : | **NO. CA 2 - 548** |
| v. | : | |
| | : | **TYPE OF PLEADING:** |
| | : | Motion for Oral Argument on Motion in Limine |
| **R.P.C. EMPLOYER SERVICES, INC., and DAN J. D'ALIO,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED and DECREED that Plaintiff National Indoor Football League, LLC's Motion for Oral Argument on its Motions in Limine is GRANTED. Oral argument is scheduled for March __, 2 0 0 6 a t _____ in Courtroom _____ in the United States District Court for the Western District of Pennsylvania in Pittsburgh.

By the Court:

_____
J.