IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, LLC, | ) | CIVIL DIVISION |
| | ) | |
| | ) | No. CA 2 – 548 |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED |
| vs. | ) | |
| | ) | |
| R.P.C. EMPLOYER SERVICES, INC. and DAN J. D'ALIO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' LIST OF WITNESSES**

A.  Defendants intend to call the following witnesses:

   1. Daniel J. D'Alio;
   2. Richard P. Caputo;
   3. Jerelyn A. Pasternack;
   4. Brian K. Brittain, Esquire.

B.  Defendants may call the following witnesses, if necessary:

   1. Jacob Barsottini;
   2. Maureen Ciarolla;
   3. Mark Marchino;

Defendants reserve the right to call rebuttal or impeachment witness as necessary.

Respectfully Submitted,

s/ Bernard C. Caputo, Esquire
Bernard C. Caputo, Esquire
Attorney for Defendants RPC Employer Services, Inc. and Daniel J. D'Alio
PA I.D. #58819
Fort Pitt Commons Building
Suite 260
445 Fort Pitt Boulevard
Pittsburgh, PA  15219
(412) 391-1070
bcaputolaw@aol.com

s/ Michael J. Seymour
Michael J. Seymour, Esquire
PA I.D. # 00260
Feczko and Seymour
Firm I.D. # 003
520 Grant Building, 310 Grant Street
Pittsburgh, PA 15219
(412) 261-4970
mjseymour@covad.net

## CERTIFICATE OF SERVICE

We, the undersigned, do hereby certify that true and correct copies of the foregoing DEFENDANTS' LIST OF WITNESSES has been electronically served through the CM/ECF electronic filing system this 13th day of March, 2006.

                                        s/ Bernard C. Caputo
                                        Bernard C. Caputo, Esquire
                                        Attorney for Plaintiffs
                                        PA I.D. No. #58819
                                        Fort Pitt Commons Building
                                        445 Fort Pitt Boulevard
                                        Suite 260
                                        Pittsburgh, PA 15219
                                        (412) 391-1070
                                        bcaputolaw@aol.com