IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL INDOOR FOOTBALL ) CIVIL DIVISION
LEAGUE, LLC, )
) No. CA 2 – 548
    Plaintiff, )
) ELECTRONICALLY FILED
vs. )
)
R.P.C. EMPLOYER SERVICES, INC. )
and DAN J. D'ALIO, )
)
    Defendants. )

## DEFENDANTS' LIST OF EXHIBITS

A. Request for Proposal provided by Staff Markets (3 pages).

B. RPC's Proposal Notes (9 pages).

C. RPC Service Agreement (9 pages).

D. NIFL Operating Procedures.

E. Ohio Bureau of Workers' Compensation Application for Coverage (2 pages).

F. Ohio Bureau of Workers' Compensation Certificate of Premium Payment for March 30, 2001 through May 14, 2001.

G. Ohio Bureau of Workers' Compensation Certificate for March 30, 2001 through August 31, 2001.

H. December 29, 2000 letter from Carolyn Shiver.

I. Invoices to NIFL Teams for pay periods March 26, 2001 to April 13, 2001 (14 pages).

J. Ohio Bureau of Workers' Compensation Payroll Report of period January 1, 2001 to June 30, 2001.

K. Employment packet of Alvin Hill (20 pages).

L.  Letter of termination from Dan D'Alio.

M.  Player contract of NIFL (4 pages).

                                              Respectfully Submitted,

                                              s/ Bernard C. Caputo, Esquire
                                              Bernard C. Caputo, Esquire
                                              Attorney for Defendants RPC Employer Services, Inc. and Daniel J. D'Alio
                                              PA I.D. #58819
                                              Fort Pitt Commons Building
                                              Suite 260
                                              445 Fort Pitt Boulevard
                                              Pittsburgh, PA  15219
                                              (412) 391-1070
                                              bcaputolaw@aol.com

                                              s/ Michael J. Seymour
                                              Michael J. Seymour, Esquire
                                              PA I.D. # 00260
                                              Feczko and Seymour
                                              Firm I.D. # 003
                                              520 Grant Building, 310 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 261-4970
                                              mjseymour@covad.net

## CERTIFICATE OF SERVICE

We, the undersigned, do hereby certify that true and correct copies of the foregoing DEFENDANTS' LIST OF EXHIBITS has been electronically served through the CM/ECF electronic filing system this 13th day of March, 2006.

s/ Bernard C. Caputo
Bernard C. Caputo, Esquire
Attorney for Plaintiffs
PA I.D. No. #58819
Fort Pitt Commons Building
445 Fort Pitt Boulevard
Suite 260
Pittsburgh, PA 15219
(412) 391-1070
bcaputolaw@aol.com