# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | |
| **Plaintiff** | : | **CIVIL DIVISION** |
| | : | **NO. CA 2 - 548** |
| v. | : | |
| | : | **TYPE OF PLEADING:** |
| | : | |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **Designation of Depositions, Interrogatory Answers and Responses to Admissions for Use at Trial** |
| **and DAN J. D'ALIO,** | : | |
| | : | |
| **Defendants.** | : | **JURY TRIAL DEMANDED** |
| | : | |
| | : | **FILED ON BEHALF OF:** |
| | : | **Plaintiff** |
| | : | |
| | : | **COUNSEL FOR PLAINTIFF:** |
| | : | |
| | : | **TIMOTHY C. LEVENTRY, LL.M** |
| | : | **LEVENTRY, HASCHAK,** |
| | : | **RODKEY & KLEMENTIK, LLC** |
| | : | **1397 EISENHOWER BOULEVARD** |
| | : | **RICHLAND SQUARE III, SUITE 202** |
| | : | **JOHNSTOWN, PA 15904** |
| | : | **(814) 266-1799** |

L:\N\National Indoor Football League 01-214\Desigation of Depositions and Admission for Trial - Revised.wpd

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** : | |
| **Plaintiff** : | **CIVIL DIVISION** |
| : | **NO. CA 2 - 548** |
| v. : | |
| : | **TYPE OF PLEADING:** |
| : | |
| **R.P.C. EMPLOYER SERVICES, INC.,** : | **Designation of Depositions, Interrogatory Answers and Responses to Admissions for** |
| **and DAN J. D'ALIO,** : | **Use at Trial** |
| **Defendants.** : | |

## DESIGNATION OF DISCOVERY FOR USE AT TRIAL

AND NOW, comes the Plaintiff, NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., by and through its attorneys, Leventry, Haschak, & Rodkey, LLC, and files the foregoing Designation of Depositions, Interrogatory Answers and Responses to Admissions for Use at Trial and in support thereof states as follows:

## DEPOSITION DESIGNATION

At trial, the Plaintiff intends to use at witnesses Carolyn Shiver, Marty Herf, Rex Blateri and Dan D'Alio, accordingly, their deposition testimony will not be offered at trial except for impeachment or rebuttal purposes.

**RESPONSES TO ADMISSIONS DESIGNATION**

At trial, the Plaintiff intends to call and/or cross-exam Dan A'lio as a witness, therefore, RPC Employer Services, Inc.'s and Dan D'Alio's Responses to Admissions will not be introduced at trial except for impeachment or rebuttal purposes.

**ANSWERS TO INTERROGATORIES DESIGNATION**

At trial, the Plaintiff intends to call and/or cross-exam Dan A'Alio as a witness, therefore, RPC Employer Services, Inc.'s and Dan D'Alio's Answers to Interrogatories will not be introduced at trial except for impeachment or rebuttal purposes.

Respectfully submitted,

Date:3-13-06

s/Timothy C. Leventry
Timothy C. Leventry, L.L.M.
Attorney for Plaintiff
PA I.D. No. 34980
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, Pennsylvania 15904
(814) 266-1799

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | |
| **Plaintiff** | : | **CIVIL DIVISION** |
| | : | **NO. CA 2 - 548** |
| v. | : | |
| | : | **TYPE OF PLEADING:** |
| | : | |
| | : | **Designation of Depositions, Interrogatory** |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **Answers and Responses to Admissions for** |
| **and DAN J. D'ALIO,** | : | **Use at Trial** |
| | : | |
| **Defendants.** | : | |

## CERTIFICATION

    I, Timothy C. Leventry, do hereby certify that a true and correct copy of the foregoing National Indoor Football League's Designation of Depositions, Interrogatory Answers and Responses to Admissions for Use at Trial was served on the individuals listed below by **Regular 1st Class U.S. Mail:**

**Michael J. Seymour, Esq.**
**FECZKO AND SEYMOUR**
520 Grant Building
310 Grant Street
Pittsburgh, PA 15219

**Bernard C. Caputo, Esq**.
Fort Pitt Commons Building, Suite 260
445 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15219

**The Honorable Terrence F. McVerry**
U.S. Post Office & Courthouse
Seventh Avenue & Grant St.
10th Floor, Room 1008
Pittsburgh, PA 15219

                                                  **LEVENTRY, HASCHAK,**
                                                  **RODKEY & KLEMENTIK, LLC**

Dated:    3-13-06                       By:    s/Timothy C. Leventry
                                                                     Timothy C. Leventry, LL.M