EXHIBIT B

LAW OFFICES
## FECZKO AND SEYMOUR
520 GRANT BUILDING, 310 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219-2201
TELEPHONE 412-261-4970
FAX AVAILABLE

ALBERT G. FECZKO, JR.
MICHAEL J. SEYMOUR
MICHAEL D. SEYMOUR

SUBURBAN OFFICE
3400 SOUTH PARK ROAD
BETHEL PARK, PA. 15102
TELEPHONE 412-833-5554

September 20, 2005

U-200

Timothy C. Leventry, Esquire
**LEVENTRY, HASCHAK, RODKEY & KLEMENTIK, LLC**
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA   15904

RE: National Indoor Football League vs. RPC Employer Services, et al.
NO: 02-0548

Dear Mr. Leventry:

I am still awaiting the information ordered by Judge Ambrose to be produced within sixty (60) days of July 18, 2005.

Very truly yours,

Michael J. Seymour

MJS/mo

cc: Bernard C. Caputo, Esquire