

# Leventry, Haschak, Rodkey & Klementik

### Attorneys at Law

Sender's E-mail:
tleventry@lhrklaw.com

Timothy C. Leventry, LL.M.*
John M. Haschak**
Randall C. Rodkey
David C. Klementik, LL.M*

Terry L. Graffius
Ryan J. Sedlak
Paul J. Eckenrode

September 27, 2005

Mary Beth Krause (Paralegal)
*Legal Masters Degree in Taxation
**Registered Patent Attorney

Mr. Michael J. Seymour, Esq.
Feczko and Seymour
520 Grant Building
310 Grant Street
Pittsburgh, PA 15219-2201
Facsimile: 412-261-4970

RE: National Indoor Football League v. RPC Employer Services, et. al.

Dear Mr. Seymour:

Last Friday, I spoke with Carolyn Shiver, President of the NIFL, concerning the information related to each player's injuries. She has finished assembling updated information and shipped the documents over the weekend. Please be advised she is in Lafayette, LA in the hurricane zone.

Once we receive and review the documents, we immediately will forward same to your office.

Thank you.

Very truly yours,

Timothy C. Leventry, LL.M
Attorney at Law

TCL/rs
cc: Carolyn Shiver

L:\M\National Indoor Football League 01-214\Ltr. to Seymour Re - Player Medicals 9-26-05.wpd

1397 Eisenhower Boulevard, Richland Square III, Suite 202, Johnstown, PA 15904
Telephone: 814 266-1799   Fax: 814-266-5108
Web Site: www.lhrklaw.com