**BERNARD C. CAPUTO**
Attorney at Law
Fort Pitt Commons Building
Suite 260
445 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15219
Bcaputolaw@aol.com

Telephone
412.391.1070

Facsimile
412.391.2247



December 13, 2002

Timothy C. Leventry, Esquire
Leventry & Haschak
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

RE: National Indoor Football League vs. RPC Employer Services, et al.

Dear Mr. Leventry:

I would like to make an informal request that you provide me with a list of players, teams, injuries, dates of injuries, and total amount of outstanding medical bills.

Thank you for your cooperation in this matter.

Very truly yours,

Bernard C. Caputo /em
Bernard C. Caputo

BCC:em