IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 02-0548 ) |
| vs. | ) ELECTRONICALLY FILED ) ) |
| R.P.C. EMPLOYER SERVICES, INC., and DANIEL D'ALIO, | ) ) ) |
| Defendants. | ) ) |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of March, 2006, upon consideration of Defendants' Motion to Strike Witnesses and Medical Documents, it is hereby ORDERED and DECREED that the Plaintiff is precluded from offering:

a. Any witnesses listed on its March 14, 2006 List of Witnesses or, in the alternative, any witnesses so listed but not listed in Plaintiff's Pretrial Statement.

b. Any medical exhibits on its March 14, 2006 List of Exhibits or, in the alternative, any medical documentation provided to Defendants on March 13, 2006.

BY THE COURT,

_____ J.