IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> R.P.C. EMPLOYER SERVICES, INC., and DANIEL D'ALIO, <br><br> Defendants. | CIVIL ACTION NO.: 02-0548 <br><br> ELECTRONICALLY FILED |

**DEFENDANTS' PROPOSED VERDICT SLIP**

1. Do you find that Plaintiff, National Indoor Football League, LLC, proved by a preponderance of the evidence that Defendant, R.P.C. Employer Services, Inc. breached the Service Agreement?

    YES _____        NO _____

2. Do you find that Plaintiff, National Indoor Football League, LLC, proved by a preponderance of the evidence that it sustained monetary damages as a result of Defendants' breach of the Service Agreement?

    YES _____        NO _____

3. What amount of damages did Plaintiff prove by a preponderance of the evidence that it sustained as a result of Defendants' breach of the Service Agreement?

    _____

4. Do you find that Plaintiff, National Indoor Football League, LLC, proved by clear and convincing evidence that Defendant, Daniel J. D'Alio, committed a pattern of racketeering activity under the Civil RICO Statute?

    YES _____               NO _____

5. Do you find that Plaintiff, National Indoor Football League, LLC, proved by clear and convincing evidence that it sustained monetary damages as a result of Defendant Daniel J. D'Alio's committing a pattern of racketeering activity under the Civil RICO Statute?

    YES _____               NO _____

6. What amount of damages did Plaintiff prove by clear and convincing evidence that it sustained as a result of Defendant Daniel J. D'Alio's committing a pattern of racketeering activity under the Civil RICO Statute?

_____

The foreperson should sign and date the Verdict Slip.

_____      _____
Date                                   Foreperson

s/ Bernard C. Caputo
Bernard C. Caputo, Esquire
PA I.D. #58819
Fort Pitt Commons Building
445 Fort Pitt Boulevard, Suite 260
Pittsburgh, PA 15219
(412) 391-1070
bcaputolaw@aol.com

s/ Michael J. Seymour
Michael J. Seymour, Esquire
PA I.D. # 00260
Feczko and Seymour
Firm I.D. # 003
520 Grant Building, 310 Grant Street
Pittsburgh, PA 15219
(412) 261-4970
mjseymour@covad.net

4