IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL DIVISION |
| | | No. CA 2 – 548 |
| Plaintiff, | | |
| | | ELECTRONICALLY FILED |
| vs. | | |
| R.P.C. EMPLOYER SERVICES, INC. and DAN J. D'ALIO, | | |
| Defendants. | | |

**DEFENDANTS' FIRST SUPPLEMENTAL LIST OF EXHIBITS**

M.  Records from the Nebraska Workers' Compensation Court in the matter of <u>Olieh v. Tri-City Diesel, et al</u> at No. 0967.

N.  CD Rom of Ohio Bureau of Workers' Compensation out of state claims from 1998-2004.

Respectfully Submitted,

s/ Bernard C. Caputo, Esquire
Bernard C. Caputo, Esquire
Attorney for Defendants RPC Employer Services, Inc. and Daniel J. D'Alio
PA I.D. #58819
Fort Pitt Commons Building
Suite 260
445 Fort Pitt Boulevard
Pittsburgh, PA  15219
(412) 391-1070
bcaputolaw@aol.com

s/ Michael J. Seymour
Michael J. Seymour, Esquire
PA I.D. # 00260
Feczko and Seymour
Firm I.D. # 003
520 Grant Building, 310 Grant Street
Pittsburgh, PA 15219
(412) 261-4970
mjseymour@covad.net

## CERTIFICATE OF SERVICE

We, the undersigned, do hereby certify that true and correct copies of the foregoing DEFENDANTS' FIRST SUPPLMENTAL LIST OF EXHIBITS has been electronically served through the CM/ECF electronic filing system this 22nd day of March, 2006.

        s/ Bernard C. Caputo
        Bernard C. Caputo, Esquire
        Attorney for Plaintiffs
        PA I.D. No. #58819
        Fort Pitt Commons Building
        445 Fort Pitt Boulevard
        Suite 260
        Pittsburgh, PA 15219
        (412) 391-1070
        bcaputolaw@aol.com