IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** : | |
|     **Plaintiff** : | CIVIL DIVISION |
| : | NO. CA 2 - 548 |
| v. : | TYPE OF PLEADING: |
| : | |
| : | Motion to Strike Defendants' Exhibit |
| **R.P.C. EMPLOYER SERVICES, INC.,** : | |
| **and DAN J. D'ALIO,** : | |
| : | |
|     **Defendants.** : | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff National Indoor Football League, LLC's Motion to Strike Defendants' Exhibit N it is hereby ORDERED:

The Defendants' Exhibit N contained in its First Supplemental Exhibit List is hereby stricken. The Defendants shall be precluded from introducing Exhibit N at trial.

_____
Honorable Terrence F. McVerry,
United States District Court Judge