| Claim Number | Date of Injury | Total Indemnity Paid Amount | Total Medical Paid Amount | IW Current State of Residence | Policy Number |
|---|---|---|---|---|---|
| L10045-27 | 7/12/1993 | $ 2,292 | $ 259 | TX | 838784 |
| L10130-27 | 12/21/1993 | $ 1,227 | $ 80 | KY | 1024686 |
| L10163-27 | 7/11/1993 | $ 640 | $ 2,937 | NY | 1144578 |
| L10652-27 | 3/17/1994 | $ 5,394 | $ 3,135 | FL | 794476 |
| L10807-27 | 3/8/1994 | $ 50,501 | $ 65,215 | MI | 772961 |
| L10940-27 | 4/21/1994 | $ 8,676 | $ 558 | MI | 10983314 |
| L11021-27 | 5/9/1994 | $ 15,798 | $ 9,440 | PA | 958375 |
| L11106-27 | 4/14/1994 | $ 66,426 | $ 2,380 | KY | 11566145 |
| L11215-22 | 6/5/1989 | $ 223 | $ 66,737 | NV | 20003081 |
| L11261-27 | 7/19/1992 | $ 9,707 | $ 2,398 | WV | 1158333 |
| L11507-27 | 8/11/1994 | $ 1,096 | $ 458 | IN | 810483 |
| L11577-27 | 8/18/1994 | $ 2,249 | $ 36 | PA | 10008498 |
| L1158-27 | 12/1/1989 | $ 55,903 | $ 32,864 | KY | 257557 |
| L11799-27 | 9/22/1994 | $ 26,714 | $ 7,334 | FL | 11106857 |
| L1221-27 | 4/29/1990 | $ 3,770 | $ 8 | MI | 961237 |
| L14571-22 | 6/15/1989 | $ 46,692 | $ 10,456 | SC | 20003108 |
| L1493-27 | 2/9/1990 | $ 2,611 | $ 104 | AZ | 10211367 |
| L1598-27 | 12/27/1989 | $ 2,634 | $ 458 | SC | 964409 |
| L1651-27 | 5/15/1990 | $ 165,266 | $ 162,792 | MI | 910625 |
| L200471-22 | 6/6/1990 | $ 14,775 | $ 27,536 | FL | 20003698 |
| L208769-22 | 5/22/1992 | $ 886 | $ 60 | AZ | 20003108 |
| L2257-27 | 11/6/1988 | $ 103,660 | $ 74,876 | FL | 10045544 |
| L23267-22 | 10/11/1989 | $ 18,800 | $ 27,772 | KY | 20003682 |
| L2356-27 | 9/11/1990 | $ 61,062 | $ 718 | KY | 7938665 |
| L2387-27 | 10/3/1990 | $ 61,357 | $ 6,695 | WV | 994032 |
| L264758-22 | 8/10/1994 | $ 12,000 | $ 97 | VA | 20003108 |
| L270276-22 | 10/12/1994 | $ 32,533 | $ 5,568 | WV | 20004039 |
| L276579-22 | 1/9/1995 | $ 4,273 | $ 745 | FL | 20004070 |
| L276742-22 | 1/17/1995 | $ 170,493 | $ 82,126 | FL | 20003329 |
| L279583-22 | 3/9/1995 | $ 5,916 | $ 1,575 | PA | 20003221 |
| L2843-27 | 7/31/1990 | $ 58,971 | $ 3,303 | KY | 998383 |
| L2940-27 | 3/7/1991 | $ 1,671 | $ 326 | FL | 109563 |
| L3212-27 | 2/18/1991 | $ 2,722 | $ 555 | LA | 772961 |
| L32484-22 | 12/22/1989 | $ 22 | $ 60 | IN | 20003255 |
| L33614-22 | 7/12/1988 | $ 102,410 | $ 20,510 | KY | 20003619 |
| L3396-27 | 4/12/1991 | $ 7,297 | $ 4,597 | MI | 9099780 |

EXHIBIT A

| Loan | Date | Amount | | Amount 2 | State | Account |
|---|---|---|---|---|---|---|
| L3576-27 | 5/22/1991 | $ | 75,897 | 37,775 | KY | 1048632 |
| L380-27 | 4/17/1989 | $ | 6,886 | 680 | KY | 658194 |
| L406-27 | 12/27/1989 | $ | 744 | 153 | FL | 1005152 |
| L4088-27 | 8/16/1991 | $ | 5,472 | 3,700 | IN | 1010248 |
| L4144-27 | 5/20/1991 | $ | 17,833 | 534 | PR | 1089619 |
| L46748-22 | 5/17/1990 | $ | 78,772 | 18,742 | MI | 20003221 |
| L5194-27 | 10/21/1991 | $ | 18,755 | 21,402 | KY | 927251 |
| L52952-22 | 9/4/1990 | $ | 14,186 | 12,912 | PA | 20003880 |
| L5327-27 | 11/22/1991 | $ | 78,693 | 45,901 | KY | 883750 |
| L5519-27 | 9/10/1991 | $ | 6,994 | 5,543 | WV | 1063722 |
| L557-22 | 2/25/1989 | $ | 32,824 | 2,843 | PR | 20003108 |
| L5712-27 | 5/15/1990 | $ | 1,397 | 458 | GA | 954402 |
| L5876-27 | 3/18/1992 | $ | 4,124 | 72 | GA | 1039394 |
| L60051-27 | 9/2/1994 | $ | 28,060 | 17,014 | PA | 984077 |
| L6018-27 | 9/23/1991 | $ | 721 | 104 | KY | 334496 |
| L60228-27 | 10/25/1994 | $ | 8,800 | 4,175 | KY | 1106738 |
| L60323-27 | 8/19/1994 | $ | 43,425 | 38,098 | GA | 689842 |
| L60404-27 | 9/3/1991 | $ | 2,568 | 206 | IN | 130224 |
| L60440-27 | 10/28/1994 | $ | 213,584 | 204,468 | FL | 829590 |
| L60735-27 | 10/30/1994 | $ | 16,592 | 12,105 | FL | 7766546 |
| L60910-27 | 5/28/1992 | $ | 1,477 | 230 | NV | 1159271 |
| L6287-27 | 11/6/1991 | $ | 94,513 | 17,166 | KY | 390967 |
| L6658-27 | 6/17/1992 | $ | 9,097 | 9,375 | KY | 1075291 |

| Primary Name | Primary DBA Name |
|---|---|
| ARCADIAN MOTOR CARRIERS | QUALITY CONSTRUCION CO |
| DARRELL YANCEY | BLUE GOOSE WATERFRONT |
| BLUE GOOSE MARINA INC | |
| STAR PAINTING COMPANY INC | |
| ABC HEALTH CARE INC | B & C OPTICS |
| BARNABAS PEARSON | BOTELHO CARPENTRY SERVICES |
| RICHARD BOTELHO | CENTER CITY HOMES |
| ROBERT FRY | |
| LUTHERAN HOSPITAL | |
| DANNY BOLIN S27 | |
| CAGAJIB INC | MIAMI HAVEN |
| MARY DECERBO | KATHRYNS KOOKIES |
| LO MAR CORP | |
| POE MCKOWN FENCE CO INC | AUTUMWOOD OF SYLVANIA |
| HEALTH ENTERPRISES OF MICHIGAN INC | |
| COPPERWELD STEEL COMPANY SI-BANKRUPT | |
| MCNEILL TRUCKING COMPANY | |
| WESTERVILLE CONSTRUCTION & SUPPLY | |
| THERMAL-SASH INC | NU-VIEW WINDOWS OF OHIO |
| HOUGH BAKERIES, INC. | |
| COPPERWELD STEEL COMPANY SI-BANKRUPT | |
| HENRY R MALINOWSKI | BEST OF TIMES |
| LYONS TRANSPORTATION LINES, INC. | SHERWIN-WILLIAMS CO TRANSPORTATION |
| PAUL JORDAN | JORDAN PLASTERING |
| PETE D BLUE | BLUE'S TREE SERVICE |
| COPPERWELD STEEL COMPANY SI-BANKRUPT | |
| SUN TELEVISION AND APPLIANCES, INC | |
| THE PENN TRAFFIC COMPANY | |
| WARREN GENERAL HOSPITAL | |
| PRESTON TRUCKING CO INC | |
| PAUL D. HARKINS | |
| REGIS CORPORATION | CLEAN SOLUTIONS |
| ABC HEALTH CARE INC | REGIS BEAUTY SALON |
| DEACONESS HOSPITAL CINCINNATI, THE | |
| FARLEY METALS, INC. | |
| HEALTH CONNECTION, INC. | TANNING EMPORIUM |

SCOTT ROBBINS
ARCHIE PERNELL ET AL
TRAC, INC
ADVANTAGE CONCRETE CONSTRUCTION IN
DRAGO STEFANAC S27
PRESTON TRUCKING CO INC
JOSEPH BALJAK
REPUBLIC ENGINEERED STEELS, INC.
ECHO TOOL & MFG., INC.
TOM & CARLA RILEY S27
COPPERWELD STEEL COMPANY SI-BANKRUPT
S U CONSTRUCTION CO. INC.
PINE RIDGE DINING CLUB INC
HUFFMASTER ASSOCIATES OF OHIO INC
GEM CITY METAL SPINNING COMPANY
LIGHTLE CONSTRUCTION, INC.
BERNARD STANKUS
F & C INTERNATIONAL INC.
KARD WELDING INC
REGAL TRANSPORATION INC
CAPITAL SERVICE S27
WILLIAM H KELLY COMPANY
KENNETH W SCHAEFER CORP

ROBBINS LAWN SERVICE
TRI-STATE CONCRETE CO

BEST TRUCK SERVICE

JRB CONSTRUCTION COMPANY

RILEY'S CYCLE & VW SPECIALISTS

EASTERN MOWERS SERVICE

OHIO KENTUCKY CONSTRUCTORS

| Street Address Line 1 | City Name | State Code | Zip Code | Zip Plus Four |
|---|---|---|---|---|
| PO BOX 427 | KINGSBURG | CA | 93631 | |
| 511 PINTA AVE | MIDDLETOWN | OH | 45044 | |
| 14018 WOLL DR | LAKEVIEW | OH | 43331 | 9130 |
| PO BOX 427 | DAYTON | OH | 45404 | 427 |
| 1605 HOLLAND RD STE A1 | MAUMEE | OH | 43537 | 1630 |
| 905 JACKSON BLVD | BIRMINGHAM | AL | 35217 | 2942 |
| 153 LAURISTON PLACE | PICKERINGTON | OH | 43147 | |
| GENERAL DELIVERY | COLUMBUS | OH | 43224 | 5612 |
| 18101 LORAIN AVE | CLEVELAND | OH | 44111 | |
| 4461 DOUSE AVENUE | CLEVELAND | OH | 44127 | |
| 5485 STATE ROUTE 128 | CLEVES | OH | 45002 | 9439 |
| 173 RUNNEMEDE DR | YOUNGSTOWN | OH | 44512 | 6638 |
| 10901 REED HARTMAN HWY STE 320 | CINCINNATI | OH | 45242 | 2835 |
| 6131 N DETROIT AVE | TOLEDO | OH | 43612 | 4823 |
| 401 NORTH ELM STREET | DENTON | TX | 76201 | |
| 30 W SPRING ST FL 26 | COLUMBUS | OH | 43215 | 2241 |
| 30 W SPRING ST # L11 | COLUMBUS | OH | 43215 | 2241 |
| 275 H COUNTRY LINE RD | WESTERVILLE | OH | 43081 | |
| 27611 SCHOOLCRAFT | LIVONIA | MI | 48150 | |
| 301 E 9TH ST STE 2600 | CLEVELAND | OH | 44114 | |
| 30 W SPRING ST FL 26 | COLUMBUS | OH | 43215 | 2241 |
| P O BOX H | MILFORD | OH | 45150 | |
| 101 PROSPECT AVE., N.W. | CLEVELAND | OH | 44115 | |
| PO BOX 30282 | CINCINNATI | OH | 45230 | 282 |
| PO BOX 2491 | WINTERSVILLE | OH | 43953 | 491 |
| 30 W SPRING ST FL 26 | COLUMBUS | OH | 43215 | 2241 |
| 1 SPRINGFIELD AVE STE 3RD | SUMMIT | NJ | 7901 | 4055 |
| PO BOX 4737 | SYRACUSE | NY | 13221 | 4737 |
| PO BOX 920 | WARREN | OH | 44482 | 920 |
| PO BOX 157 | PRESTON | MD | 21655 | 157 |
| 1932 WAYLAND AVE | NORWOOD | OH | 45212 | 3706 |
| 7201 METRO BLVD | MINNEAPOLIS | MN | 55439 | |
| 1605 HOLLAND RD STE A1 | MAUMEE | OH | 43537 | 1630 |
| 311 STRAIGHT ST | CINCINNATI | OH | 45219 | 1018 |
| 233 S. WACKER DR. 6300 SEARS TOWER | CHICAGO | IL | 60606 | |
| PO BOX 8926 | TOLEDO | OH | 43623 | |

| Address | City | State | ZIP | |
|---|---|---|---|---|
| 6037 MORRIS RD | HAMILTON | OH | 45011 | |
| PO BOX 18490 | ERLANGER | KY | 41018 | |
| PO BOX 431 | EAU CLAIRE | WI | 54702 | |
| 4900 BOARDWALK DR APT H204 | FORT COLLINS | CO | 80525 | 6237 |
| 10232 CHILLICOTHE ROAD | KIRTLAND | OH | 44094 | |
| PO BOX 157 | PRESTON | MD | 21655 | 157 |
| 3345 FISHER RD | COLUMBUS | OH | 43204 | |
| 2633 8TH ST NE | CANTON | OH | 44704 | |
| 3200 DELPHOS AVE. | DAYTON | OH | 45417 | 2311 |
| 40309 NATIONAL ROAD | MORRISTOWN | OH | 43759 | |
| 30 W SPRING ST FL 26 | COLUMBUS | OH | 43215 | 2241 |
| 7881 READING RD STE 12 | CINCINNATI | OH | 45237 | 2148 |
| 153 EAST ERIE STREET | PAINESVILLE | OH | 44077 | |
| 1300 COMBERMERE | TROY | MI | 48083 | |
| PO BOX 337 | DAYTON | OH | 45404 | 337 |
| PO BOX 177 | JASPER | OH | 45642 | 177 |
| 10866 RAVENNA ROAD | TWINSBURG | OH | 44087 | |
| 1261 PACIFIC AVE | COVINGTON | KY | 41018 | 1260 |
| PO BOX 124 | MINSTER | OH | 45865 | 124 |
| PO BOX 1566 | HILLIARD | FL | 32046 | 1566 |
| 242 HINDERER AVE SW | MASSILLON | OH | 44646 | |
| 43600 GRAND RIVER AVE | NOVI | MI | 48050 | |
| 910 WILLOW RUN | COVINGTON | KY | 41011 | |