IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> R.P.C. EMPLOYER SERVICES, INC., and DANIEL D'ALIO, <br><br> Defendants. | CIVIL ACTION NO.: 02-0548 <br><br> ELECTRONICALLY FILED |

**RESPONSE TO PLAINTIFF'S MOTION TO STRIKE EXHIBIT**

In rebuttal to Plaintiff's position that the Ohio Bureau of Workers' Compensation would not provide coverage for workers' compensation, Defendants received information from the Ohio Bureau of Workers' Compensation regarding the payment of out-of-state claims. The Exhibit is a list of 17,500 claims that Ohio paid on injured workers who were not in the State of Ohio. In particular, the Ohio Bureau of Workers' Compensation has paid claims related to a soccer league that had no teams in Ohio nor was it headquartered in Ohio. The injured person was not in Ohio.

Plaintiff argues that the Exhibit was filed late, but this is a supplemental exhibit in response to its exhibit list which was filed eight days later (March 14, 2006 rather than March 6, 2006.)

Plaintiff is calling three witnesses from the Ohio Bureau of Workers Compensation who can certainly review the information on the spreadsheet. Proper authentication of the spreadsheet information can be provided. The spreadsheet is a business record of Ohio, kept in the normal course of business activities, and is,

1

therefore, admissible under the Business Records Exception of 803(b). It can be substantiated by any of the Ohio witnesses.

To the extent it is not admitted as an Exhibit, it can be used in cross-examination.

s/ Bernard C. Caputo
Bernard C. Caputo, Esquire
PA I.D. #58819
Fort Pitt Commons Building
445 Fort Pitt Boulevard, Suite 260
Pittsburgh, PA  15219
(412) 391-1070
bcaputolaw@aol.com

s/ Michael J. Seymour
Michael J. Seymour, Esquire
PA I.D. # 00260
Feczko and Seymour
Firm I.D. # 003
520 Grant Building, 310 Grant Street
Pittsburgh, PA 15219
(412) 261-4970
mjseymour@covad.net

## CERTIFICATE OF SERVICE

We, the undersigned, do hereby certify that true and correct copies of the foregoing RESPONSE TO PLAINTIFF'S MOTION TO STRIKE EXHIBIT has been electronically served through the CM/ECF electronic filing system this 27th day of March, 2006.

                                              s/ Bernard C. Caputo
                                              Bernard C. Caputo, Esquire
                                              Attorney for Plaintiffs
                                              PA I.D. No.  #58819
                                              Fort Pitt Commons Building
                                              445 Fort Pitt Boulevard
                                              Suite 260
                                              Pittsburgh, PA 15219
                                              (412) 391-1070
                                              bcaputolaw@aol.com