# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL INDOOR FOOTBALL LEAGUE,

L.L.C.

vs

R.P.C. EMPLOYER SERVICES, INC.

DAN J. D'ALIO

No. 02-548          CIVIL

Time for Selection: 9:30

Date: 3/28/06

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | Theodou Szoch  D 3 | 10 | Gabriella Miller  P 2 |
| 2 | Marie Glomb | 11 | Donna Lenkner  P 3 |
| 3 | Kenneth Yokobosky | 12 | Linda Ryan Amick  D 1 |
| 4 | Paut Plants  D 2 | 4 | Daniel Lucey |
| 5 | Teresa Sedoris | 8 | Frank Intrieri |
| 6 | Robert Posch | 15 | |
| 7 | Stephen Giger | 16 | |
| 8 | Harold Mersky  P 1 | 17 | |
| 19 | Bernard Bradosky | 18 | |

**WITNESSES**

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |