## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL INDOOR FOOTBALL
LEAGUE, L.L.C.,                        )
                                       )
            Plaintiff,                 )        CIVIL ACTION NO.: 02-0548
                                       )
                                       )        ELECTRONICALLY FILED
    vs.                                )
                                       )
R.P.C. EMPLOYER SERVICES,              )
INC., and DANIEL D'ALIO,               )
                                       )
            Defendants.                )

## STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT'S
## COUNTERCLAIM PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41

We the attorneys for the respective parties, do hereby stipulate that
Defendant RPC Employer Services, Inc. hereby voluntarily dismisses the
Counterclaim against the Plaintiff National Indoor Football League, L.L.C. and
that the Court may enter an order accordingly, notice by the Clerk being hereby
waived.

Timothy C. Leventry, Esquire
Leventry, Haschak & Rodkey, LLC
PA I.D. # 34980
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904
tleventry@lhrklaw.com

Bernard C. Caputo, Esquire
PA I.D. #58819
Fort Pitt Commons Building
445 Fort Pitt Boulevard, Suite 260
Pittsburgh, PA 15219
(412) 391-1070
bcaputolaw@aol.com