IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) |
| Plaintiff, | ) CIVIL ACTION NO.: 02-0548 |
| vs. | ) ELECTRONICALLY FILED |
| R.P.C. EMPLOYER SERVICES, INC., and DANIEL D'ALIO, | ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2006, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE