IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| R.P.C. EMPLOYER SERVICES, INC., and DANIEL D'ALIO, | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.: 02-0548

ELECTRONICALLY FILED

## ORDER OF COURT

AND NOW, this __7th__ day of __April__, 2006, IT IS SO ORDERED.

_____
Terrence F. McVerry
United States District Judge