**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL** | : | |
| **LEAGUE L.L.C.,** | : | **CIVIL DIVISION** |
| **Plaintiff** | : | **NO. CA 2 - 548** |
| | : | |
| **v.** | : | **TYPE OF PLEADING:** |
| | : | |
| | : | **Motion to Reopen Case and Schedule** |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **Trial on the Issue of Damages** |
| **and DAN J. D'ALIO,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration

of Plaintiff National Indoor Football League, LLC's Motion to Reopen Case and Schedule Trial on

the Issue of Damages, it is hereby ORDERED:

A.      The issue of the extent of RPC's responsibility for damages, consisting of the unpaid

workers' compensation claims, pending lawsuits/judgments against the NIFL and post-judgment and

pre-judgment interest, is scheduled for trial by jury on _____20____, at 9:30 AM in

Courtroom____ before the Honorable Terrence F. McVerry.

B.      The issue of attorneys' fees and costs due the NIFL by RPC is scheduled for non-jury

determination on _____20____, at 9:30 AM in Courtroom__ before the Honorable

Terrence F. McVerry

_____
Honorable Terrence F. McVerry,
United States District Court Judge

L:\N\National Indoor Football League 01-214\Proposed Order - Reopen Case.wpd

L:\N\National Indoor Football League 01-214\Proposed Order - Reopen Case.wpd