IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) | 2:02-cv-548 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| R.P.C. EMPLOYER SERVICES, INC., DAN J. D'ALIO, | ) ) ) | |
| Defendants. | ) | |

### ORDER OF COURT

AND NOW, this 16th day of October, 2006, upon consideration of Plaintiff's MOTION TO REOPEN CASE AND SCHEDULE TRIAL ON THE ISSUE OF DAMAGES (Document No. 94) and DEFENDANTS' ANSWER TO PLAINTIFF'S MOTION TO REOPEN CASE AND SCHEDULE TRIAL ON THE ISSUE OF DAMAGES (Document No. 95), it is **ORDERED** that jury selection and trial on the issue of damages in the above captioned action is hereby scheduled as follows:

1. A pretrial conference and hearing/argument regarding admissibility of damages evidence on **Monday, October 30, 2006 at 9:00 A.M.**;

2. Jury selection and opening statements of counsel on **Thursday, November 2, 2006 at 9:00 A.M.**;

3. Presentation of witness testimony and evidence beginning on **Monday, November 6, 2006 at 9:00 A.M.;** and,

    4.      A non-jury hearing on the issue of attorney fees and costs is tentatively scheduled on **Tuesday, November 21, 2006 at 9:00 A.M.,** before the undersigned.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:    Timothy C. Leventry, Esquire
Email: tleventry@lhrklaw.com
Forrest B. Fordham, III, Esquire
Email: ffordhamlaw@aol.com

Bernard C. Caputo, Esquire
Email: Bcaputolaw@aol.com
Michael J. Seymour, Esquire
Email: mjseymour@covad.net