IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL INDOOR FOOTBALL LEAGUE, LLC.

                                Plaintiffs

      vs.                    Civil Action No. 02-548

R.P.C. EMPLOYER SERVICES, INC.,
and DAN J. D'ALIO

                                Defendants

## PROCEEDINGS

Transcript of SETTLEMENT on TUESDAY, MARCH 28, 2006, United States District Court, Pittsburgh, Pennsylvania, before Honorable TERRENCE McVERRY, U.S. District Judge.

APPEARANCES:

For the Plaintiffs:   LEVENTRY, HASCHAK & RODKEY
                       By:  TIMOTHY C. LEVENTRY, ESQ.
                           FORREST B. FORDHAM, III, ESQ.
                           RYAN SEDLAK, ESQ.
                           1397 Eisenhower Boulevard
                           Richland Square III, Suite 202
                           Johnstown, Pennsylvania 15904

For the Defendants:  FECZKO & SEYMOUR
                       By:  MICHAEL J. SEYMOUR, ESQ.
                       520 Grant Building
                       Pittsburgh, Pennsylvania 15219

                       BERNARD C. CAPUTO, ESQ.
                       Ft. Pitt Commons Building, Suite 260
                       445 Ft. Pitt Boulevard
                       Pittsburgh, Pennsylvania 15219

                       Reported by:
                       Patricia Sherman
                       Official Court Reporter
                       1017-A USPO & Courthouse
                       Pittsburgh, Pennsylvania 15219
                       (412) 281-6855

Proceedings recorded by mechanical stenography. Transcript produced by computer-aided transcription.

EXHIBIT A

RECEIVED APR 0 3 2006

```
 1                    P R O C E E D I N G S
 2                         *  *  *  *  *
 3      TUESDAY AFTERNOON SESSION, MARCH 28, 2006, 1:30 P. M.
 4                         *  *  *  *  *
 5           THE COURT:  Mr. Leventry, do you wish to place on
 6   the record the understanding of the parties relative to the
 7   resolution of this matter and an outline of future
 8   involvement of you, as counsel, and the Court?
 9           MR. LEVENTRY:  Yes, Your Honor.
10           Thank you.  The parties collectively got together
11   and agreed to the following six items which are as follows:
12           The plaintiffs, upon payment of $75,000, will
13   withdraw the fraud and RICO claims against the defendants as
14   appropriate.  Payment to be made by April 14, 2006.  The
15   check payable to Leventry, Haschak and Rodkey, LLC, attorneys
16   for the NIFL, LLC.
17           The parties will attempt -- this is No. 2.  The
18   parties will attempt to negotiate the choice of a mediator
19   within 15 days; however, if the parties are unable to do so,
20   the Court shall make the appointment by April 14, 2004.  The
21   mediator shall mediate the issues of contractual damages,
22   including attorneys' fees and costs and mediator fees.
23           No. 3, the parties agree to submit and to
24   participate in the mediation on or before May 12, 2006.
25           No. 4 --
```

```
1              THE COURT:  May 12?
2              MR. LEVENTRY:  Yes, sir, Your Honor.
3              THE COURT:  Okay.  Go ahead.
4              MR. LEVENTRY:  If the parties are unable to resolve
5   all issues through mediation, the unresolved issues will be
6   resubmitted to Judge McVerry for determination by jury or
7   non-jury as the parties may agree and according to law.
8              No. 5, the issue before the mediator or the Court
9   will be limited to damages, attorneys' fees and costs and
10  mediation fees but not liability which is agreed to in favor
11  of the plaintiffs.
12             No. 6, the defendants will voluntarily withdraw
13  their counterclaims against the plaintiff by April 14, 2006
14  period.
15             Those are all the issues that we have, Your Honor.
16             THE COURT:  I'm not sure that that No. 6 is
17  necessary in view of the fact that I'm going to enter an
18  order closing this case but you go right ahead and do that.
19             MR. LEVENTRY:  We would like that because if we
20  reopen the case, I guess we'll only be reopening on damages.
21             THE COURT: If the case gets reopened, there will
22  not be a counterclaim, right?
23             MR. LEVENTRY:  That's correct.
24             MR. SEYMOUR:  That's correct.
25             THE COURT:  I would ask you to transcribe that one
```

```
 1   or two pages for me, okay, so that I have it in my file.
 2           MR. LEVENTRY:  Your Honor, would we also be able,
 3   each of us, to get a copy of that agreement?
 4           MR. LEVENTRY:  Yes.
 5           THE COURT:  Thank you.  We'll send it out when the
 6   court reporter gives it to me which will be in the next
 7   15 minutes.
 8           Well, congratulations on achieving a settlement.
 9   From everything that you've told me and from my own
10   familiarity with the case, I think it's a wise way to try to
11   reach final resolution, meaning through mediation with each
12   of you sitting down with a neutral going through those
13   voluminous records, I guess, you're going to have to go
14   through to make the appropriate determination as to amount
15   and to payee so that everybody is assured that the right
16   rightful providers are being paid.
17           If I end up selecting your mediator, I'll do the
18   best I can to assure that the mediation will take place in a
19   time frame upon which you've agreed.  Hopefully, that won't
20   be necessary.
21           I did meet with the jurors and explained to them
22   the basic parameters upon which you've settled and I told
23   them that if they wanted to talk to you, they could wait
24   outside, and that you would be finished in here in relatively
25   short period of time, and you'd be willing to talk to them,
```

Case 2:02-cv-00548-TFM   Document 99-1   Filed 10/24/06   Page 5 of 5

5

1  if they wished to talk.  There may be some out there and
2  there may not.  I tend to think that they have gone to the
3  wind but thanks for reaching a settlement.  I'll do what I
4  can to help you get to the bottom line.
5       Good luck to all of you.

7                           * * * * *
8       I certify my original signature herein that the
9  foregoing is a correct transcript from the record of
10 proceedings in the above-entitled matter.

12 s\Patricia Sherman
   Official Reporter
13 March 28, 2006

18       ***** <u>NOT CERTIFIED WITHOUT ORIGINAL SIGNATURE</u> *****