IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE L.L.C., | : : | CIVIL DIVISION |
| PLAINTIFF, | : : | NO.: CA 2 - 548 |
| v. | : : | |
| | : : | TYPE OF PLEADING: |
| R.P.C. EMPLOYER SERVICES, INC., and DAN J. D'ALIO, | : : | PLAINTIFF'S MOTIONS IN LIMINE WITH RESPECT TO THE |
| DEFENDANTS. | : | DAMAGES PORTION OF TRIAL |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff National Indoor Football League, LLC's First Motion in Limine with Respect to the Damages Portion of Trial, it is hereby ORDERED:

That Defendant RPC is precluded from arguing that its damages are limited by any deductible capable of being assessed by the Defendant for claims submitted by injured NIFL players.

_____
Honorable Terrence F. McVerry,
United States District Court Judge