IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | **CIVIL DIVISION** |
| | : | |
| PLAINTIFF, | : | NO.:  CA 2 - 548 |
| | : | |
| v. | : | |
| | : | TYPE OF PLEADING: |
| | : | |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **PLAINTIFF'S MOTIONS** |
| **and DAN J. D'ALIO,** | : | **IN LIMINE WITH RESPECT TO THE** |
| DEFENDANTS. | : | **DAMAGES PORTION OF TRIAL** |

# ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff National Indoor Football League, LLC's Second Motion in Limine with Respect to the Damages Portion of Trial, it is hereby ORDERED:

The NIFL is permitted to introduce a HCFA-1500 form alone, an Ohio Bureau of Workers' Compensation FROI-1 form alone, a medical provider's notes/chart/report alone (or such similar medical documents or reports), or a combination of same to prove damages as long as the records are generated by the medical provider in the ordinary course of business and certified with a Rule 902(11) compliant Certification.

_____
Honorable Terrence F. McVerry,
United States District Court Judge