IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE L.L.C., | : | CIVIL DIVISION |
| PLAINTIFF, | : | NO.: CA 2 - 548 |
| v. | : | |
| | : | TYPE OF PLEADING: |
| R.P.C. EMPLOYER SERVICES, INC., and DAN J. D'ALIO, | : | PLAINTIFF'S MOTIONS IN LIMINE WITH RESPECT TO THE |
| DEFENDANTS. | : | DAMAGES PORTION OF TRIAL |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff National Indoor Football League, LLC's Third Motion in Limine with Respect to the Damages Portion of Trial, it is hereby ORDERED:

The NIFL is permitted to introduce any medical records, medical provider notes, medical charts, HCFA-1500 Forms, FROI-1 Forms, or similar medical documents such as medical provider notes/charts/reports sent anytime after November of 2005 which correspond to HCFA-1500 forms and/or similar records previously sent to RPC in November of 2005 in order to prove the NIFL's damages. The NIFL also is permitted to introduce any Rule 902(11) Certifications notwithstanding when those Certifications were sent to the Defendants or the Defendants' attorneys provided they comply with the Federal Rule of Evidence.

_____
Honorable Terrence F. McVerry,
United States District Court Judge

L:\N\National Indoor Football League 01-214\Order - 3rd Motion in Limine - Damages.wpd