**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL** | : | **CIVIL DIVISION** |
| **LEAGUE L.L.C.,** | : | |
| **PLAINTIFF,** | : | **NO.:  CA 2 - 548** |
| | : | |
| **v.** | : | |
| | : | **TYPE OF PLEADING:** |
| | : | |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **PLAINTIFF'S MOTIONS** |
| **and DAN J. D'ALIO,** | : | **IN LIMINE WITH RESPECT TO THE** |
| **DEFENDANTS.** | : | **DAMAGES PORTION OF TRIAL** |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration

of Plaintiff National Indoor Football League, LLC's Fourth Motion in Limine with Respect to the

Damages Portion of Trial, it is hereby ORDERED:

The Court takes judicial notice of the judgments of Nicky Seymour filed at MWCC No. 02

10760-H-5080-C in the Mississippi Workers' Compensation Commission; Emmanuel Bentley filed

at MWCC No. 02 10761-H5081-C and MWCC No. 02 10762-H5082-C in the Mississippi Workers'

Compensation Commission; and Kareem Vance filed at 02-4361 in the Office of Workers'

Compensation District 1E  of Louisiana and other similar judgments introduced at trial.  The

aforementioned judgments establish the NIFL's damages with respect to those judgments.


_____
Honorable Terrence F. McVerry,
United States District Court Judge

L:\N\National Indoor Football League 01-214\Order - 4th Motion in Limine - Damages.wpd