IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) | 2:02-cv-548 |
| Plaintiff, | ) | |
| v. | ) ) | |
| R.P.C. EMPLOYER SERVICES, INC., DAN J. D'ALIO, | ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 30th day of October, 2006, upon consideration of Defendants' MOTION TO LIMIT TRIAL ISSUES, SETTLE AS TO LESS THAN ALL DEFENDANTS AND AMEND CAPTION (Document No. 98) and Plaintiff's REPLY TO MOTION TO LIMIT TRIAL ISSUES, SETTLE AS TO LESS THAN ALL DEFENDANTS AND AMEND CAPTION (Document No. 99), it is **ORDERED, ADJUDGED and DECREED** that the trial shall be limited to breach of contract damages allegedly owed to Plaintiff by R.P.C. EMPLOYER SERVICES, INC., only.

The caption is hereby amended to delete DAN J. D'ALIO as a named Defendant as follows:

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) | 2:02-cv-548 |
| Plaintiff, | ) | |
| v. | ) ) | |
| R.P.C. EMPLOYER SERVICES, INC., | ) | |
| Defendant. | ) | |

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:     Timothy C. Leventry, Esquire
Email: tleventry@lhrklaw.com
Forrest B. Fordham, III, Esquire
Email: ffordhamlaw@aol.com

Bernard C. Caputo, Esquire
Email: Bcaputolaw@aol.com
Michael J. Seymour, Esquire
Email: mjseymour@covad.net