IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) | 2:02-cv-548 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER OF COURT

AND NOW, this 30th day of October, 2006, upon consideration of PLAINTIFF'S MOTIONS IN LIMINE WITH RESPECT TO THE DAMAGES PORTION OF TRIAL (Document No. 100), and after a pretrial conference with counsel on issues relating to trial evidence admissibility, it is **ORDERED** that Plaintiff shall brief its Motions in Limine with additional issues and Defendant shall respond to Plaintiff's Motions in Limine and file its own Motion in Limine with brief in support within ten (10) days on or before **November 9, 2006**. Each party may respond to the others motion(s) and brief within ten (10) days on or before **November 20, 2006**.  Thereafter, oral argument may be scheduled if requested by counsel or the Court.

Following the evidentiary rulings, the Court will schedule another pretrial conference.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Timothy C. Leventry, Esquire
Email: tleventry@lhrklaw.com
Forrest B. Fordham, III, Esquire
Email: ffordhamlaw@aol.com

Bernard C. Caputo, Esquire
Email: Bcaputolaw@aol.com
Michael J. Seymour, Esquire
Email: mjseymour@covad.net