IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) | 2:02-cv-548 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 2nd day of March, 2007, after conferring with counsel, it appears that additional motions in limine are justified and warranted prior to trial,

NOW THEREFORE, Plaintiff shall file any additional pretrial motions with brief(s) on or before **March 12, 2007**, and Defendant shall respond on or before **March 27, 2007**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:   Timothy C. Leventry, Esquire
      Email: tleventry@lhrklaw.com
      Forrest B. Fordham, III, Esquire
      Email: ffordhamlaw@aol.com

      Bernard C. Caputo, Esquire
      Email: Bcaputolaw@aol.com
      Michael J. Seymour, Esquire
      Email: mjseymour@covad.net