### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | **CIVIL DIVISION** |
| PLAINTIFF, | : | NO.: CA 2 - 548 |
| v. | : | |
| | : | **TYPE OF PLEADING:** |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **PLAINTIFF'S SIXTH MOTION** |
| **and DAN J. D'ALIO,** | : | **IN LIMINE WITH RESPECT TO** |
| | : | **THE DAMAGES PORTION OF TRIAL** |
| DEFENDANTS. | : | |

### PROPOSED ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff National Indoor Football League, LLC's Sixth Motion in Limine with Respect to the Damages Portion of Trial, it is hereby ORDERED:

Pursuant to Ohio Revised Code 1343.03(A), the Plaintiff is entitled to prejudgment simple interest on all its properly proven damages, consisting of paid and unpaid medical provider claims, player judgments, and on its attorney's fees and costs awarded under Paragraph 15(b) of the parties' Service Agreement, at the rate determined under Ohio Revised Code 1343.03(A). Prejudgment interest hereunder shall begin to accrue on the date on which each medical provider claim, player judgment and attorney's fee and suit cost became due and payable.

_____
Honorable Terrence F. McVerry,
United States District Court Judge