```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

NATIONAL INDUSTRIAL FOOTBALL    )
LEAGUE, L.L.C.                  )
                                )
         Plaintiff,             )
    v.                          )     CIVIL ACTION NO.: 2:02-cv-548
                                )
R.P.C. EMPLOYER SERVICES,       )
INC.,                           )
         Defendant.             )

*Note: "NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C."*

## DEFENDANT'S WITNESS LIST

1. Daniel J. D'Alio.

2. Jerelyn Pasternack

3. Donald L. Phillips, Esquire.


                         Respectfully submitted,

                         **FECZKO AND SEYMOUR**


                         *s/Michael J. Seymour*
                         Michael J. Seymour, Esquire
                         PA I.D. No. 00260
                         Feczko and Seymour
                         Firm I.D. #003
                         310 Grant Street, Suite 520 Grant Bldg.
                         Pittsburgh, PA 15219
                         (412) 261-4970

**CERTIFICATE OF SERVICE**

     I, the undersigned, do hereby certify that I served a true and correct copy of the within Defendant's Witness List upon the following **electronically** on the 14th day of May, 2007:

Timothy C. Leventry, Esquire
**LEVENTRY, HASCHAK, RODKEY & KLEMENTIK, LLC**
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

*s/Michael J. Seymour*
Michael J. Seymour, Esquire
Counsel for Defendant