```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

NATIONAL INDOOR FOOTBALL  )
LEAGUE, L.L.C.            )
                          )
        Plaintiff,        )
    v.                    )    CIVIL ACTION NO.: 2:02-cv-548
                          )
R.P.C. EMPLOYER SERVICES, )
INC.,                     )
        Defendant.        )

### DEFENDANT'S EXHIBIT LIST

1. Records relating to claims of: Alphonsus Olieh, Jeff Kerns, Alvin Hill and Kareem Vance.

2. Team records received for Mobile Seagulls, Louisiana Bayou Beasts and Southern Oregon Heat.

3. Records of Department of Labor and Industry, Uninsured Employer's Fund, State of Montana.

Respectfully submitted,

**FECZKO AND SEYMOUR**

*s/Michael J. Seymour*
Michael J. Seymour, Esquire
PA I.D. No. 00260
Feczko and Seymour
Firm I.D. #003
310 Grant Street, Suite 520 Grant Bldg.
Pittsburgh, PA 15219
(412) 261-4970

**CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that I served a true and correct copy of the within Defendant's Exhibit List upon the following **electronically** on the 14th day of May, 2007:

Timothy C. Leventry, Esquire
**LEVENTRY, HASCHAK, RODKEY & KLEMENTIK, LLC**
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904


*s/Michael J. Seymour*
Michael J. Seymour, Esquire
Counsel for Defendant