**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL** | : | |
| **LEAGUE L.L.C.,** | : | **CIVIL DIVISION** |
| **Plaintiff** | : | **NO. CA 2 - 548** |
| | : | |
| **v.** | : | **TYPE OF PLEADING:** |
| | : | |
| | : | **Joint Stipulation** |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | **FILED ON BEHALF OF:** |
| | : | |
| | : | **Plaintiff and Defendant** |
| | : | |
| | : | **COUNSEL FOR PLAINTIFF:** |
| | : | |
| | : | **TIMOTHY C. LEVENTRY, LL.M** |
| | : | **LEVENTRY, HASCHAK,** |
| | : | **& RODKEY, LLC** |
| | : | **1397 EISENHOWER BOULEVARD** |
| | : | **RICHLAND SQUARE III, SUITE 202** |
| | : | **JOHNSTOWN, PA 15904** |
| | : | **(814) 266-1799** |
| | : | |
| | : | **COUNSEL FOR DEFENDANT:** |
| | : | |
| | : | **MICHAEL J. SEYMOUR** |
| | : | **FECZKO AND SEYMOUR** |
| | : | **520 GRANT BUILDING** |
| | : | **310 GRANT STREET** |
| | : | **PITTSBURGH, PA 15219** |
| | : | **(412 261-4970** |

L:\N\National Indoor Football League 01-214\Stipulation - Damages Portion of Trial.wpd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL | : | |
| LEAGUE L.L.C., | : | CIVIL DIVISION |
| Plaintiff | : | NO. CA 2 - 548 |
| | : | |
| v. | : | TYPE OF PLEADING: |
| | : | |
| | : | Joint Stipulation |
| R.P.C. EMPLOYER SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

## JOINT STIPULATION

AND NOW, comes the Plaintiff, NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C. (hereinafter "NIFL"), by and through its attorneys, Leventry, Haschak & Rodkey, LLC and Timothy C. Leventry, and Defendant, RPC EMPLOYER SERVICES, INC. ("RPC"), by and through its attorneys, Feczko and Seymour and Michael J. Seymour, and files the foregoing Joint Stipulation with respect to the damages portion of trial:

1.      FRE 902(11) Certifications (dated post March 13, 2006) for the following medical providers may be read verbatim and used for offering evidence of records in court in lieu of an appearance by a foundation witness:

A.      St. Vincent Healthcare regarding player Derek Gackle ($12,427.00).

B.      UPMC regarding players Michael Elwood( $989.00), Todd McGough ($989.00), Quenteen Robinson ($6,678.10), John Schmitt ($793.00), and Charles Wyatt ($306.00).

C.      The Medical Center regarding player John Schmitt ($13,403.25).

D.      Christus St. Frances Cabrini Hospital regarding players Jacobe Austin ($6,651.18), Damion Brown ($472.48), Randy Chappell ($5,014.97), Tremayne Evans ($88.00),  James Goodman ($264.83), and Chris Lazard ($9,010.89).

E.      Bienville Orthopedic Specialists, Susan Legrand, regarding players Emmanuel Bentley ($14,607.00), Terrence Blackwell ($956.28), Calvin Bolton ($1,664.00), Billy Clay ($180.00), Terrance Dickerson ($1,257.52), Bobby Doyle ($450.52), Marcus Haynes ($108.00), Kevin Heard ($108.00), William Keith ($247.00), John Nicky Seymour ($7,258.00), and Stacy Wilson ($670.00).

F.      Bienville Orthopedic Rehabilitation regarding players Emmanuel Bentley ($11,296.00), Timothy Hardaway ($550.00), and John Nicky Seymour ($1,089.00).

G.      Alabama Orthopaedic Clinics, Dean Brown, regarding players Tommy Aguilar ($273.00),   Samuel Caine ($1,036.00), Ted Coleman ($286.00), Steve Davis ($1,308.00), Juan Draine ($973.00), John Fourcade ($952.00), Dominicke Haston ($7,078.00), Alex Howell ($344.00), William James ($396.00), Alexis Lee ($2,287.00), Ronald Mabins ($1,663.00), James Matthews ($112.00), Raymond Nobles ($160.00), Stephen Ruckman ($432.00), Timothy Taylor ($269.00), and Ronnie Thompson ($226.00),

H.      USA Medical Center, George Tullos, regarding player William James ($9,127.50).

I.      St. Luke's Regional Medical Center regarding players Jason Graham ($12,491.35) and Jeffrey Kerns ($1,017.25).

J.      Good Samaritan Hospital regarding player Greg Albright ($9,225.95).

K.      Healthsouth Holdings regarding player Alphonsus Olieh ($12,270.00).

2.      With the exception of the Louisiana Bayou Beast, the Mobile Seagulls, and the Southern Oregon Heat, for which evidence will be necessary at trial to prove their participation in workers' compensation through RPC, the following ten (10) teams shall be part of the NIFL's damages claim: Billings Outlaws, Johnstown J-Dogs, Lake Charles Landsharks, Louisiana Rangers, Mississippi Firedogs, Rapid City Red Dogs, Sioux City Bandits, Sioux Falls Storm, Tri-City Diesel and Wyoming Cavalry.

Respectfully submitted,


s/ Timothy C. Leventry                                    s/Michael J. Seymour
Timothy C. Leventry, LL.M                       Michael J. Seymour
Attorney for the Plaintiff                            Attorney for the Defendant