IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 02: 02cv0548 |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) | |
| Defendant. | ) | |

**ORDER OF COURT**

Upon conclusion of testimony and evidence in this non-jury trial on May 24, 2007, the record in this matter is being held open for twenty (20) days until June 13, 2007, within which time counsel for the parties are to file the following:

• On or before **Friday, June 1, 2007,** counsel for Plaintiff shall file a revised Exhibit 41 which should reflect amounts allegedly due after the Court's rulings on evidentiary issues and objections. Defendant's objection(s), if any, should be filed on or before **Friday, June 8, 2007**;

• Counsel are to file briefs on the sole issue of the date from which pre-judgment interest should accrue on or before **Wednesday, June 6, 2007.** Replies, if so desired, may be filed on or before **Wednesday, June 13, 2007.**

• Plaintiff's Petition for Attorney Fees shall be filed on or before **Wednesday, June 13, 2007.** Defendant, if it so chooses, may file a response on or before **Wednesday, June 27, 2007.**

So **ORDERED** this 29th day of May, 2007.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:    Forrest B. Fordham, III, Esquire
       Email: ffordhamlaw@aol.com

       Timothy C. Leventry, Esquire
       Leventry & Haschak
       Email: tleventry@lhrklaw.com

       Bernard C. Caputo, Esquire
       John A. Caputo & Associates
       Email: Bcaputolaw@aol.com

       Michael J. Seymour, Esquire
       Feczko & Seymour
       Email: mjseymour@covad.net