## SUMMARY OF NIFL'S DAMAGES PER THE COURT'S RULINGS

| AMOUNT DESCRIPTION | AMOUNT |
|---|---|
| PRE MARCH 13, 2006 SPREADSHEET: This spreadsheet lists Medical Records with Certifications dated on or before March 13, 2006. Each medical record is tested against the four categories of evidentiary significance listed in the Court's February 1, 2007 Order: work related injury listed in records, injury date listed in records, medical treatment listed in records and total cost of treatment listed in records. To the extent a medical record or a group thereof did not satisfy one or more of the aforementioned categories, that record was excluded from the spreadsheet. The "Actual Totals" column lists those records that have been admitted per agreement of counsel or Court order. | $151,044.19 |
| STIPULATED RECORDS/POST-MARCH 13, 2006 CERTIFICATION SPREADSHEET: This spreadsheet lists those medical records with Certifications that were dated after March 13, 2006. The spreadsheet identifies the providers whose certifications were stipulated by the Defendants and considers those as part of the damages due the NIFL. The "Actual Totals" column lists those records that have been admitted per agreement of counsel or Court order. | $151,509.92 |
| The NIFL has attached its attorneys' fees invoices showing the costs incurred for trial, which is due to the NIFL pursuant to the prevailing party provisions of the NIFL/RPC Service Agreement. The fees and costs are from July of 2001 through May 18, 2007. | To be decided |
| Total Judgments are $44,640.96 for Emmanuel Bentley ($17,053.92), John Seymour ($15,096.78) and Kareem Vance ($12,490.26 - this is net of the amount for Specialty Imaging) | $44,640.96 |
| Premiums paid for coverage not obtained.  The Defendants admitted they did not return the premium to the NIFL (see the Defendant's admissions). | $9,217.07 |
| Interest on unpaid claims from August 1, 2001, interest on judgments from the date of entry and interest on premium payment from 4-7-01. | $154,215.74 |
| TOTAL CLAIM FOR DAMAGES BY NIFL | $510,627.88 |

EXHIBIT B