Prejudgment Interest Due NIFL - 5-30-07

| Description | Damage Amount | Period of Interest Calculation | Simple Interest Rate | Interest Due |
|---|---|---|---|---|
| Records with Pre-March 13, 2006 Certifications | $151,044.19 | August 1, 2001 to May 25, 2007 | 8.00% | $ 70,283.14 |
| Stipulated Records | $151,509.92 | August 1, 2001 to May 25, 2007 | 8.00% | $ 70,499.85 |
| Kareem Vance Judgment (After removing Specialty Imaging) | $12,490.26 | July 31, 2002 to May 25, 2007 | 8.00% | $ 4,815.42 |
| Nicky Seymour Judgment | $15,096.78 | October 21, 2005 to May 25, 2007 | 8.00% | $ 1,922.46 |
| Emmanuel Bentley Judgment | $17,053.92 | October 21, 2005 to May 25, 2007 | 8.00% | $ 2,171.69 |
| Return of Premium Payment | $9,217.07 | April 7, 2001 to May 25, 2007 | 8.00% | $ 4,523.18 |
| TOTALS | $356,412.14 | | | $ 154,215.74 |

EXHIBIT A