IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C. | ) ) ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:02-cv-548 |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
REVISED EXHIBIT 41**

AND NOW, comes the Defendant, R.P.C. Employer Services, Inc. by and through its Attorneys, Feczko and Seymour and Michael J. Seymour, Esquire and files the following objections to Plaintiff's Revised Exhibit 41.

1.   The bill of Charles Wyatt listed on page 6 from the provider Western Pennsylvania Sports Medicine & Rehab in the amount of $195.00 should be $150.00.

2.   The bills for Charles Wyatt listed on page 9 from the provider Western Pennsylvania Orthopedics should be deleted.

3.   The bill for Christopher Gicking listed on page 9 from the provider Western Pennsylvania Orthopedics in the amount of $210.00 should be deleted.

4.   The bill for John Avalos on page 28 from the provider Spectrum Prosthesis in the amount of $1,966.00 should be marked down to $288.00.

5.   The bill for Randy Chappell listed on page 12 from the

provider L. A. Physical Therapy was previously listed as having been paid in full.

    6.    The bill for Ranson Jabari listed on page 16 from the provider L. A. Physical Therapy was previously marked as paid in full.

    7.    Plaintiff's counsel was to clarify the codes for the bills of Nickey Seymour.

Defendant maintains and reserves all of the objections previously filed by way of Motions in Limine and made during the trial to Plaintiff's damage exhibits.

Respectfully submitted,

**FECZKO AND SEYMOUR**

*s/Michael J. Seymour*
Michael J. Seymour, Esquire
PA I.D. No. 00260
Feczko and Seymour
Firm I.D. #003
310 Grant Street, Suite 520 Grant Bldg.
Pittsburgh, PA 15219
(412) 261-4970

**CERTIFICATE OF SERVICE**

     I, the undersigned, do hereby certify that I served a true and correct copy of the within Defendant's Objections to Plaintiff's Revised Exhibit 41 upon the following **electronically** on the 8th day of June, 2007:

Timothy C. Leventry, Esquire
**LEVENTRY, HASCHAK, RODKEY & KLEMENTIK, LLC**
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904


*s/Michael J. Seymour*
Michael J. Seymour, Esquire
Counsel for Defendant