# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | **CIVIL DIVISION** |
| PLAINTIFF, | : | NO.: CA 2 - 548 |
| v. | : | TYPE OF PLEADING: |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **PLAINTIFF'S PETITION FOR ATTORNEY'S FEES & COSTS** |
| DEFENDANT. | : | |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff National Indoor Football League, LLC's Petition for Attorneys' Fees and Costs, it is hereby ORDERED:

Defendant, RPC Employer Services, Inc., shall pay the Plaintiff's attorneys' fees and costs in the amount of $229,878.26, pursuant to the express terms of the Service Agreement.

_____
Honorable Terrence F. McVerry,
United States District Court Judge

L:\N\National Indoor Football League 01-214\Proposed Order - Attorney's Fees Petition.wpd