

EXHIBIT D

## SCENARIO 1

| | |
|---|---|
| BILLINGS OUTLAWS | $25,910.38 |
| JOHNSTOWN J-DOGS | $41,194.10 |
| LAKE CHARLES LANDSHARKS | $13,356.86 |
| LOUISIANA BAYOU BEASTS | $15,956.49 |
| LOUISIANA RANGERS | $65,000.35 |
| MISSISSIPPI FIRE DOGS | $136,429.36 |
| MOBILE SEAGULLS | $28,550.99 |
| RAPID CITY RED DOGS | $45,724.88 |
| SIOUX CITY BANDITS | $45,282.63 |
| SIOUX FALLS STORM | $394.50 |
| TRI-CITY DIESEL | $77,609.95 |
| WYOMING CAVALRY | $35,638.12 |
| OVERALL TOTAL | $531,048.61 |

Damages between March 30, 2001 to end of season; no deductible; records given to Attorney Seymour between November 2005 and the present, with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (HCFA, medical records or both accompanied by a Certification of Records Custodian form.)

## SCENARIO 2

| | |
|---|---|
| BILLINGS OUTLAWS | $19,098.00 |
| JOHNSTOWN J-DOGS | $28,057.05 |
| LAKE CHARLES LANDSHARKS | $4,129.86 |
| LOUISIANA BAYOU BEASTS | $10,141.18 |
| LOUISIANA RANGERS | $56,507.52 |
| MISSISSIPPI FIRE DOGS | $124,826.36 |
| MOBILE SEAGULLS | $10,244.00 |
| RAPID CITY RED DOGS | $37,695.03 |
| SIOUX CITY BANDITS | $38,257.63 |
| SIOUX FALLS STORM | $0.00 |
| TRI-CITY DIESEL | $61,970.31 |
| WYOMING CAVALRY | $32,282.12 |
| OVERALL TOTAL | $423,209.06 |

Damages between March 30, 2001 to end of season; deductible; records given to Attorney Seymour between November 2005 and present, with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (HCFA, medical records, or both accompanied by a Certification of Records Custodian form.)

## SCENARIO 3

| | |
|---|---|
| BILLINGS OUTLAWS | $798.00 |
| JOHNSTOWN J-DOGS | $36,855.80 |
| LAKE CHARLES LANDSHARKS | $83.00 |
| LOUISIANA BAYOU BEASTS | $2,033.00 |
| LOUISIANA RANGERS | $46,181.97 |
| MISSISSIPPI FIRE DOGS | $23,096.46 |
| MOBILE SEAGULLS | $13,067.00 |
| RAPID CITY RED DOGS | $42,603.98 |
| SIOUX CITY BANDITS | $47,013.99 |
| SIOUX FALLS STORM | $394.50 |
| TRI-CITY DIESEL | $33,064.74 |
| WYOMING CAVALRY | $2,414.12 |
| OVERALL TOTAL | $247,606.56 |

Damages between March 30, 2001 to end of season; no deductible; records given to Attorney Seymour are between November 2005 and March 13, 2006 with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (Records consist of Certification of Records Custodian, HCFA, and underlying medical records.)

## SCENARIO 4

| | |
|---|---|
| BILLINGS OUTLAWS | $0.00 |
| JOHNSTOWN J-DOGS | $23,508.00 |
| LAKE CHARLES LANDSHARKS | $0.00 |
| LOUISIANA BAYOU BEASTS | $759.00 |
| LOUISIANA RANGERS | $29,771.00 |
| MISSISSIPPI FIRE DOGS | $14,294.96 |
| MOBILE SEAGULLS | $7,286.00 |
| RAPID CITY RED DOGS | $36,414.13 |
| SIOUX CITY BANDITS | $39,795.99 |
| SIOUX FALLS STORM | $0.00 |
| TRI-CITY DIESEL | $26,051.69 |
| WYOMING CAVALRY | $592.00 |
| OVERALL TOTAL | $178,472.77 |

Damages between March 30, 2001 to end of season; deductible; records given to Attorney Seymour are between November 2005 and March 13, 2006 with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (Records consist of Certification of Records Custodian, HCFA, and underlying medical records.)

## SCENARIO 5

| | |
|---|---|
| BILLINGS OUTLAWS | $21,652.00 |
| JOHNSTOWN J-DOGS | $30,836.70 |
| LAKE CHARLES LANDSHARKS | $10,369.86 |
| LOUISIANA BAYOU BEASTS | $5,783.59 |
| LOUISIANA RANGERS | $38,415.38 |
| MISSISSIPPI FIRE DOGS | $55,974.44 |
| MOBILE SEAGULLS | $23,868.99 |
| RAPID CITY RED DOGS | $24,637.06 |
| SIOUX CITY BANDITS | $44,892.63 |
| SIOUX FALLS STORM | $394.50 |
| TRI-CITY DIESEL | $29,988.44 |
| WYOMING CAVALRY | $20,050.12 |
| **OVERALL TOTAL** | **$306,863.71** |

Damages between March 30, 2001 to May 17, 2001; no deductible; records given to Attorney Seymour between November 2005 and the present, with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (HCFA, medical records, or both accompanied by a Certification of Records Custodian form.)

## SCENARIO 6

| | |
|---|---|
| BILLINGS OUTLAWS | $19,098.00 |
| JOHNSTOWN J-DOGS | $23,402.80 |
| LAKE CHARLES LANDSHARKS | $9,369.86 |
| LOUISIANA BAYOU BEASTS | $1,919.50 |
| LOUISIANA RANGERS | $34,544.49 |
| MISSISSIPPI FIRE DOGS | $49,974.44 |
| MOBILE SEAGULLS | $17,820.59 |
| RAPID CITY RED DOGS | $19,744.56 |
| SIOUX CITY BANDITS | $38,257.63 |
| SIOUX FALLS STORM | $0.00 |
| TRI-CITY DIESEL | $21,495.44 |
| WYOMING CAVALRY | $17,781.12 |
| **OVERALL TOTAL** | **$253,408.43** |

Damages between March 30, 2001 to May 17, 2001; deductible; records given to Attorney Seymour between November 2005 and present, with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (HCFA, medical records, or both accompanied by a Certification of Records Custodian form.)

## SCENARIO 7

| | |
|---|---|
| BILLINGS OUTLAWS | $798.00 |
| JOHNSTOWN J-DOGS | $29,821.80 |
| LAKE CHARLES LANDSHARKS | $9.00 |
| LOUISIANA BAYOU BEASTS | $2,008.00 |
| LOUISIANA RANGERS | $20,868.00 |
| MISSISSIPPI FIRE DOGS | $17,888.04 |
| MOBILE SEAGULLS | $10,009.00 |
| RAPID CITY RED DOGS | $21,725.41 |
| SIOUX CITY BANDITS | $44,471.99 |
| SIOUX FALLS STORM | $394.00 |
| TRI-CITY DIESEL | $17,309.69 |
| WYOMING CAVALRY | $822.12 |
| **OVERALL TOTAL** | **$166,125.05** |

Damages between March 30, 2001 to May 17, 2001; no deductible; records given to Attorney Seymour are between November 2005 and March 13, 2006 with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (Records consist of Certification of Records Custodian, HCFA, and underlying medical records.)

## SCENARIO 8

| | |
|---|---|
| BILLINGS OUTLAWS | $0.00 |
| JOHNSTOWN J-DOGS | $22,897.80 |
| LAKE CHARLES LANDSHARKS | $0.00 |
| LOUISIANA BAYOU BEASTS | $759.00 |
| LOUISIANA RANGERS | $17,018.00 |
| MISSISSIPPI FIRE DOGS | $11,690.04 |
| MOBILE SEAGULLS | $7,250.00 |
| RAPID CITY RED DOGS | $18,463.66 |
| SIOUX CITY BANDITS | $38,493.99 |
| SIOUX FALLS STORM | $0.00 |
| TRI-CITY DIESEL | $11,927.64 |
| WYOMING CAVALRY | $0.00 |
| **OVERALL TOTAL** | **$128,500.13** |

Damages between March 30, 2001 to May 17, 2001; deductible; records given to Attorney Seymour are between November 2005 and March 13, 2006 with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (Records consist of Certification of Records Custodian, HCFA, and underlying medical records.)

## SCENARIO 9

| | |
|---|---|
| BILLINGS OUTLAWS | $22,223.00 |
| JOHNSTOWN J-DOGS | $32,600.85 |
| LAKE CHARLES LANDSHARKS | $11,773.86 |
| LOUISIANA BAYOU BEASTS | $11,314.49 |
| LOUISIANA RANGERS | $38,142.38 |
| MISSISSIPPI FIRE DOGS | $73,767.36 |
| MOBILE SEAGULLS | $28,022.99 |
| RAPID CITY RED DOGS | $31,100.73 |
| SIOUX CITY BANDITS | $45,132.63 |
| SIOUX FALLS STORM | $394.50 |
| TRI-CITY DIESEL | $39,698.90 |
| WYOMING CAVALRY | $20,050.12 |
| **OVERALL TOTAL** | **$354,221.81** |

Damages between March 30, 2001 to June 7, 2001; no deductible; records given to Attorney Seymour between November 2005 and the present, with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (HCFA, medical records, or both accompanied by a Certification of Records Custodian form.)

## SCENARIO 10

| | |
|---|---|
| BILLINGS OUTLAWS | $19,098.00 |
| JOHNSTOWN J-DOGS | $22,857.80 |
| LAKE CHARLES LANDSHARKS | $9,417.00 |
| LOUISIANA BAYOU BEASTS | $6,450.40 |
| LOUISIANA RANGERS | $31,798.38 |
| MISSISSIPPI FIRE DOGS | $64,730.36 |
| MOBILE SEAGULLS | $18,297.59 |
| RAPID CITY RED DOGS | $24,192.38 |
| SIOUX CITY BANDITS | $38,257.63 |
| SIOUX FALLS STORM | $0.00 |
| TRI-CITY DIESEL | $26,760.44 |
| WYOMING CAVALRY | $17,781.12 |
| **OVERALL TOTAL** | **$279,641.10** |

Damages between March 30, 2001 to June 7, 2001; deductible; records given to Attorney Seymour between November 2005 and present, with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. HCFA, medical records, or both accompanied by a Certification of Records Custodian form.

## SCENARIO 11

| | |
|---|---|
| BILLINGS OUTLAWS | $798.00 |
| JOHNSTOWN J-DOGS | $33,055.85 |
| LAKE CHARLES LANDSHARKS | $9.00 |
| LOUISIANA BAYOU BEASTS | $2,008.00 |
| LOUISIANA RANGERS | $21,352.00 |
| MISSISSIPPI FIRE DOGS | $21,077.96 |
| MOBILE SEAGULLS | $12,794.00 |
| RAPID CITY RED DOGS | $27,979.83 |
| SIOUX CITY BANDITS | $44,771.99 |
| SIOUX FALLS STORM | $394.50 |
| TRI-CITY DIESEL | $17,940.69 |
| WYOMING CAVALRY | $822.12 |
| **OVERALL TOTAL** | **$183,003.94** |

Damages between March 30, 2001 to June 7, 2001; no deductible; records given to Attorney Seymour are between November 2005 and March 13, 2006 with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (Records consist of Certification of Records Custodian, HCFA, and underlying medical records.)

## SCENARIO 12

| | |
|---|---|
| BILLINGS OUTLAWS | $0.00 |
| JOHNSTOWN J-DOGS | $22,887.80 |
| LAKE CHARLES LANDSHARKS | $0.00 |
| LOUISIANA BAYOU BEASTS | $759.00 |
| LOUISIANA RANGERS | $17,018.00 |
| MISSISSIPPI FIRE DOGS | $13,070.96 |
| MOBILE SEAGULLS | $8,211.00 |
| RAPID CITY RED DOGS | $22,911.48 |
| SIOUX CITY BANDITS | $38,493.99 |
| SIOUX FALLS STORM | $0.00 |
| TRI-CITY DIESEL | $12,270.64 |
| WYOMING CAVALRY | $0.00 |
| **OVERALL TOTAL** | **$135,632.87** |

Damages between March 30, 2001 to June 7, 2001; deductible; records given to Attorney Seymour are between November 2005 and March 13, 2006 with all records linked to those presented November 2005; all teams included except Southern Oregon Heat. (Records consist of Certification of Records Custodian, HCFA, and underlying medical records.)