%AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __PENNSYLVANIA__

NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C.,

V.

R.P.C. EMPLOYER SERVICES, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number:   02: 02cv548

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of the plaintiff, National Indoor Football League, L.L.C., and against defendant, R.P.C. Employer Services, Inc., in the amount of $358,913.29, plus interest.

JUDGMENT IS HEREBY ENTERED ACCORDINGLY

s/Terrence F. McVerry,
United States District Court Judge

| August 31, 2007 | Robert V. Barth, Jr. |
|---|---|
| Date | Clerk |

s/Kelly LaMantia
(By) Deputy Clerk