IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 02: 02cv0548 |
| ) | |
| R.P.C EMPLOYER SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF COURT**

Presently pending before the Court is the PETITION FOR ATTORNEYS' FEES AND COSTS (*Document No. 132*) and the AMENDED PETITION FOR ATTORNEYS' FEES AND COSTS (*Document No. 135*) filed by counsel for Plaintiff, and the RESPONSES thereto (*Document Nos. 136 and 137*) filed by counsel for Defendant.

The Court has reviewed the Petition and Amended Petition and finds and rules that additional information is required before a reasonable fee amount, if any, can be determined. For example, counsel for Plaintiff has failed to submit any supporting affidavits (specifically, but not limited, to the issue of prevailing market rates in both Johnstown and Pittsburgh, the fair and reasonableness of the fees and costs being requested, the usual billing rates of all attorneys and support staff for whom work is claimed, the identity of the service providers (other than identified by initials), and the education and experience of all attorneys and support staff for whom fees for work is claimed), detailed fee statements (specifically all invoices do not include the hourly rates for all attorneys and support staff), receipts for costs and reimbursements sought, and the Fee Agreement with the NIFL.  Counsel for Defendant is entitled to a fair

opportunity to review and consider the specifics of the fee application, as well as to respond in a meaningful way.

Accordingly, it is hereby **ORDERED** that counsel for Plaintiff shall supplement the Petition for Attorneys' Fees and Costs and the Amended Petition for Attorneys' Fees and Costs on or before **September 18, 2007.** Defendant shall file, if it so desires, any response in opposition two weeks after counsel for Plaintiff has supplemented the record.

So **ORDERED** this 4th day of September, 2007.


BY THE COURT:

s/Terrence F. McVerry, Judge
United States District Court


cc:	Forrest B. Fordham, III, Esquire
	Email: ffordhamlaw@aol.com

	Timothy C. Leventry, Esquire
	Leventry & Haschak
	Email: tleventry@lhrklaw.com

	Bernard C. Caputo, Esquire
	John A. Caputo & Associates
	Email: Bcaputolaw@aol.com

	Michael J. Seymour, Esquire
	Feczko & Seymour
	Email: mjseymour@covad.net