IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | Civil Action No. 2:02-cv-548 ) ) |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for Defendant, R.P.C. Employer Services, Inc., in the above-captioned action.

                        BURNS, WHITE & HICKTON

                        By:   s/ John B. Cromer
                                John B. Cromer, Esquire
                                PA ID No. 66773
                                Four Northshore Center
                                106 Isabella Street
                                Pittsburgh, PA 15212
                                Telephone:   (412) 995-3000
                                FAX:         (412) 995-3303
                                Email: jbcromer@bwhllc.com

                                Attorneys for Defendant
                                R.P.C. Employer Services, Inc.

Dated: September 14, 2007

294073.doc

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I served a true and correct copy of the within Notice of Appearance upon the following **electronically** on the 14th day of September, 2007:

Timothy C. Leventry, Esquire
Leventry, Haschak , Rodkey & Klementik, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Bernard C. Caputo, Esquire
John A. Caputo & Associates
Three Gateway Center, 5th Floor East
401 Liberty Avenue
Pittsburgh, PA 15222

s/ John B. Cromer
John B. Cromer, Esquire
Counsel for Defendant