IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:02-cv-548 ) |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for Defendant, R.P.C. Employer Services, Inc., in the above-captioned action.

                                      BURNS, WHITE & HICKTON

                                      By:   s/ Ira L. Podheiser
                                             Ira L. Podheiser Esquire
                                             PA ID No. 46973
                                             Four Northshore Center
                                             106 Isabella Street
                                             Pittsburgh, PA 15212
                                             Telephone:   (412) 995-3000
                                             FAX:   (412) 995-3303
                                             Email: ilpodheiser@bwhllc.com

                                             Attorneys for Defendant
                                             R.P.C. Employer Services, Inc.

Dated: September 14, 2007

294075.doc

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I served a true and correct copy of the within Notice of Appearance upon the following **electronically** on the 14th day of September, 2007:

Timothy C. Leventry, Esquire
Leventry, Haschak , Rodkey & Klementik, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Bernard C. Caputo, Esquire
John A. Caputo & Associates
Three Gateway Center, 5th Floor East
401 Liberty Avenue
Pittsburgh, PA 15222

s/ Ira L. Podheiser
Ira L. Podheiser, Esquire
Counsel for Defendant