IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:02-cv-548 |
| v. | ) ) | |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's

Motion to Alter or Amend Judgment or to Grant a New Trial, and Plaintiff's Opposition thereto,

it is hereby

ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.   It is

determined that Plaintiff, National Indoor Football League, L.L.C., lacks standing to bring this

action.  Accordingly, the case is dismissed in its entirety for lack of subject matter jurisdiction

pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

BY THE COURT:

_____, J.