IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL INDOOR FOOTBALL LEAGUE,    )
L.L.C.,                             )
                                    )
                    Plaintiff,      )
                                    )       Civil Action No. 2:02-cv-548
        v.                          )
                                    )
R.P.C. EMPLOYER SERVICES, INC.,     )
                                    )
                    Defendant.      )

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of

Defendant's Motion for Stay Pending Determination of Motion to Alter or Amend Judgment and

New Trial, and Plaintiff's Response thereto, it is hereby

ORDERED that the Motion is GRANTED, on the condition that Defendant post a bond

in the amount of $_____ within ten (10) business days of the date of this order.

BY THE COURT,

_____, J.