## NIFL'S ATTORNEYS' FEES & COSTS AS OF 9-17-07

| Program Generating Invoice | Bill-through-Date | Invoice Number | Total Hours | Hourly Fees | Expenses | Invoice Total | Invoice Total Confirmation |
|---|---|---|---|---|---|---|---|
| Timeslips | 7/31/2001 | 15770 | 26.9 | 3,016.00 | $ 500.00 | $ 3,516.00 | 3516 |
| Timeslips | 9/30/2001 | 16019 | 50.75 | 6,151.25 | $ 2,984.20 | $ 9,135.45 | 9135.45 |
| Timeslips | 11/30/2001 | 16502 | 29.8 | 3,285.02 | $ 886.73 | $ 4,171.75 | 4171.75 |
| Timeslips | 1/31/2002 | 16809 | 8.8 | 968.00 | $ 821.23 | $ 1,789.23 | 1789.23 |
| Timeslips | 3/31/2002 | 16989 | 43.8 | 5,097.00 | $ 150.00 | $ 5,247.00 | 5247 |
| Timeslips | 5/31/2002 | 17556 | 21.95 | 2,622.29 | $ 0.00 | $ 2,622.29 | 2622.29 |
| Timeslips | 7/31/2002 | 17867 | 1.85 | 374.03 | $ 0.00 | $ 374.03 | 374.03 |
| Timeslips | 11/30/2002 | 18335 | 15.6 | 2,352.91 | $ 60.20 | $ 2,413.11 | 2413.11 |
| Timeslips | 11/30/2002 | 18532 | 1.3 | 195.00 | $ 0.00 | $ 195.00 | 195 |
| Timeslips | 1/31/2003 | 18900 | 1 | 150.00 | $ 0.00 | $ 150.00 | 150 |
| Timeslips | 3/31/2003 | 19651 | 0.4 | 60.00 | $ 0.00 | $ 60.00 | 60 |
| Timeslips | 5/31/2003 | 20209 | 2.5 | 376.75 | $ 0.00 | $ 376.75 | 376.75 |
| Timeslips | 7/31/2003 | 2903 | 28.2 | 4,230.00 | $ 113.00 | $ 4,343.00 | 4343 |
| PC-Law | 7/31/2003 | 3235 | 3.7 | 555.00 | $ 15.00 | $ 570.00 | 570 |
| PC-Law | 9/30/2003 | 3254 | 0 | 0.00 | $ 884.73 | $ 884.73 | 884.73 |
| PC-Law | 11/3/2003 | 3341 | 22.45 | 3,158.25 | $ 640.00 | $ 3,798.25 | 3798.25 |
| PC-Law | 11/30/2003 | 5103 | 34.6 | 4,775.00 | $ 50.00 | $ 4,825.00 | 4825 |
| PC-Law | 3/30/2004 | 5497 | 46.3 | 6,002.50 | $ 15.00 | $ 6,017.50 | 6017.5 |
| PC-Law | 5/31/2004 | 5803 | 1.6 | 225.00 | $ 0.00 | $ 225.00 | 225 |
| PC-Law | 7/31/2004 | 7199 | 0.2 | 25.00 | $ 0.00 | $ 25.00 | 25 |
| PC-Law | 9/30/2004 | 7355 | 0.9 | 112.50 | $ 0.00 | $ 112.50 | 112.5 |
| PC-Law | 11/30/2004 | 7590 | 0.7 | 95.00 | $ 0.00 | $ 95.00 | 95 |
| PC-Law | 1/31/2005 | 7894 | 0.4 | 58.00 | $ 0.00 | $ 58.00 | 58 |
| PC-Law | 3/30/2005 | 8147 | 1.3 | 175.50 | $ 0.00 | $ 175.50 | 175.5 |
| PC-Law | 5/31/2005 | 8627 | 19.7 | 2,816.50 | $ 81.72 | $ 2,898.22 | 2898.22 |
| PC-Law | 7/31/2005 | 8813 | 12.35 | 1,730.00 | $ 14.06 | $ 1,744.06 | 1744.06 |
| PC-Law | 9/30/2005 | 9265 | 43.4 | 4,095.50 | $ 669.56 | $ 4,765.06 | 4765.06 |
| PC-Law | 11/20/2005 | 9476 | 179.2 | 16,995.50 | $ 825.59 | $ 17,821.09 | 17821.09 |
| PC-Law | 1/31/2006 | 9756 | 360.15 | 43,895.75 | $ 6,384.18 | $ 50,279.93 | 50279.93 |
| PC-Law | 3/31/2006 | 9930 | 0 | 0.00 | $ 5,171.88 | $ 5,171.88 | 5171.88 |
| PC-Law | 4/30/2006 | 10133 | 116.6 | 9,320.00 | $ 7.15 | $ 9,327.15 | 9327.15 |
| PC-Law | 5/31/2006 | 10738 | 179.3 | 16,196.50 | $ 404.82 | $ 16,601.32 | 16601.32 |
| PC-Law | 7/31/2006 | 10863 | 43.9 | 5,714.00 | $ 82.25 | $ 5,796.25 | 5796.25 |
| PC-Law | 9/31/2006 | 11352 | 62 | 8,320.00 | $ 178.50 | $ 8,498.50 | 8498.5 |
| PC-Law | 11/31/2006 | 11564 | 3.4 | 480.00 | $ 131.20 | $ 611.20 | 611.2 |
| PC-Law | 1/31/2007 | 11988 | 127.65 | 14,654.25 | $ 98.78 | $ 14,753.03 | 14753.03 |
| PC-Law | 3/31/2007 | 12760 | 293.6 | 38,201.00 | $ 3,654.12 | $ 41,855.12 | 41855.12 |
| PC-Law | 7/31/2007 | Unbilled | 16.7 | 2,229.50 | $ 22.00 | $ 2,251.50 | 2251.5 |
| PC-Law | 9/16/2007 | | | | | | |
| COLUMN TOTALS: | | | 1802.95 | $208,708.50 | $24,845.90 | $233,554.40 | 233554.4 |