voice #:   12760                          Page   13                          August 15, 2007

|  |  |  |  |  |
|---|---|---|---|---|
|  | which he did not receive with July 3, 2007 correspondence to himself and Attorney Seymour |  |  |  |
| 1-11-07 | Complete editing of letter to the Calvary's counsel regarding Gem City; placement of same in final form. | 0.30 | 46.50 | RJS |
| ul-18-07 | Phone conference with Tony Palazzo regarding the Court's decision in the NIFL case. | 0.20 | 31.00 | RJS |
|  | Phone conference with Carolyn Shiver regarding the Wyoming Cavalry and Gem City Bone and Joint. | 0.40 | 62.00 | RJS |
| ul-26-07 | Phone conference with Dean Brown regarding the Court's issuance of an order concerning the NIFL's damages. | 0.20 | 31.00 | RJS |
|  | Totals | 293.60 | $38,201.00 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Mar-02-07 | Mileage - Meeting in Pittsburgh  150 @ 0.485 | 72.75 |
| | Parking - Seymore meeting | 9.00 |
| | Parking - Meeting with Judge | 13.00 |
| Apr-20-07 | West Law Research | 88.61 |
| May-14-07 | Mileage 150 @ $0.485 | 72.75 |
| | Parking | 12.00 |
| May-16-07 | Tabs Plus Inc | 151.47 |
| May-17-07 | West Law Research | 47.51 |
| May-18-07 | Christian Book Store - Binders for Trial | 100.60 |
| May-20-07 | Mileage - 150 miles  @ $ .485 | 72.75 |
| | Turnpike Toll | 3.25 |
| May-24-07 | The Westin Convention Center Pittsburgh - Hotel for Trial | 882.24 |
| | Mileage - 150 miles @ $0 .485 | 72.75 |
| | Turnpike Toll | 3.25 |
| May-31-07 | Copies 40071 @ 0.05 | 2,003.55 |
| Jun-15-07 | West Law Research - May 2007 | 22.13 |
| Jun-30-07 | Westlaw Research | 26.51 |
| | Totals | $3,654.12 |

E

**Total Fee & Disbursements**                                              **$41,855.12**

Previous Balance                                                          51,074.98

## MILEAGE FOR LLO

| DATE | CLIENT | WHERE | WHY | MILES |
|------|--------|-------|-----|-------|
| 3-2 | NIFL 01-214-01 | Pgh | Meeting- J. McVerry + Mike Seymour | 150 |
| 3-2 | 11 | Pgh | Parking- Seymour meeting | $9.00 |
| 3-2 | 11 | Pgh | Parking- Judge meeting | $13.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |


**Capital** *One* | what's in your wallet?

Log in to Online Banking

| My Recent Activity | My Statement | Pay My Bill | Customer Service |

RYAN SEDLAK
Account #: XXXX-XXXX-XXXX-7331

Log Out

### Account Summary

| | |
|---|---|
| Total Credit Line | $7,000.00 |
| Total Current Balance | $67.74 |
| Total Available Credit* | $6,932.26 |

*Your available credit may have been reduced by recent authorizations that have not yet posted to your credit card (e.g. for car rentals).

Recent activity includes all transactions that have posted to your account since your most recent online statement.

? Don't see your online payment? Click here

### Payments, Credits, and Adjustments

| | | |
|---|---|---|
| 2/28/2007 | CAPITAL ONE ONLINE ACH PA | ($46.60) |

### Transactions

| | | |
|---|---|---|
| 2/9/2007 | BIGDOGZ GRILL, JOHNSTOWN , PA | $14.69 |
| 2/12/2007 | FORBES AND GRANT STQ14, PITTSBURGH , PA | $22.00 |
| 3/1/2007 | FORBES GARAGE #2016Q14, PITTSBURGH , PA | $9.00 |
| 3/2/2007 | RICHLAND TWP VOL FIRE, JOHNSTOWN , PA | $22.05 |

**Stop Paper Statements**
- No filing
- No clutter
- Fast, easy and free
Learn More

**Capital One® also offers**

Auto Loans
New, Used, Refinance, Motorcycle & Person-to-Person

Direct Banking
High Yield Money Market, Business Money Market & CD's

Home Loans
Home Equity, Refinance & Purchases


- Apply Today
- Quick Approval
- Drive Tomorrow
**Capital** *One*


**High Yield Money Market**
- Great rates
- No Fees
- No Minimum Balance
Learn More

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures.

Contact Us | Privacy | Security | Terms and Conditions

Capital One Bank, Capital One, F.S.B., members FDIC. ©2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**CLIENT BY USER DETAIL**

MAR 01, 2007 - MAR 31, 2007

ACCT# 1000042679
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

INVOICE # 813387284
POSTING # 6044268749

PAGE 3

| CLIENT | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGES |
|---|---|---|---|---|---|
| TOTAL MCAFEE CHARGES | 1:01:55S | 0S | 1:01:55S | 0S | 0.00S |

**NIFL**

04-508-01   30.18

**4668764  RYAN J SEDLAK**
SPECIAL PRICING INCLUDED CHARGES(I)
STANDARD — 1:31:14
ALLFILES — 1:26:08
COMMUNICATIONS
HOURLY CONNECT

01-214-01

TOTAL SPECIAL PRICING INCLUDED CHARGES(I) — 2:57:22I | 0I | 2:57:22I | 0I | 0.00I

01088.4   2:57:22S

TOTAL NIFL CHARGES — 2:57:22S | 0S | 2:57:22S | 0S | 0.00S

**OFFICE**

**4668762  JOHN M HASCHAK**
SPECIAL PRICING INCLUDED CHARGES(I)
STANDARD — 3:14
STANDARD - CODES — 32:05
SUPER ALLFILES — 46:48
COMMUNICATIONS
HOURLY CONNECT

41.04   CHPK

TOTAL SPECIAL PRICING INCLUDED CHARGES(I) — 1:22:07I | 0I | 1:22:07I | 0I | 0.00I
TOTAL OFFICE CHARGES — 1:22:07S | 0S | 1:22:07S | 0S | 0.00S

**PENN INSTALLATIONS**

00-322-22

**4668764  RYAN J SEDLAK**
SPECIAL PRICING INCLUDED CHARGES(I)
STANDARD — 12:19
ALLFILES — 39:06
SUPER ALLFILES — 26:25
COMMUNICATIONS
HOURLY CONNECT

38.14   1:17:50I | 0I | 1:17:50I | 0I | 0.00I

TOTAL SPECIAL PRICING INCLUDED CHARGES(I)
TOTAL PENN INSTALLATIONS CHARGES — 1:17:50S | 0S | 1:17:50S | 0S | 0.00S

**RAY**

**5653953  PAUL ECKENRODE**
SPECIAL PRICING INCLUDED CHARGES(I)

*Noticed*

*Ryan*

## MILEAGE FOR LLO

| DATE | CLIENT | WHERE | WHY | MILES | |
|------|--------|-------|-----|-------|---|
| 5/14 | NIFL   01-214-01 | PG-H | File Record w/ Ct | 150 | PC Law<br>+12.00 parking |
| 4/2 | Snake Spring | Bedford | Monthly Mtg. | 75 | mB.<br>C |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



INSERT
THIS END UP

INTERPARK
412-261-1531
RECEIPT          A8
ENTRY TIME:
05/14/07  15:08
EXIT TIME:
05/14/07  15:21
PARK-DUR.:HRS:MIN
          0:00:13

AMOUNT:    $ 7.00

KIND OF PAYMENT:
MASTER CARD
XXXXXXXXXXXX7311
      XXXXX 101
        VISIT

LOT: 202 METER: 1
954 Liberty Avenue

Ticket Expires:
3:13 PM MON
MAY 14 2007

Ticket: 0000073627
Time:  2:43pm2007MAY14
Price: $5.00
Charge: $5.00
Card:  XXXXXXXXXXXX5842

Auth #: 35842L

DISPLAY FACE
UP ON DASH

Charges are for use of parking
space only. This company is not
responsible for loss or damage
to vehicle or contents

0/-2)9-0)

TABS PLUS, INC.
160 COMMERCE ROAD
SUITE "D"
BOYNTON BEACH FL 33426

Phone :      (561) 733-5733      Fax :    (561) 733-5735

INVOICE

Date         :   05/09/07          No. :    18552
Due Date:        05/19/07          Page:    1

LEVENTRY P                                    Ship To/Remarks
LEVENTRY & HASCHAK
MARY BETH
1397 EISENHOWER BLVD
SUITE 202
JOHNSTOWN PA  15904

| Via | FOB | Terms | Your# | Our# | Rep. |
|-----|-----|-------|-------|------|------|
| UP | SHIPPING POINT | NET 10 | VERBAL | 18552 | ELLE |

| Description Item Number | Ordered Measure | Shipped Backordered | Unit Price Discount % | Extended |
|---|---|---|---|---|
| LT-8S  8 TAB LTR SIDE BLANK | 150.0 | 150.0 | 0.6200 | 93. |
| Item #:      LT-8S | | | | |
| 8T SELF ADH LABEL FOR CAT 8 TR | 3.0 | 3.0 | 15.3000 | 45. |
| Item #:      8T | | | | |
| Freight | | | | 12. |

Thank You Very Much for your Business

Sub-Total :           151.
Tax           :         0.
Total         :       151.
              :

Net To Pay:           151.

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**CLIENT BY USER DETAIL**

APR 01, 2007 - APR 30, 2007

ACCT# 100042679
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

INVOICE # 81585817
POSTING # 604480365

PAGE 2

| CLIENT | DATABASE TIME | TRANS | CONNECT COMMUNICATION | DOC/LINES | TOTAL CHARGE |
|---|---|---|---|---|---|
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | .00 |
| STANDARD | 45:07 | | 45:07 | | .00 |
| COMMUNICATIONS | | | | | .00 |
| HOURLY CONNECT | | | | | .00I |
| TOTAL LAUREL AUTOMATED PAINTING CHARGES  Laurel - 11 | 45:07I | 0I | 45:07I | 0I | 0.00S |
| | 45:07S | 0S | 45:07S | 0S | |
| **LHR** | | | | | |
| 5653953   PAUL ECKENRODE | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | 22,54 | | | | .00 |
| TRANSACTIONAL SEARCHES | | 14 | | | |
| TRANSACTIONAL ONLINE FINDS | | 15 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 29I | :00I | 0I | 0.00I |
| | :00S | 29S | :00S | 0S | 0.00S |
| TOTAL LHR CHARGES | | | | | |
| **NIFL** | | | | | |
| 4668764   RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | .00 |
| STANDARD | 49:56 | | | | |
| HOURLY MULTI-SEARCH | :39 | | | | |
| ALLFILES | 44:27 | | | | |
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | | | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I)  01-214-01 | 4151  1:35:02I | 0I | 1:35:02I | | |
| | 1:35:02S | 0S | 1:35:02S | | |
| TOTAL NIFL CHARGES | | | | | |
| **OFFICE** | | | | | |
| 4668762   JOHN M HASCHAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | .00 |
| STANDARD | 16:54 | | 16:54 | | .00 |
| COMMUNICATIONS | | | | | .00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I)  -LHRK-01 | 0  16:54I | 0I | 16:54I | 0I | 0.00I |
| | 16:54S | 0S | 16:54S | 0S | 0.00S |
| TOTAL OFFICE CHARGES | | | | | |
| **RANDY CASES** | | | | | |
| 4668764   RYAN J SEDLAK | | | | | |

# CHRISTIAN BOOK STORE & OFFICE SUPPLY

304 West Main Street
Somerset, PA 15501
Phone — 814-445-8902
FAX — 814-445-8868

PA Toll Free — Johnstown Store
1-800-266-1218

1238 Scalp Avenue
Johnstown, PA 15904
Phone — 814-266-7459
FAX — 814-266-5291

RECEIVED BY

DATE 05/18/07

INVOICE NUMBER 40783-0

PAGE 1

SALESMAN 160

WRITER 0223

PHONE 814-266-1799

CUSTOMER # 2068 DEPT COM
BILLING ADDRESS
LEVENTRY & HASCHAK LLC
SUITE 202
1397 EISENHOWER BLVD
JOHNSTOWN        PA 15904

PO #
SHIPPING ADDRESS
LEVENTRY & HASCHAK LLC
RICHLAND SQUARE II 202
1397 EISENHOWER BLVD S202
JOHNSTOWN        PA 15904

CHARGE
INVOICE
ROUTE #

| ITEM NUMBER | CO. | DESCRIPTION | UNIT | ORDER QTY | B/O QTY | SHIP QTY | UNIT D PRICE T | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| | | Who called : NANCY | | | | | | |
| 550003 | | ACCO BNDR,DATA,9.5X11,UB,BE | EA | 11 | | 11 | 9.490 C | 104.39 |

NEEDS   -   ASAP   -

*Short 1 Binder,*

QTY=10

Called — 5/18/07 about being
1 Short — they said we would
get it on Monday — but one
fixed them to called # before Monday
because we needed new invoice
they will send new invoice

| | SUB-TOTAL | 104.39 |
|---|---|---|
| | TAX | 6.27 |
| | TOTAL | 110.66 |

THANK YOU FOR YOUR ORDER!!!

INVOICE; PAYMENT DUE UPON RECEIPT. Interest of 2% per month
added 30 days from the date of this invoice.

# CHRISTIAN BOOK STORE & OFFICE SUPPLY

304 West Main Street
Somerset, PA 15501
Phone — 814-445-8902
FAX — 814-445-8866

PA Toll Free — Johnstown Store
1-800-266-1218

1238 Scalp Avenue
Johnstown, PA 15904
Phone — 814-266-7459
FAX — 814-266-5291

RECEIVED BY

DATE    05/18/07    INVOICE NUMBER    M5283-0

PAGE    1

WRITER    0223    TOD
PHONE    814-266-1799

CUSTOMER # 2060 DEPT COM
BILLING ADDRESS
LEVENTRY & MARCHAY LLC
SUITE 202
1397 EISENHOWER BLVD    PA 15904
JOHNSTOWN

PO #
SHIPPING ADDRESS
LEVENTRY & MARCHAY LLC
RICHLAND SQUARE II 202
1397 EISENHOWER BLVD 202
JOHNSTOWN    PA 15904

CREDIT
INVOICE
ROUTE # 0

| ITEM NUMBER | CO. | DESCRIPTION | UNIT | ORDER QTY | B/O QTY | SHIP QTY | UNIT D PRICE T | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| | | Original Invoice # 40907 | | | | | | |
| | | Who Called = NANCY | | | | | | |
| 56003 | | GBCO BNDR, DATA, 9.5X11, UB, BE | EA | 1 | 1 | 1 | 9.490 C | -9.49 |

CREDIT FOR SHORTED BINDER / HAD TO HAVE TODAY
ORDERED/BILLED FOR 11 - ONLY RECEIVED 10

- SORRY - OUR SUPPLIER SHORTED US

|  |  |  |
|---|---|---|
| SUB-TOTAL | | 9.49 |
| TAX | | .57 |
| CREDIT | | -10.06 |

RECEIVED MAY 24 2007

THIS IS A CREDIT / REFUND MEMO

INVOICE: PAYMENT DUE UPON RECEIPT. Interest of 2% per month
added 30 days from the date of this invoice.

Discover Card Statement ending June 17, 2007

**TIMOTHY C. LEVENTRY**
215 TALL TIMBER DR
JOHNSTOWN, PA 15904-3210
(814) 266-8597
Account Ending in 5473

| Trans. Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| 05/24/07 | 05/24/07 | WESTIN CONVENTION CTR HT PITTSBURGH PA $ | 678.18 | Travel/ Entertainment |
| 05/25/07 | 05/25/07 | WESTIN CONVENTION CTR HT PITTSBURGH PA | $ 226.06 | Travel/ Entertainmen |

904.24
- 882.24
22.00   Additional Parking fee

01-214-01

the westin convention center pittsburgh
1000 penn avenue   pittsburgh, pennsylvania 15222
phone 412.281.3700   fax 412.227.4500
www.westin.com/pittsburgh

bus explodion on other

| guest | | | | travel agent/charge to |
|-------|--|--|--|------------------------|
| Mr Timothy Leventry | room | 2309 | | |
| | rate | 179.00 | | |
| 215 Tall Timber Dr | no. pers. | 2 | | |
| Johnstown, PA 15904-3210 | folio | 264087 | EX-A | |
| | page | 1 | | |
| | arrive | 23-MAY-07 | 17:28 | |
| | depart | 24-MAY-07 | | |
| | payment | DI | | |

| date | reference | description | | charges/credits |
|------|-----------|-------------|--|-----------------|
| 23-MAY-07 | RT2309 | Room Charge | | 179.00 |
| 23-MAY-07 | RT2309 | 6% State Tax | | 10.74 |
| 23-MAY-07 | RT2309 | County Tax | | 12.53 |
| 23-MAY-07 | RT2309 | 1% State Tax | | 1.79 |
| 24-MAY-07 | DI | Discover Network | 204.06- | |
| | | Total Charges | 204.06 | |
| | | Total Credits | 204.06- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room | Room Tax | Food Bev | Telephone | Other | Total | Payment |
|------|------|----------|----------|-----------|-------|-------|---------|
| 23-MAY-07 | 179.00 | 25.06 | 0.00 | 0.00 | 0.00 | 204.06 | 0.00 |
| Total | 179.00 | 25.06 | 0.00 | 0.00 | 0.00 | 204.06 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

678.18 (226.06 x 3)
+ 204.06
882.24

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.

signature _____

As a Starwood Preferred Guest you have earned at least 358
Starpoints for this visit A50434610599.

Mr Timothy Leventry
FOLIO  264087   23-MAY-07



the westin convention center pittsburgh
1000 penn avenue   pittsburgh, pennsylvania 15222
phone 412.281.3700   fax 412.227.4500
www.westin.com/pittsburgh

| guest | | | | travel agent/charge to |
|---|---|---|---|---|
| Mr Timothy Leventry | room | 1607 | | Travel Professionals Int |
| | rate | 179.00 | | 2450 Bedford St |
| | no. pers. | 2 | | |
| 215 Tall Timber Dr | folio | 260534 | EX-A | |
| Johnstown, PA 15904-3210 | page | 1 | | Johnstown, PA 15904-1406 |
| | arrive | 20-MAY-07 | 17:11 | |
| | depart | 23-MAY-07 | | |
| | payment | DI | | |

| date | reference | description | | charges/credits |
|---|---|---|---|---|
| 20-MAY-07 | LEVENTR | Parking | | |
| 20-MAY-07 | LEVENTR | Parking Concessions | | 0.95 |
| 20-MAY-07 | RT1607 | Room Charge | | 21.05 |
| 20-MAY-07 | RT1607 | 6% State Tax | | 179.00 |
| 20-MAY-07 | RT1607 | County Tax | | 10.74 |
| 20-MAY-07 | RT1607 | 1% State Tax | | 12.53 |
| 21-MAY-07 | / | Parking | | 1.79 |
| 21-MAY-07 | / | Parking Concessions | | 0.95 |
| 21-MAY-07 | RT1607 | Room Charge | | 21.05 |
| 21-MAY-07 | RT1607 | 6% State Tax | | 179.00 |
| 21-MAY-07 | RT1607 | County Tax | | 10.74 |
| 21-MAY-07 | RT1607 | 1% State Tax | | 12.53 |
| 22-MAY-07 | / | Parking | | 1.79 |
| 22-MAY-07 | / | Parking Concessions | | 0.95 |
| 22-MAY-07 | RT1607 | Room Charge | | 21.05 |
| 22-MAY-07 | RT1607 | 6% State Tax | | 179.00 |
| 22-MAY-07 | RT1607 | County Tax | | 10.74 |
| 22-MAY-07 | RT1607 | 1% State Tax | | 12.53 |
| 23-MAY-07 | DI | Discover Network | | 1.79 |
| | | | 678.18- | |

|  | |
|---|---|
| Total Charges | 678.18 |
| Total Credits | 678.18 |
| Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

                    ** continued on the next page **

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.

                                          signature _____

Mr Timothy Leventry
FOLIO   260534   20-MAY-07

                                                              WESTIN

the westin convention center pittsburgh
1000 penn avenue    pittsburgh, pennsylvania 15222
phone 412.281.3700    fax 412.227.4500
www.westin.com/pittsburgh

guest

Mr Timothy Leventry

215 Tall Timber Dr
Johnstown, PA 15904-3210

room        1607
rate        179.00
no. pers.   2
folio       260534      EX-A
page        2
arrive      20-MAY-07   17:11
depart      23-MAY-07
payment     DI

travel agent/charge to
Travel Professionals Int
2450 Bedford St

Johnstown, PA 15904-1406

| date | reference | description | charges/credits |
|------|-----------|-------------|-----------------|

EXPENSE REPORT SUMMARY

| Date | Room | Room Tax | Food Bev | Telephone | Other | Total | Payment |
|------|------|----------|----------|-----------|-------|-------|---------|
| 20-MAY-07 | 179.00 | 25.06 | 0.00 | 0.00 | 22.00 | 226.06 | 0.00 |
| 21-MAY-07 | 179.00 | 25.06 | 0.00 | 0.00 | 22.00 | 226.06 | 0.00 |
| 22-MAY-07 | 179.00 | 25.06 | 0.00 | 0.00 | 22.00 | 226.06 | 0.00 |
| Total | 537.00 | 75.18 | 0.00 | 0.00 | 66.00 | 678.18 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.

signature _____

As a Starwood Preferred Guest you have earned at least 1074
Starpoints for this visit A50434610599.

Mr Timothy Leventry
FOLIO  260534   20-MAY-07



the westin convention center pittsburgh
1000 penn avenue   pittsburgh, pennsylvania 15222
phone 412.281.3700   fax 412.227.4500
www.westin.com/pittsburgh

guest

Mr Timothy Leventry

215 Tall Timber Dr
Johnstown, PA 15904-3210

| | |
|---|---|
| room | 1607 |
| rate | 179.00 |
| no. pers. | 2 |
| folio | 260534    EX-A |
| page | 2 |
| arrive | 20-MAY-07   17:11 |
| depart | 22-MAY-07 |
| payment | DI |

travel agent/charge to
Travel Professionals Int
2450 Bedford St

Johnstown, PA 15904-1406

date          reference          description          charges/credits

**EXPENSE REPORT SUMMARY**

| Date | Room | Room Tax | Food Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 20-MAY-07 | 179.00 | 25.06 | 0.00 | 0.00 | 22.00 | 226.06 | 0.00 |
| 21-MAY-07 | 179.00 | 25.06 | 0.00 | 0.00 | 22.00 | 226.06 | 0.00 |
| Total | 358.00 | 50.12 | 0.00 | 0.00 | 44.00 | 452.12 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.

signature _____

As a Starwood Preferred Guest you have earned at least 716
Starpoints for this visit A50434610599.

Mr Timothy Leventry
FOLIO   260534    20-MAY-07



the westin convention center pittsburgh
1000 penn avenue   pittsburgh, pennsylvania 15222
phone 412.281.3700   fax 412.227.4500
www.westin.com/pittsburgh

guest

Mr Timothy Leventry

215 Tall Timber Dr
Johnstown, PA 15904-3210

| | | |
|---|---|---|
| room | 1607 | |
| rate | 179.00 | |
| no. pers. | 2 | |
| folio | 260534 | EX-A |
| page | 1 | |
| arrive | 20-MAY-07 | 17:11 |
| depart | 22-MAY-07 | |
| payment | DI | |

travel agent/charge to
Travel Professionals Int
2450 Bedford St

Johnstown, PA 15904-1406

| date | reference | description | charges/credits |
|---|---|---|---|
| 20-MAY-07 | LEVENTR | Parking | |
| 20-MAY-07 | LEVENTR | Parking Concessions | 0.95 |
| 20-MAY-07 | RT1607 | Room Charge | 21.05 |
| 20-MAY-07 | RT1607 | 6% State Tax | 179.00 |
| 20-MAY-07 | RT1607 | County Tax | 10.74 |
| 20-MAY-07 | RT1607 | 1% State Tax | 12.53 |
| 21-MAY-07 | / | Parking | 1.79 |
| 21-MAY-07 | / | Parking Concessions | 0.95 |
| 21-MAY-07 | RT1607 | Room Charge | 21.05 |
| 21-MAY-07 | RT1607 | 6% State Tax | 179.00 |
| 21-MAY-07 | RT1607 | County Tax | 10.74 |
| 21-MAY-07 | RT1607 | 1% State Tax | 12.53 |
| 22-MAY-07 | DI | Discover Network | 1.79 |
| | | | 452.12- |

|  | |
|---|---|
| Total Charges | 452.12 |
| Total Credits | 452.12- |
| Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

                    ** continued on the next page **

I agree to remain personally liable for the payment of this account if the
corporation or other third party billed fails to pay part or all of these charges.

signature _____

Mr Timothy Leventry
FOLIO  260534    20-MAY-07

WESTIN.

*Cost Per Copy*
## INVOICE

**HILLTOP OFFICE SUPPLY, INC.**
**596 GOUCHER STREET**
**JOHNSTOWN, PA 15905**

Invoice Number: **5956**

Invoice Date: **6/4/2007**

Terms: **Net 15**

Sales:

Bill To: **LEVENTRY LAW**

**LEVENTRY LAW OFFICES**
**1397 EISENHOWER BLVD, STE 202**
**RICHLAND SQ,  2ND FLR**
**JOHNSTOWN, PA 15904**
Attn: **ACCOUNTS PAYABLE * ( 814 ) 266-1799**

Ship To:

**LEVENTRY LAW OFFICES**
**1397 EISENHOWER BLVD, STE 202**
**RICHLAND SQ,  2ND FLR**
**JOHNSTOWN,  PA  15904**
Attn: **TOYANNA * ( 814 ) 266-1799**

Make: **KYOCERA**
Model: **KM3530**

Serial Number: **AAJ3000577**
Machine ID: **0577**

| Billing Dates | | Contract | Meter ( s ) | | | | | Charges | | |
| Start | End | Type | Start | Allow | EndAllow | Current | Over | CPC | Overage | Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/2007 | 6/3/2007 | CPC .013 | 1,098,834 | 0 | 1,098,834 | 1,138,905 | 40,071 | 0.01300 | $520.92 | $0.00 |

*Contract Inclusions & Exclusions*

Note:

| Parts | Labor | Drum | Fusers | Toner | Developer | Paper |
|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | No |

*Copies, Paper, & Toner Fee 5¢ per copy*

Cost Per Copy or Rental Agreement * KYOCERA * KM3530
Effective Billing Dates Are From 5/4/2007 To 6/3/2007
From Starting Meter Reading 1,098,834 To Ending Meter Reading 1,138,905
The Total Invoice Price is $552.18 Including Sales Tax ( If Applicable )

| | | | |
|---|---|---|---|
| **Basic Copies Allowable:** | 0 | **Basic Contract Price:** | $0.00 |
| **Total Copies Produced:** | 40,071 | **Copies Over Allowable @ 0.013:** | $520.92 |
| **Copies Over Allowable:** | 40,071 | **Sub Total:** | $520.92 |
| **CPC Rate Over Allowable:** | 0.01300 | **Applicable Sales Tax:** | $31.26 |
| | | **Delivery & Installation:** | $0.00 |
| **Telephone:** ( 814 ) 255-6761 | | **Total Amount Due:** | $552.18 |
| **Facsimile:** ( 814 ) 255-2121 | | | |

Please Pay This Amount: $552.18

Thank You For Choosing Hilltop Office Supply, Inc.  We Appreciate Your Business

### This Invoice Is Due and Payable By 6/19/2007

The customer guarantees payment within the specified terms and agrees to reimburse seller for all expenses incurred in collecting the amount of this invoice. A service charge of 1.5 % per month will be added to all past due amounts.

*Thank You For Choosing HILLTOP OFFICE SUPPLY, INC.*

552.18

552.18

Hilltop Office Supply
Bus Exp:Office Expense:Supplies

Inv 5956

L & H Checking

USE WITH 9379 ENVELOPE

PRINTED IN U.S.A.

PRODUCT LT104C

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**CLIENT BY USER DETAIL**

MAY 01, 2007 - MAY 31, 2007

PAGE 2

INVOICE # 813772939
POSTING # 604534 0168

ACCT# 1000042679
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGES |
|---|---|---|---|---|---|
| TRANSACTIONAL SEARCHES | | 42 | | | 0.00 |
| TRANSACTIONAL ONLINE FINDS | | 20 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 62I | :00I | 0I | .00I |
| | :00S | 62S | :00S | 0S | .00S |
| TOTAL LHR CHARGES | | | | | 0.00 |
| **LINDSEY - MOUSE IN BOTTLE** | | | | | |
| 4668764   RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:33 | | | | 0.00 |
| ALLFILES | :50 | | | | 0.00 |
| COMMUNICATIONS | | | | | .00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 2:23I | 0I | 2:23I | 0I | .00I |
| | 2:23S | 0S | 2:23S | 0S | .00S |
| TOTAL LINDSEY - MOUSE IN BOTTLE CHARGES | | | | | 1.12 |
| **MIHALKO** | | | | | |
| 5653953   PAUL ECKENRODE | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | 0.00 |
| TRANSACTIONAL ONLINE FINDS | | 19 | | | 0.00 |
| KEYCITE | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 23I | :00I | 0I | .00I |
| | :00S | 23S | :00S | 0S | .00S |
| TOTAL MIHALKO CHARGES | | | | | 0.00 |
| **NIFL** | | | | | |
| 4668762   JOHN M HASCHAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :50 | | | | 0.00 |
| STANDARD - CODES | 22:19 | | | | 0.00 |
| SUPER ALLFILES | 2:35 | | | | 0.00 |
| COMMUNICATIONS | | | | | .00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 25:44I | 0I | 25:44I | 0I | .00I |
| | 25:44S | | 25:44S | | 0.00 |
| 4668764   RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :46 | | | | 0.00 |
| ALLFILES | 17:55 | | | | 0.00 |

*(handwritten notations: "06-403-01", "1.12", "01-214-01")*

RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

...SUBSCRIBER...OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A

**CLIENT BY USER DETAIL**

MAY 01, 2007 - MAY 31, 2007

ACCT# 1000042679
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

INVOICE # 813772939
POSTING # 604340168

PAGE 3

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| COMMUNICATIONS | | | 18:41 | | 0.00 |
| HOURLY CONNECT | 18:41I | 0I | 18:41I | 0I | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 44:25S | 0S | 44:25S | 0S | 0.00 |
| TOTAL NIFL CHARGES | | | | | 0.00 |
| OFFICE | | | | | |
| 4668762   JOHN M HASCHAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 3:07:54 | | | | 0.00 |
| STANDARD - CODES | 46:06 | | | | 0.00 |
| PREMIUM | :05 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | 3:54:05 | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:54:05I | 0I | 3:54:05I | 0I | 0.00 |
| TOTAL OFFICE CHARGES | 3:54:05S | 0S | 3:54:05S | 0S | 0.00 |
| TROPPER ALBERTS | | | | | |
| 4668764   RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:47 | | | | 0.00 |
| COMMUNICATIONS | | | 1:47 | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:47I | 0I | 1:47I | 0I | 0.001 |
| TOTAL TROPPER ALBERTS CHARGES | 1:47S | 0S | 1:47S | 0S | 0.003 |
| CHARGES ASSIGNED TO CLIENTS | 10:28:48T | 85T | 10:28:48T | 0T | 0.001 |

APPLICABLE TAXES

1000042679

22.13

01-214-01

RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

| ACCT# 1000042679 TIMOTHY C LEVENTRY JOHNSTOWN, PA 15904-3267 | CLIENT BY USER DETAIL JUN 01, 2007 - JUN 30, 2007 | INVOICE # 814026641 POSTING # 6045969802 | PAGE 3 |
| --- | --- | --- | --- |

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
| --- | --- | --- | --- | --- | --- |
| **NIFL** | | | | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | 53:01 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 53:01I | 01 | 53:01 | 01 | 0.00 |
| | 53:01S | 0S | 53:01S | 0S | 0.00 |
| TOTAL NIFL CHARGES | | | | | |
| | *26.51* | | | | |
| | *OK* *01-214-01* | | | | |
| **NORCAM 99-256-32** | | | | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | 1:26:11 | | | | 0.00 |
| ALLFILES | 8:01 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:34:12I | 01 | 1:34:12I | 01 | 0.00 |
| | 1:34:12S | 0S | 1:34:12S | 0S | 0.00 |
| TOTAL NORCAM 99-256-32 CHARGES | | | | | |
| | *OK* *95-251-32* | | | | |
| **PETRONICK** | | | | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | :59 | | | | 0.00 |
| RESULTSPLUS PREMIUM | 45:16 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 46:15I | 01 | 46:15 | 01 | 0.001 |
| | 46:15S | 0S | 46:15S | 0S | 0.00 |
| TOTAL PETRONICK CHARGES | | | | | |
| | *OK* *62-276-01* | | | | |
| **SPEICHER** | | | | | |
| **5653955   PAUL MATTIS** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | 54:41 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 54:41I | 01 | 54:41I | 01 | 0.001 |
| | 54:41S | 0S | 54:41S | 0S | 0.00S |
| TOTAL SPEICHER CHARGES | | | | | |
| | *Spicher, Jerry  94-57-03* | | | | |

INCLUDES APPLICABLE TAXES

1000042679

|  |  |  |  |  |
|---|---|---|---|---|
|  | Limine concerning the documents permitted to be introduced at trial and concerning the Court instructing the factfinder to take all permissable inferences from same in order to decide damages; review 3rd Circuit (federal) case law supporting the NIFL's position concerning the proof offered at trial. |  |  |  |
| Mar-11-07 | Prepation time on the Seventh Motion in Limine concerning the NIFL's entitlement to interest; review Ohio case law concerning the non-discretionary nature of interest; review Ohio case law refutting the Defendant's argument that the NIFL is not entitled to prejudgment interest on the medical providers bills that they did not pay; review and cite previous Court orders supporting the NIFL's position. | 4.30 | 623.50 | RJS |
| Mar-12-07 | Complete Motion in Limine with respect to Attorney's fees; editing of same, prepare exhibits and proposed order. | 5.00 | 725.00 | RJS |
|  | Electronic filing of the Motion in Limine with respect to Attorney's Fees; preparation time on correspondence to Attorney Seymour. | 1.00 | 145.00 | RJS |
| Mar-21-07 | Phone conference with Cleveland Gary regarding the trial scheduled for the third week of May. | 0.40 | 58.00 | RJS |
| Mar-23-07 | Phone conference with Attorney Guierro regarding his client's participation at trial. | 0.40 | 58.00 | RJS |
|  | Phone conference with Kareem Vance regarding his claims and participation at trial and regarding his attorney, Attorney Guierro. | 0.30 | 43.50 | RJS |
| Mar-29-07 | Review Motion in Limine filed by RPC and review RPC's response to the NIFL's 6th Motion in Limine. | 0.30 | 43.50 | RJS |
|  | Totals | | 127.65 | $14,654.25 |

## DISBURSEMENTS

|  |  |  |
|---|---|---|
| Mar-16-07 | West Law Research | 98.78 |
|  | Totals | $98.78 |

Case 2:02-cv-00548-TFM   Document 148-5   Filed 09/18/07   Page 23 of 94

| | | | |
|---|---|---|---|
| Totals | | 3.40 | $480.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| Dec-05-06 | West Law Research | 22.57 |
| Dec-27-06 | West Law Research | 108.63 |
| | Totals | $131.20 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$611.20** |
| Previous Balance | 35,710.75 |
| **Balance Now Due** | **$36,321.95** |

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

ACCT# 1000042679
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

**CLIENT BY USER DETAIL**

FEB 01, 2007 - FEB 28, 2007

INVOICE # 813197764
POSTING # 6043648618

PAGE 2

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| TOTAL LEGRIER CHARGES | :00S | 8S | :00S | 0S | 65.00 |
| **LHR** | | | | | |
| 5653953  PAUL ECKENRODE | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| TRANSACTIONAL SEARCHES | | 23 | | | 0.00 |
| TRANSACTIONAL ONLINE FINDS | | 9 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 32I | :00I | 0I | 0.00 |
| TOTAL LHR CHARGES | :00S | 32S | :00S | 0S | 0.00 |
| **LINDSEY-01** 86-403-01 | | | | | |
| 4668764  RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | 12:25 | | | | 0.00 |
| STANDARD - CODES | 1:19 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 13:44I | 0I | 13:44 | 0I | 0.00I |
| TOTAL LINDSEY-01 CHARGES | 13:44S | 0S | 13:44I | 0S | 0.00S |
| **NIFL** 01- 214 - 01 | | | | | 6.92 |
| 4668764  RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | 2:16:18 | | | | 0.00 |
| STANDARD - CODES | :15 | | | | 0.00 |
| SUPER ALLFILES | 1:01:23 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:17:56I | 0I | 3:17:56I | 0I | 0.00 |
| TOTAL NIFL CHARGES | 3:17:56S | 0S | 3:17:56S | 0S | 0.00S |
| **FFICE** | | | | | |
| 4668764  RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | :08 | | :08 | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |

INCLUDES APPLICABLE TAXES

THESE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**CLIENT BY USER DETAIL**

NOV 01, 2006 - NOV 30, 2006

ACCT# 1000042679
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

INVOICE # 812608842
POSTING # 6041936733

PAGE 3

| CLIENT | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| STANDARD | 1:54:18 | | | | 0.00 |
| STANDARD - CODES | :34 | | | | 0.00 |
| PREMIUM | :07 | | | | 0.00 |
| SELECT | :08 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:55:07I | 0I | 1:55:07I | 0I | 0.00I |
| TOTAL JWFI- HILL CHARGES | :55:07S | 0S | 1:55:07S | 0S | 0.00S |
| **LHR** | | | | | |
| 5663953  PAUL ECKENRODE | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | |
| TRANSACTIONAL ONLINE FINDS | | 7 | | | |
| KEYCITE | | 2 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 10I | :00I | 0I | 0.00I |
| TOTAL LHR CHARGES | :00S | 10S | :00S | 0S | 0.00S |
| **IFL** | | | | | |
| 4668764  RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 40:13 | | | | 0.00 |
| ALLFILES | 1:07:55 | | | | 0.00 |
| SUPER ALLFILES | 1:49:10 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:37:18I | 0I | 3:37:18I | 0I | 0.00I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| ALLFILES | | | | | 1.73 |
| COMMUNICATIONS | | | | | 0.03 |
| HOURLY CONNECT | :08E | 0E | :08E | 0E | 0.08 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 3:37:26S | 0S | 3:37:26S | 0S | 1.84S |
| TOTAL NIFL CHARGES | | | | | 1.84I |
| | | | | | 1.84S |
| **DAY, DONALD** | | | | | |
| 5663953  PAUL ECKENRODE | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |

(handwritten notations: JWFI-182; 51,541; 01-214-01; 108663 OK; 01-503-01; 06-503-01)

...LE TAXES

1000004679

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

| ACCT# 1000042679 TIMOTHY C LEVENTRY JOHNSTOWN, PA 15904-3267 | CLIENT BY USER DETAIL OCT 01, 2006 - OCT 31, 2006 | | INVOICE # 812412731 POSTING # 604289555 | | PAGE 3 |
|---|---|---|---|---|---|
| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGES |
| COMMUNICATIONS | :02E | 0E | :02 | 0E | 0.02E |
| HOURLY CONNECT | 4:27-30S | 0S | 4:27-30S | 0S | 0.24S |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| TOTAL JWFI-110 CHARGES | | | | | |
| *(handwritten: JWFI-182 @  13.65)* | | | | | |
| JWFI-HILL | | | | | |
| 4668764   RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:59:18 | | | | 0.07 |
| STANDARD - CODES | 1:18 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.01 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 2:00:36I | 0I | 2:00:36 | 0I | 0.00 |
| | 2:00:36S | 0S | 2:00:36S | 0S | 0.00S |
| TOTAL JWFI-HILL CHARGES | | | | | |
| *(handwritten: 01-214-01)* | | | | | |
| NIFL | | | | | |
| 4668764   RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 3:27 | | | | |
| ALLFILES | 5:27 | | | | |
| SUPER ALLFILES | 36:06 | | | | |
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | | | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 45:00I | 0I | 45:00 | 0I | |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | 2.83 |
| ALLFILES | :13 | | | | 0.00 |
| COMMUNICATIONS | | | | | 3.07E |
| HOURLY CONNECT | :13E | 0E | :13E | 0E | |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 45:13S | 0S | 45:13S | 0S | 3.07S |
| TOTAL NIFL CHARGES | | | | | |
| *(handwritten: 22.57  OK)* | | | | | |
| NORCAM | | | | | |
| 5663953   PAUL ECKENRODE | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 3I | :00I | 0I | 0.001 |
| TOTAL NORCAM CHARGES | :00S | 3S | :00S | 0S | 0.00S |

* INCLUDES APPLICABLE TAXES

1000042679

Invoice #:    11332                  Page    5
                                                        December 14, 2006

| | | | | |
|---|---|---|---|---|
| | Preparation of Exhibits for Reply to the Defendant's Motions in Limine with Respect to Plaintiff's Damages to be filed with the Court | 0.80 | 60.00 | LC |
| Nov-20-06 | Finalize Response to RPC's 3 Motion in Limine with respect to the NIFL's damage claim; review case citations; electronic filing of same. | 1.20 | 168.00 | RJS |
| | Preparation of Exhibits for Reply to the Defendant's Motions in Limine with Respect to Plaintiff's Damages for client and opposing counsel | 0.90 | 67.50 | LC |
| | Totals | 62.00 | $8,320.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-10-06 | UPS Overnight Letter | 20.00 |
| | UPS Overnight Letter | 20.00 |
| | UPS Overnight Letter | 20.00 |
| Oct-30-06 | Parking in Pittsburgh. | 13.00 |
| | Mileage-150 miles to Federal Court in Pittsburgh @ $.44.5 per mile. | 105.50 |
| | Totals | $178.50 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,498.50** |
| Previous Balance | 27,212.25 |
| **Balance Now Due** | **$35,710.75** |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **September 23, 2006** |
| Invoice number | 0000F10F56386 |
| Shipper number | F10F56 |

Page  3  of 4

## Outbound

**UPS Shipping Document**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 09/18 | 1ZF10F562210013384 | Next Day Air Commercial | 70507 | 106 | Letter | 18.40 | -2.39 | 16.01 |
| | | Fuel Surcharge | | | | 3.13 | -0.41 | 2.72 |
| | | **Total** | | | | 21.53 | -2.80 | 18.73 |

**1st ref:** NIFL 01-214
**Sender :**　　　　　　　　　　　　　　　　**Receiver:** CAROLYN SHIVER CLEVE
　　TIMOTHY C LEVENTRY　　　　　　　　　NIFL
　　JOHNSTOWN PA 15904　　　　　　　　　LAFAYETTE LA 70507-2456

| | 1ZF10F562210013393 | Next Day Air Commercial | 15219 | 102 | Letter | 13.40 | -1.74 | 11.66 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 2.28 | -0.30 | 1.98 |
| | | **Total** | | | | 15.68 | -2.04 | 13.64 |

**1st ref:** NIFL 01-214
**Sender :**　　　　　　　　　　　　　　　　**Receiver:** UNREADABLE
　　TIMOTHY C LEVENTRY
　　JOHNSTOWN PA 15904　　　　　　　　　PITTSBURGH PA 15219-2013

| | 1ZF10F562210013400 | Next Day Air Commercial | 15219 | 102 | Letter | 13.40 | -1.74 | 11.66 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 2.28 | -0.30 | 1.98 |
| | | **Total** | | | | 15.68 | -2.04 | 13.64 |

**1st ref:** NIFL 01-214
**Sender :**　　　　　　　　　　　　　　　　**Receiver:** MICHAEL J SEYMORE ES
　　TIMOTHY C LEVENTRY　　　　　　　　　FECZKO AND SEYMOUR
　　JOHNSTOWN PA 15904　　　　　　　　　PITTSBURGH PA 15219-2202

**UPS Next Day Air®**
**UPS Worldwide Express℠**

Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER** 1Z F10 F56 22 1001 338 4

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO. **F 1 0 F 5 6**

REFERENCE NUMBER **NIFL 01-214**

NAME **TIMOTHY C LEVENTRY**

COMPANY

STREET ADDRESS **1397 EISENHOWER BLVD**

CITY AND STATE **JOHNSTOWN** PA ZIP CODE **15904 3222**

TELEPHONE **814-266-1799**

**2 EXTREMELY URGENT DELIVERY TO**

NAME **CAROLYN SINGER / CLEVELAND GARY**

COMPANY **NIFL**

TELEPHONE

STREET ADDRESS **600 LOIRE AVENUE** DEPT./FLR.

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) **LAFAYETTE, LA** ZIP CODE **70507**

☐ Residential Delivery

**3 WEIGHT** Enter "LTR" if Letter **LTR**

DIMENSIONAL WEIGHT If Applicable

**4** LARGE AIR PACKAGE ☐    SHIPPER RELEASE ☐    CHARGES

**5 TYPE OF SERVICE**
☒ NEXT DAY AIR
☐ EXPRESS (INTL)

**6** For Worldwide Express Shipments Mark an "X" in this box if shipment only contains documents of no commercial value.
☐ DOCUMENTS ONLY
☐ SATURDAY PICKUP
☐ SATURDAY DELIVERY    AMOUNT $

**7 OPTIONAL SERVICES**
☐ DECLARED VALUE FOR CARRIAGE    $
☐ C.O.D.    AMOUNT $

**ADDITIONAL HANDLING CHARGE**
☐ An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES** $

**8 METHOD OF PAYMENT**
☐ BILL SHIPPER'S ACCOUNT NUMBER (In Section 1)
☐ BILL RECEIVER (In Section 2)
☒ BILL THIRD PARTY Domestic Only
☐ CREDIT CARD
☐ CHECK

☐ Record Account No. In Section 9
☐ American Express / Diner's Club / MasterCard / Visa

CREDIT CARD NO. OR MAJOR CREDIT CARD NO.    EXPIRATION DATE

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE    ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE** X _____

DATE OF SHIPMENT

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

01 01911 202609 1/05 MW    SHIPPER'S COPY

## UPS Next Day Air®
## UPS Worldwide Express℠

### Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER** 1Z F10 F56 22 1001 340 0

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. F 1 0 F 5 6

REFERENCE NUMBER NJFL 01-214

NAME

TELEPHONE 814-266-1799

COMPANY TIMOTHY C LEVENTRY

STREET ADDRESS 1397 EISENHOWER BLVD

CITY AND STATE JOHNSTOWN PA ZIP CODE 15904 3222

**2 EXTREMELY URGENT DELIVERY TO**

NAME MICHAEL J. SEYMOUR, ESQ TELEPHONE

COMPANY KECZKO AND SEYMOUR

STREET ADDRESS 520 GRANT BUILDING, 310 GRANT ST DEPT./FLR. ☐ Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) PITTSBURGH, PA ZIP CODE 15219

**3 WEIGHT** (Enter "LTR" if Letter) L T R

DIMENSIONAL WEIGHT If Applicable

LARGE AIR PACKAGE

**4 SHIPPER RELEASE**

**5 TYPE OF SERVICE**
☒ NEXT DAY AIR
☐ EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value. ☐ DOCUMENTS ONLY

**6 OPTIONAL SERVICES**
☐ SATURDAY PICKUP See Instructions.
☐ SATURDAY DELIVERY See Instructions.
☐ DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions. $ _____ AMOUNT
☐ C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package. $ _____ AMOUNT

**7 ADDITIONAL HANDLING CHARGE**
☐ An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES**

**CHARGES**
$
$
$
$
$
$
$

**8 METHOD OF PAYMENT**
☒ BILL SHIPPER'S ACCOUNT NUMBER IN SECTION 1
☐ BILL RECEIVER
☐ BILL THIRD PARTY DOMESTIC ONLY
☐ CREDIT CARD American Express Diner's Club MasterCard Visa RECORD ACCOUNT NO. IN SECTION 9
☐ CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.** EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE** X _Paul A. Martin_

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT

0101911202609 1/05 MW

**SHIPPER'S COPY**

---

## UPS Next Day Air®
## UPS Worldwide Express℠

### Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER** 1Z F10 F56 22 1001 339 3

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. F 1 0 F 5 6

REFERENCE NUMBER NJFL 01-214

NAME

TELEPHONE 814-266-1799

COMPANY TIMOTHY C LEVENTRY

STREET ADDRESS 1397 EISENHOWER BLVD

CITY AND STATE JOHNSTOWN PA ZIP CODE 15904 3222

**2 EXTREMELY URGENT DELIVERY TO**

NAME THOMAS L. COOPER, ESQ TELEPHONE

COMPANY

STREET ADDRESS 100 ROSS STREET DEPT./FLR. ☐ Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) PITTSBURGH, PA ZIP CODE 15219

**3 WEIGHT** Enter "LTR" if Letter L T R

DIMENSIONAL WEIGHT If Applicable

LARGE AIR PACKAGE

**4 SHIPPER RELEASE**

**5 TYPE OF SERVICE**
☒ NEXT DAY AIR
☐ EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value. ☐ DOCUMENTS ONLY

**6 OPTIONAL SERVICES**
☐ SATURDAY PICKUP See Instructions.
☐ SATURDAY DELIVERY See Instructions.
☐ DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions. $ _____ AMOUNT
☐ C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package. $ _____ AMOUNT

**7 ADDITIONAL HANDLING CHARGE**
☐ An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES**

**CHARGES**
$
$
$
$
$
$
$

**8 METHOD OF PAYMENT**
☐ BILL SHIPPER'S ACCOUNT NUMBER IN SECTION 1
☐ BILL RECEIVER
☐ BILL THIRD PARTY DOMESTIC ONLY
☐ CREDIT CARD American Express Diner's Club MasterCard Visa RECORD ACCOUNT NO. IN SECTION 9
☐ CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.** EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE** X _____

Invoice #:      10738                    Page    8
                                                                September 13, 2006

|  |  | 1.20 | 90.00 | LC |
|---|---|---|---|---|
|  | Preparation of damage calculations between March 30, 2001 to June 7, 2001, with and without deductible included, pertaining to records given to Attorney Seymour between November 2005 and March 13, 2006 with records linked to those presented November 2005 and consisting of Certification of records Custodian forms, HCFA forms, and underlying medical records |  |  |  |
| Jul-28-06 | Review damage calculations relative to the various scenarios including the removal of deductibles from the calculation package. | 0.40 | 64.00 | TCL |
| Jul-31-06 | Preparation of amended Damage Calculations and accompanying correspondences for Carolyn Shriver, Attorney Seymour, and Attorney Cooper | 4.50 | 337.50 | LC |
|  | Totals | 179.30 | $16,196.50 |  |

## DISBURSEMENTS

| Jun-27-06 | UPS Overnight Letter | 165.00 |
|---|---|---|
|  | UPS Overnight Letter | 65.00 |
| Jul-05-06 | Smart Document Solutions | 87.30 |
| Jul-26-06 | West Law Research | 77.12 |
| Aug-21-06 | Postmaster | 10.40 |
|  | Totals | $404.82 |

| **Total Fee & Disbursements** | **$16,601.32** |
|---|---|
| Previous Balance | 4,814.68 |
| **Balance Now Due** | **$21,416.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| /08 | 1ZF10F562210013526 | Next Day Air Commercial | 15219 | 104 | 56 | 139.00 | -18.07 | 120.93 |
| | | Fuel Surcharge | | | | 22.24 | -2.89 | 19.35 |
| | | **Total** | | | | 161.24 | -20.96 | 140.28 |

*NIFL*

**1st ref:** 01-214-01
**Sender  :** NIFL
TIMOTHY C LEVENTRY
JOHNSTOWN NY 12078

**Receiver:**
THOMAS L COOPER ESQU
PITTSBURGH PA 15219

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1ZF10F562210013535 | Next Day Air Commercial | 15219 | 104 | 13 | 54.00 | -7.02 | 46.98 |
| | | Fuel Surcharge | | | | 8.64 | -1.12 | 7.52 |
| | | **Total** | | | | 62.64 | -8.14 | 54.50 |

*NIFL*

**1st ref:** 01-214-01
**Sender  :** NIFL
TIMOTHY C LEVENTRY
JOHNSTOWN NY 12078

**Receiver:**
THOMAS L COOPER ESQU
PITTSBURGH PA 15219

06/12     1ZF10F562210013286     Next Day Air Commercial



## UPS Worldwide Express℠

### Shipping Document

See Instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional Information and Terms and Conditions.

**TRACKING NUMBER**  1Z F10 F56 22 1001 352 6

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.  F 1 0 F 5 6

REFERENCE NUMBER  O1-214-01

NAME  NIFL      TELEPHONE  814(266-1799

COMPANY  TIMOTHY C LEVENTRY

STREET ADDRESS  1397 EISENHOWER BLVD

CITY AND STATE  JOHNSTOWN      PA  ZIP CODE  15904 3222

**2 EXTREMELY URGENT DELIVERY TO**

NAME      TELEPHONE  (  )

COMPANY

Thomas L. Cooper, Esquire

STREET ADDRESS  100 Rose Street    DEPT./FLR.    Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)  Pittsburgh, PA    ZIP CODE  15219-2013

**3 WEIGHT** Enter "LTR"if Letter   **WEIGHT** If Applicable   **PACKAGE**   **RELEASE**

**5 TYPE OF SERVICE**
- [ ] NEXT DAY AIR
- [ ] EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.

**6**
- [ ] DOCUMENTS ONLY
- [ ] SATURDAY PICKUP See instructions.
- [ ] SATURDAY DELIVERY See instructions.

**OPTIONAL SERVICES**
- [ ] DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions.  $ _____ AMOUNT
- [ ] C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.  $ _____ AMOUNT

**7 ADDITIONAL HANDLING CHARGE**
- [ ] An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES**

**CHARGES**
$
$
$
$
$
$

**8 METHOD OF PAYMENT**
- BILL SHIPPER'S ACCOUNT NUMBER [IN SECTION 1]
- [ ] BILL RECEIVER DOMESTIC ONLY
- [ ] BILL THIRD PARTY
- [ ] CREDIT CARD
  American Express Diner's Club MasterCard Visa
- [ ] CHECK

RECORD ACCOUNT NO. IN SECTION 9

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.    EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE      ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE**  X _Paul Mathis_

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT  6/06/06

0101911202609 1/05 MW      UPS COP

---

## UPS Next Day Air®
## UPS Worldwide Express℠

### Shipping Document

See Instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional Information and Terms and Conditions.

**TRACKING NUMBER**  1Z F10 F56 22 1001 353 5

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.  F 1 0 F 5 6

REFERENCE NUMBER  O1-214-01

NAME  NIFL      TELEPHONE  814(266-1799

COMPANY  TIMOTHY C LEVENTRY

STREET ADDRESS  1397 EISENHOWER BLVD

CITY AND STATE  JOHNSTOWN      PA  ZIP CODE  15904 3222

**2 EXTREMELY URGENT DELIVERY TO**

NAME      TELEPHONE  (  )

COMPANY

Thomas L Cooper, Esquire

STREET ADDRESS  100 Ross Street    DEPT./FLR.    Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)  Pittsburgh PA    ZIP CODE  15219-2013

**3 WEIGHT** Enter "LTR"if Letter   **WEIGHT**   **DIMENSIONAL WEIGHT** If Applicable   **LARGE AIR PACKAGE**   **4 SHIPPER RELEASE**

**5 TYPE OF SERVICE**
- [x] NEXT DAY AIR
- [ ] EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.

**6**
- [ ] DOCUMENTS ONLY
- [ ] SATURDAY PICKUP See instructions.
- [ ] SATURDAY DELIVERY See instructions.

**OPTIONAL SERVICES**
- [ ] DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions.  $ _____ AMOUNT
- [ ] C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.  $ _____ AMOUNT

**7 ADDITIONAL HANDLING CHARGE**
- [ ] An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES**

**CHARGES**
$
$
$
$
$

**8 METHOD OF PAYMENT**
- [x] BILL SHIPPER'S ACCOUNT NUMBER [IN SECTION 1]
- [ ] BILL RECEIVER DOMESTIC ONLY
- [ ] BILL THIRD PARTY
- [ ] CREDIT CARD
  American Express Diner's Club MasterCard Visa
- [ ] CHECK

RECORD ACCOUNT NO. IN SECTION 9

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.    EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE      ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE**  X _Paul Mathis_

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service,      DATE OF SHIPMENT



**AMERISERV FINANCIAL**
MEMBER FDIC

| | |
|---|---|
| Current Date: | September 17, 2007 |
| Account Number: | 50788574 |
| Capture Date: | July 21, 2006 |
| Item Number: | 30037794497 |
| Posted Date: | July 21, 2006 |
| Posted Item Number: | 202004308 |
| Amount: | $87.30 |
| Record Type: | Debit |

LEVENTRY & HASCHAK LLC
BUSINESS ACCOUNT
RICHLAND SQUARE III
1397 EISENHOWER BLVD STE 202
JOHNSTOWN PA 15904-3267

---

**LEVENTRY & HASCHAK, LLC**
**ATTORNEYS AT LAW**
1397 EISENHOWER BLVD, RICHLAND SQUARE III, SUITE 202
JOHNSTOWN, PA 15904
PH. (814) 266-1799

AMERISERV FINANCIAL
JOHNSTOWN, PA 15901

60-106/313 NA

51805

7/14/2006

PAY TO THE ORDER OF    Smart Document Solutions, LLC          $  **87.30

Eighty-Seven and 30/100************************************************************** DOLLARS

Smart Document Solutions, LLC
PO Box 409740
Atlanta, GA 30384

BUSINESS ACCOUNT

_Timothy C. Leventry_
AUTHORIZED SIGNATURE

MEMO    Customer # 986477

⑈051805⑈ ⑆031301066⑆ 5078⑈857⑈4⑈          ⑆0000008730⑈

---

0611099914
07212006
031000040 PRB-PHILA
ENT=0993 TRC=0993 PK=15

CR PAYEE ACCT
LACK END GTD 08
BANK OF AMERICA
BANK OF AMERICA, NA ATL
P0619909924 E4554 90 P46
07/20/06

1100895610

CB-2781  90
200607220
172 409740
3255696785

# DELINQUENT NOTICE

## Smart Document Solutions, LLC
SEND CORRESPONDENCE ONLY TO:
P.O. Box 1812
Alpharetta GA 30023-1812

| NOTICE | CUSTOMER | PAGE |
|--------|----------|------|
| 06/09/06 | 986477 | 1 of 1 |

LEVENTRY AND HASCHAK LLC
1397 EISENHOWER BLVD
STE 202 SQAURE III
JOHNSTOWN          PA   15904

**REMIT TO:**  SMART DOCUMENT SOLUTIONS, LLC
PO BOX 409740
**ATLANTA**              GA 30384
**Federal Tax ID:** 58-2659941

Please be advised that your account is now past due.  You are receiving this letter because our records indicate that you have failed to pay for requested medical records.

You may remit the amount owed immediately by paying online at www.sdspayonline.net

For questions, please contact Elaine Tanner at 770-360-1758 or etanner@sdshealth.com

| -------Invoice------- | | Due Date | Days Past Due | Patient Name | -------Amount------- | |
|-----------------------|------|----------|---------------|--------------|----------|-----|
| Number      * | Date | | | | Original | Due |
| 0030939267 | 12/27/05 | 26-JAN-06 | 134 | LOCKLEAR WILLIAM | 3.29 | 3.29 |
| 0032534445 | 03/25/06 | 24-APR-06 | 46 | SCHMITT JOHN | 26.84 | 26.84 |
| 0032534446 | 03/25/06 | 24-APR-06 | 46 | ROBINSON QUENTEEN | 57.17 | 57.17 |

Total Delinquent USD        87.30

**REMITTANCE ADVICE**

**RETURN WITH PAYMENT**

# *Smart Document Solutions, LLC*
SEND CORRESPONDENCE ONLY TO:
P.O. Box 1812
Alpharetta GA 30023–1812

| NOTICE | CUSTOMER | PAGE |
|--------|----------|------|
| 06/09/06 | 986477 | 1 of 1 |

LEVENTRY AND HASCHAK LLC
1397 EISENHOWER BLVD
STE 202 SQAURE III
JOHNSTOWN          PA   15904

REMIT TO: SMART DOCUMENT SOLUTIONS, LLC
PO BOX 409740
**ATLANTA**              GA 30384
Federal Tax ID: 58-2659941

TERMS OF PAYMENT – NET 30 DAYS FROM
DATE OF INVOICE

| TRANS DATE | INVOICE # | TRANS AMT | BAL DUE | PAID | AMT (if different) |
|------------|-----------|-----------|---------|------|--------------------|
| 12/27/05 | 0030939267 | 3.29 | 3.29 | ☐ | |
| 03/25/06 | 0032534445 | 26.84 | 26.84 | ☐ | |
| 03/25/06 | 0032534446 | 57.17 | 57.17 | ☐ | |
| | TOTAL USD | | 87.30 | | |

TOTAL REMITTANCE USD

**Fast. Secure. Free.**
SDSpayOnline is a free, online payment
processing service that provides you a
fast and convenient way to pay your Smart
Document Solutions invoice. You can now
pay your Smart Document Solutions invoice
by visiting **www.SDSPayOnline.com**. Simply
have your invoice and major credit card ready
to process your payment.

**PLEASE RETURN REMITTANCE
ADVICE WITH YOUR PAYMENT.**

Form Rev: 01A34-73-ATTY -1-ALTR1 -N-CA08

# DELINQUENT NOTICE

## *Smart Document Solutions, LLC*

SEND CORRESPONDENCE ONLY TO:
P.O. Box 1812
Alpharetta GA 30023-1812

| NOTICE | CUSTOMER | PAGE |
|---|---|---|
| 07/09/06 | 986477 | 1 of 1 |

LEVENTRY AND HASCHAK LLC
1397 EISENHOWER BLVD
STE 202 SQAURE III
JOHNSTOWN          PA   15904

**REMIT TO:  SMART DOCUMENT SOLUTIONS, LLC**
**PO BOX 409740**
**ATLANTA              GA 30384**
**Federal Tax ID: 58-2659941**

Please be advised that your account is now past due.  You are receiving this letter because our records indicate that you have failed to pay for requested medical records.  If we do not receive payment of past due invoices within 15 days, we may  require pre-payment for all future requests.

You may remit the amount owed immediately by paying online at www.sdspayonline.net

For questions, please contact Elaine Tanner at 770-360-1758 or etanner@sdshealth.com

| -------Invoice------- | | Due | Days | | -------Amount------- | |
|---|---|---|---|---|---|---|
| Number        * | Date | Date | Past Due | Patient Name | Original | Due |
| 0030939267 | 12/27/05 | 26-JAN-06 | 165 | LOCKLEAR WILLIAM | 3.29 | 3.29 |
| 0032534445 | 03/25/06 | 24-APR-06 | 77 | SCHMITT JOHN | 26.84 | 26.84 |
| 0032534446 | 03/25/06 | 24-APR-06 | 77 | ROBINSON QUENTEEN | 57.17 | 57.17 |

Total Delinquent USD        87.30

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**CLIENT BY USER DETAIL**

JUN 01, 2006 - JUN 30, 2006

T# 100004Z679
OTHY C LEVENTRY
NSTOWN, PA 15904-3267

INVOICE # 811648850
POSTING # 6038940112

PAGE 3

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | 01 | 27:09 | | 0.00 |
| | 27:09I | 01 | 27:09I | 01 | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 27:09S | 0S | 27:09S | 0S | 0.00S |
| AL LEES CHARGES | | | | | |
| **5663953  PAUL ECKENRODE** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| TRANSACTIONAL SEARCHES | | 12 | | | 0.00 |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | |
| | :00I | 15I | :00I | | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00S | 15S | :00S | | 0.00S |
| L LFRK CHARGES | | | | | |
| **5663953  PAUL ECKENRODE** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| TRANSACTIONAL SEARCHES | | 13 | | | 0.00 |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | 0.00 |
| KEYCITE | | 1 | | | |
| | :00I | 16I | :00I | 01 | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00S | 16S | :00S | 0S | 0.00S |
| L LHRK CHARGES | | | | | |
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | 11:14 | | | | 0.00 |
| HOURLY MULTI-SEARCH | 41:30 | | | | 0.00 |
| ALLFILES | 1:00 | | | | 0.00 |
| SUPER ALLFILES | 52:15 | | | | 0.00 |
| SELECT | 11:31 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | 1:57:30 | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:57:30I | 01 | 1:57:30I | 01 | 0.00I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| ALLFILES | | | | | 6.08 |
| COMMUNICATIONS | :28 | | :28 | | 0.10 |
| HOURLY CONNECT | | | | | 0.29 |

13.55

01-0214-01

58.65
518.41

Dле

51946

51946

8/18/2006

8/18/2006

LEVENTRY & HASCHAK, LLC

Postmaster
Bus Exp:Advances:Other

NIFL

L & H Checking     Postage Charge

PRODUCT LT104C     USE WITH 9379 ENVELOPE

PRINTED IN U.S.A.

A

B

LEVENTRY & HASCHAK, LLC

Postmaster
Bus Exp:Advances:Other

NIFL

BEL-AIR STATION
AUG 18 2006
USPS
15904

Bel-Air Station
stown,      sylvania
150       3
412540913 -0098
(800)275-8777     04:55:58 PM

Sales Receipt
Sale  Unit          Final
Qty   Price          Price

70507                      $10.40
                         ========
                          $10.40

                          $10.40

                          $10.40

172912

...ial on stamps and postage.
guaranteed services only.
you for your business.
Customer Copy

| | | | |
|---|---|---|---|
| Preparation of correspondence to Michael Seymour and Tom Cooper regarding lawsuit claims. | 0.20 | 32.00 | TCL |
| Preparation / examination of medical records received from the NIFL to send to Attorney Seymour; preparation of pleading in Jeff Kerns case to send to Attorney Seymour; preparation of correspondence to Attorney Seymour | 5.20 | 390.00 | LC |
| Totals | 116.60 | $9,320.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| May-09-06 | Postage | | 7.15✓ |
| | Totals | | $7.15 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$9,327.15** |
| Trust Transferred at Billing | 4,512.47 |
| **Balance Now Due** | **$4,814.68** |

## PAYMENT DETAILS

| | | |
|---|---|---|
| Jun-13-06 | Payment for invoice: 10133 | 4,512.47 |
| | **Total Payments** | **$4,512.47** |

LEVENTRY & HASCHAK, LLC

Postmaster
Bus Exp:Advances:Other

NIFL 01-214-01

5/8/2006

51

L & H Checking

PRODUCT LT104C          USE WITH 9379 ENVELOPE

PRINTED IN U.S.A.

Bel-Air Station
Johnstown, Pennsylvania
159042553
4125460913-0098
05/08/2006     (800)275-8777     04:56:02 PM

Sales Receipt
| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| PITTSBURGH PA 15203 | | | $7.15 |
| Priority Mail | | | |
| 6 lb. 2.60 oz. | | | |

Issue PVI:     $7.15

Total:     $7.15

Paid by:
Personal Check     $7.15

Bill#: 1000201014494
Clerk: 01

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

### *Leventry, Haschak, & Rodkey, LLC*
Attorneys At Law

1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Ph:    814-266-1799                                    Fax:814-266-5108

National Indoor Football League
600 Loire Avenue                                                  April 28, 2006
Lafayette, LA
70507

**Attention:**   Carolyn Shiver                    File #:      01-214-01
                                                   Inv #:         9930

**RE:**    Invoice/Retainer

## DISBURSEMENTS

| Apr-25-06 | √West Law Research | 5,171.88 |
|---|---|---|
| | Totals | $5,171.88 |

| | **Total Fee & Disbursements** | **$5,171.88** |
|---|---|---|
| | Trust Transferred at Billing | 5,171.88 |
| | **Balance Now Due** | **$0.00** |

## PAYMENT DETAILS

| Apr-28-06 | Payment for invoice: 9930 | 5,171.88 |
|---|---|---|
| | **Total Payments** | **$5,171.88** |

THE ACTUAL CHARGES TO SUBSCRIBER. CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

CT# 1000042679
OTHY C LEVENTRY
NSTOWN, PA 15904-3267

**CLIENT BY USER DETAIL**

MAR 01, 2006 - MAR 31, 2006

INVOICE # 81062044
POSTING # 6037219035

PAGE 4

| CLIENT | DATABASE/TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| FL | | | | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 5:08:04 | | | | 0.00 |
| STANDARD - CODES | 2:53:33 | | | | 0.00 |
| PREMIUM | 10:07 | | | | 0.00 |
| RESULTSPLUS PREMIUM | :06 | | | | 0.00 |
| ALLFILES | 37:20 | | | | 0.00 |
| RESULTSPLUS ALLFILES | :14 | | | | 0.00 |
| SUPER ALLFILES | 3:33:15 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | 12:23:46 | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 12:22:39I | 0I | 12:23:46I | 0I | 0.00I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| STANDARD | 4:37:21 | | | | 1,755.86 |
| STANDARD - CODES | 1:05 | | | | 8.20 |
| PREMIUM | 53:59 | | | | 544.14 |
| RESULTSPLUS PREMIUM | :18 | | | | 3.97 |
| ALLFILES | 2:38:02 | | | | 2,059.18 |
| RESULTSPLUS ALLFILES | 1:10 | | | | 19.96 |
| COMMUNICATIONS | | | 8:11:55 | | 106.41 |
| HOURLY CONNECT | | | 8:11:55E | 0E | 303.16 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 8:11:55E | 0E | | 0E | 4,800.88E |
| | 20:34:34S | 0S | 20:35:41S | 0S | 4,800.88S |
| AL NIFL CHARGES | | | | | |
| GER   R4-138 | | | | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 40:10 | | 40:10 | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 40:10I | 0I | 40:10I | 0I | 0.00I |
| AL RAGER   R4-138 CHARGES | 40:10S | 0S | 40:10S | 0S | 0.00S |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |

CLUDES APPLICABLE TAXES

1000042679

Invoice #:      9756                              Page    15

                                                                April 13, 2006

| Date | Description | | | |
|------|-------------|---|---|---|
| Mar-28-06 | Review questions for Carolyn Shiver and final preparation of Opening Argument. | 1.00 | 160.00 | TCL |
| | Re: participate in pretrial meetings w/Judge McVerry and participate in Jury Selection. | 3.00 | 480.00 | TCL |
| | Re: negotiations regarding settlement and finalize settlement Consent. | 2.00 | 320.00 | TCL |
| | Trial - Jury Selection | 8.00 | 1,160.00 | FF |
| | Attend jury selection, trial and meeting with Carolyn Shiver.  Phone conferences with witnesses Marty Herf and Tom Sico. | 8.00 | 1,120.00 | RJS |
| Mar-31-06 | Correspondence with Bernie Caputo and review Stipulation regarding w/d of counterclaim. | 0.30 | 48.00 | TCL |
| | Totals | 360.15 | $43,895.75 | |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| | Photo Copies | 2,280.00 |
| Feb-20-06 | West Law Research | 70.08 |
| Mar-02-06 | UPS Overnight Letter | 15.00 |
| Mar-13-06 | Mileage | 150.00 |
| | Parking | 13.00 |
| Mar-24-06 | Marty Herf- Per Diem Fee and Mileage | 124.55 |
| | Drummond Research- Process Server Fees | 220.00 |
| Mar-27-06 | Mileage | 133.50 |
| | Parking | 13.00 |
| | Turnpike Toll | 3.25 |
| | Mileage | 133.50 |
| | Parking | 13.00 |
| | Non-Refundable Airline tickets.  3@ $900.60 | 2,701.80 |
| | Hotel | 326.48 |
| Mar-30-06 | Patricia W Sherman, Court Reporting | 13.08 |
| Mar-31-06 | UPS Overnight Letter | 33.18 |
| | UPS Overnight Letter | 20.00 |
| | UPS Overnight Letter | 20.00 |
| | UPS Overnight Letter | 20.00 |
| | UPS Overnight Letter | 20.76 |
| | UPS Overnight Letter | 20.00 |
| | UPS Overnight Letter | 20.00 |
| | UPS Overnight Letter | 20.00 |

6384.18

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

CT# 100004 2679
MOTHY C LEVENTRY
NSTOWN, PA 15904-3267

**CLIENT BY USER DETAIL**
JAN 01, 2006 - JAN 31, 2006

INVOICE # 810690307
POSTING # 6036049964

PAGE 6

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| **HALKO** | | | | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:25 | | | | 0.00 |
| STANDARD - CODES | 29:48 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| | 31:13I | 0I | 31:13 | 0I | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 31:13S | 0S | 31:13S | 0S | 0.00S |
| TAL MIHALKO CHARGES | | | | | |
| **FL** | | | | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:30:41 | | | | 0.00 |
| ALLFILES | 18:02 | | | | 0.00 |
| SUPER ALLFILES | 20:44 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 2:09:27I | 0I | 2:09:27I | 0I | 0.00I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| STANDARD | 10:49 | | 10:49 | | 68.47 |
| COMMUNICATIONS | | | | | 2.34 |
| HOURLY CONNECT | | | | | 3.89 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 10:49E | 0E | 10:49E | 0E | 74.70E |
| TAL NFL CHARGES | 2:20:16S | 0S | 2:20:16S | 0S | 74.70S |
| **FICE** | | | | | |
| **4668762   JOHN M HASCHAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:01 | | | | 0.00 |
| HOURLY MULTI-SEARCH | 21:06 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| | 22:07I | 0I | 22:07 | 0I | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 22:07I | | 22:07I | | |
| **4668764   RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 10:19 | | | | 0.00 |

NCLUDES APPLICABLE TAXES                                  100004 2679

Handwritten notes: $9,163.82  15.50  01-214.81  OK 70.06  7

51345

124.55

3/24/2006

124.55



LEVENTRY & HASCHAK, LLC

Marty Herf
Bus Exp:Advances:Other

L & H Checking     Per Diem Fee and Mileage

PRINTED IN U.S.A.

PRODUCT LT104C     USE WITH 9373 ENVELOPE



51348

220.00

3/24/2006

220.00

NIFL

LEVENTRY & HASCHAK, LLC

Drummond Research
Bus Exp:Advances:Other

L & H Checking    Process Server Fees

PRINTED IN U.S.A.

PRODUCT LT104C    USE WITH 9379 ENVELOPE

| 1ZF10F5622100148O1 | Next Day Air Commercial | 15122 | 102 | Letter | 13.40 | -1.74 | 11.66 |
| | Fuel Surcharge | | | | 1.68 | -0.22 | 1.46 |
| | **Total** | | | | 15.08 | -1.96 | 13.12 |

**Receiver:** THE HONORABLE TERREN
US POST OFFICE AND C
PITTSBURGH PA 15122

**1st ref:** NIFL
**Sender :**
TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

## UPS Next Day Air®
## UPS Worldwide Express℠

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER**   1Z F10 F56 22 1001 480 1

**SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.   F 1 0 F 5 6

REFERENCE NUMBER   NIFL

NAME

TELEPHONE   814-266-1799

COMPANY   **TIMOTHY C LEVENTRY**

STREET ADDRESS   **1397 EISENHOWER BLVD**

CITY AND STATE   **JOHNSTOWN**   ZIP CODE   **PA 15904 3222**

**EXTREMELY URGENT DELIVERY TO**

NAME   The Honorable Terrence F. McVerry

TELEPHONE

COMPANY   U.S. Post Office + Courthouse

STREET ADDRESS   Seventh Avenue + Grant St.

10th floor, Room 1008

DEPT./FLR.

☐ Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)   Pittsburgh   PA   ZIP CODE   15219

| 3 WEIGHT | WEIGHT Enter "LTR" if Letter | DIMENSIONAL WEIGHT If Applicable | LARGE AIR PACKAGE | 4 SHIPPER RELEASE |
|---|---|---|---|---|

| 5 TYPE OF SERVICE | ☒ NEXT DAY AIR | | ☐ EXPRESS (INT'L) | CHARGES |
|---|---|---|---|---|

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.   ☐ DOCUMENTS ONLY   $

| 6 OPTIONAL SERVICES | ☐ SATURDAY PICKUP See Instructions. | ☐ SATURDAY DELIVERY See Instructions. | $ |
|---|---|---|---|

☐ DECLARED VALUE FOR CARRIAGE Contents are automatically projected up to $100. For declared value over $100, see instructions.   $   AMOUNT   $

☐ C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.   $   AMOUNT   $

**7 ADDITIONAL HANDLING CHARGE**   ☐ An Additional Handling Charge applies for certain items. See instructions.   $

**TOTAL CHARGES**   $

**8 METHOD OF PAYMENT**

☒ BILL SHIPPER'S ACCOUNT/ NUMBER In Section 1
☐ BILL RECEIVER
☐ BILL THIRD PARTY DOMESTIC ONLY Record Account No. In Section 9
☐ CREDIT CARD   American Express Diner's Club MasterCard Visa
☐ CHECK

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE   ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology and software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE**   X   _T.M. Verry_

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT

0101911202609 1/05 MW

SHIPPER'S COPY

**Delivery Service Invoice**

Invoice date **March 18, 2006**
Invoice number 0000F10F56116
Shipper number F10F56

Page 3 of 3

## Outbound

### UPS Shipping Document

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 03/09 | 1ZF10F56221D013704 | Next Day Air Commercial | 15219 | 102 | 22 | 33.90 | -4.41 | 29.49 |
| | | Fuel Surcharge | | | | 4.24 | -0.55 | 3.69 |
| | | **Total** | | | | 38.14 | -4.96 | 33.18 |

1st ref: NIFL 01-214-01
Sender : TIMOTHY C LEVENTRY
PA 15904

Receiver: MICHAEL J SEYMOUND E
FECZKO AND SYMOUR
PITTSBURGH PA 15219-2202

| | 1ZF10F56221D015033 | Next Day Air Commercial | 15219 | 102 | 2 | 16.60 | -2.16 | 14.44 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 2.08 | -0.27 | 1.81 |
| | | **Total** | | | | 18.68 | -2.43 | 16.25 |

1st ref: NIFL
Sender : TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

Receiver: JUDGE MCVERRY
U S COURTHOUSE 10TH
PITTSBURGH PA 15219

| | 1ZF10F56221D013679 | Next Day Air Commercial | 15219 | 102 | 2 | 16.60 | -2.16 | 14.44 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 2.08 | -0.27 | 1.81 |
| | | **Total** | | | | 18.68 | -2.43 | 16.25 |

1st ref: NIFL 01-214-01
Sender : TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

Receiver: BERNARD C CAPUTO ESQ
FORT PIT COMMONS BLD
PITTSBURGH PA 15219-1318

| 03/14 | 1ZF10F56221D013688 | Next Day Air Commercial | 15122 | 102 | 4 | 19.10 | -2.48 | 16.62 |
|---|---|---|---|---|---|---|---|---|
| | | Fuel Surcharge | | | | 2.39 | -0.31 | 2.08 |
| | | **Total** | | | | 21.49 | -2.79 | 18.70 |

1st ref: NIFL 01-214-01
Sender : TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

Receiver: MICHAEL J SEYMOUR ES
FECZKO AND SEYMOUR
PITTSBURGH PA 15122-2202

**UPS**

**UPS Next Day Air®**
**UPS Worldwide Express℠**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER**  1Z F10 F56 22 1001 370 4

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.  F 1 0 F 5 6

REFERENCE NUMBER  NIFL 01-214-01

NAME  TELEPHONE 814-266-1799

COMPANY  TIMOTHY C LEVENTRY

STREET ADDRESS  1397 EISENHOWER BLVD

CITY AND STATE  JOHNSTOWN  ZIP CODE  PA 15904 3222

**2 EXTREMELY URGENT DELIVERY TO**

NAME  MICHAEL J. SEYMOUR, ESQUIRE  TELEPHONE

COMPANY  FECZKO AND SEYMOUR

STREET ADDRESS  520 GRANT BUILDING  DEPT./FLR.  ☐ Residential Delivery
310 GRANT STREET

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)  PITTSBURGH  PA  ZIP CODE  15219-2201

**3 WEIGHT**  Enter "LTR" if Letter

**WEIGHT**

**DIMENSIONAL WEIGHT** If Applicable

**LARGE AIR PACKAGE**

**4 SHIPPER RELEASE**

**CHARGES**

**5 TYPE OF SERVICE**

☒ NEXT DAY AIR  ☐ EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.  ☐ DOCUMENTS ONLY

**6 OPTIONAL SERVICES**

☐ SATURDAY PICKUP See instructions.  ☐ SATURDAY DELIVERY See instructions.  $

☐ DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions.  AMOUNT  $

☐ C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.  AMOUNT  $

**7 ADDITIONAL HANDLING CHARGE**  An Additional Handling Charge applies for certain items. See instructions.  $

**TOTAL CHARGES**  $

**8 METHOD OF PAYMENT**

☒ BILL SHIPPER'S ACCOUNT NUMBER IN SECTION 1  ☐ BILL RECEIVER Domestic Only  ☐ BILL THIRD PARTY RECORD ACCOUNT NO. IN SECTION 9  ☐ CREDIT CARD  American Express Diner's Club MasterCard Visa  ☐ CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**  EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE  ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE**  X Joyanna L. Stapleton

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

0101911202609 1/05 MW

DATE OF SHIPMENT  3/9/06

UPS COPY

**UPS Next Day Air®**
**UPS Worldwide Express℠**

# Shipping Document

...ions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877)
...al information and Terms and Conditions.

...NG NUMBER    1Z F10 F56 22 1001 503 3

...T FROM

F 1 0 F 5 6

...NUMBER

IFL

TELEPHONE
814-266-1799

...OTHY C LEVENTRY
...EISENHOWER BLVD
...NSTOWN        PA    15904 3222

...URGENT DELIVERY TO                TELEPHONE

...McVerry
...Courthouse, 10th Flr.
...renth Ave. + Grant St
...tsburgh, PA    15219

Residential Delivery

---

**WEIGHT** PAK

**5 TYPE OF SERVICE**
[X] NEXT DAY AIR
[ ] EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only contains documents of no commercial value.
[ ] DOCUMENTS ONLY

**6 OPTIONAL SERVICES**
[ ] SATURDAY PICKUP
[ ] SATURDAY DELIVERY
[ ] DECLARED VALUE FOR CARRIAGE
[ ] C.O.D.

**CHARGES**

**7 ADDITIONAL HANDLING CHARGE**
[ ] An Additional Handling Charge applies for certain items.

**TOTAL CHARGES**

**8 METHOD OF PAYMENT**
[X] BILL SHIPPER'S ACCOUNT NUMBER
[ ] BILL RECEIVER
[ ] BILL THIRD PARTY
[ ] CREDIT CARD
[ ] CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**

THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE        ZIP CODE

**10 SHIPPER'S SIGNATURE** X _____

DATE OF SHIPMENT 5/13/06

0101911202609 1/05 MW        SHIPPER'S COPY

# UPS Next Day Air®
# UPS Worldwide Express™

## S h i p p i n g   D o c u m e n t

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER** 1Z F10 F56 22 1001 368 8

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.  F 1 0 F 5 6

REFERENCE NUMBER  NIFL - 01 - 214 - 01

NAME  TELEPHONE  814 266-1799

COMPANY  **TIMOTHY C LEVENTRY**

STREET ADDRESS  **1397 EISENHOWER BLVD**

CITY AND STATE  **JOHNSTOWN**   ZIP CODE  **PA 15904 3222**

**2 EXTREMELY URGENT DELIVERY TO**

NAME  MICHAEL J. SEYMOUR, ESQUIRE

COMPANY  FECZKO AND SEYMOUR

STREET ADDRESS  520 GRANT BUILDING  DEPT./FLR.  ☐ Residential Delivery
310 GRANT STREET

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)  PITTSBURGH, PA   ZIP CODE  15219

**3 WEIGHT**  WEIGHT | DIMENSIONAL WEIGHT (If Applicable) | LARGE AIR

**4 SHIPPER RELEASE**  1 H

**5 TYPE OF SERVICE**
- ☒ NEXT DAY AIR
- ☐ EXPRESS (INT'L)
- FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.
- ☐ DOCUMENTS ONLY

**6 OPTIONAL SERVICES**
- ☐ SATURDAY PICKUP  See instructions.
- ☐ SATURDAY DELIVERY  See instructions.
- ☐ DECLARED VALUE FOR CARRIAGE  Contents are automatically protected up to $100. For declared value over $100, see instructions.  AMOUNT $
- ☐ C.O.D.  If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.  AMOUNT $

**7 ADDITIONAL HANDLING CHARGE**  ☐ An Additional Handling Charge applies for certain items. See instructions.

**8 TOTAL CHARGES**  $

**METHOD OF PAYMENT**
- ☒ BILL SHIPPER'S ACCOUNT NUMBER  In Section 1
- ☐ BILL RECEIVER  Domestic Only
- ☐ BILL THIRD PARTY  Record Account No. in Section 9
- ☐ CREDIT CARD  American Express Diner's Club MasterCard Visa
- ☐ CHECK

**CHARGES**
$
$
$
$
$

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE  ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10** SHIPPER'S SIGNATURE  X _____

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.  DATE OF SHIPMENT  3/14/06

0101911202609 1/05 MW  **UPS COPY**


DISCOVER
CARD

# Get Cash quickly and easily—Anytime, Anywhere.

## THREE WAYS TO GET MONEY WITH YOUR DISCOVER® CARD:

**1 Cash Access Checks.** Get cash, make purchases, pay bills or deposit into your checking account.

**2 ATMS.** Get cash at over 240,000 Discover®Cash Network® ATMs nationwide. Just bring your Discover Card and your P.I.N.

**3 Banks or Financial Institutions.** Present your Discover Card and a valid photo ID to get cash at the teller window.

To order Cash Access Checks, select your P.I.N., or to find cash locations call
**1-800-DISCOVER (1-800-347-2683)** or visit **Discovercard.com**

Closing Date: April 17, 2006          page 2 of 3

| | | | | |
|---|---|---|---|---|
| | Apr 15 | Apr 15 | 010227 SHELL000022 0 010 00 10 0011 | 00.00 |
| vel/Entertainment | Mar 27 | Mar 27 | USAIR 03713033306863 WASHINGTON DC AUTOMATIC FLIGHT INSURANCE EXPEDIA INC ATLANTA GA | 900.60 NO COST |
| | Mar 27 | Mar 27 | USAIR 03713033306894 WASHINGTON DC AUTOMATIC FLIGHT INSURANCE EXPEDIA INC ATLANTA GA | 900.60 NO COST |
| | Mar 27 | Mar 27 | USAIR 03713033306905 WASHINGTON DC AUTOMATIC FLIGHT INSURANCE EXPEDIA INC ATLANTA GA | 900.60 NO COST |
| | Mar 27 | Mar 27 | EXPEDIA SVC/BLVRY FEE 800-397-3342 WA | 15.00 |
| | Mar 27 | Mar 27 | FORBES AVENUE SUITES PITTSBURGH PA | 652.96 |
| | Apr 9 | Apr 9 | USAIR.CO03721944812095 SALEM NC AUTOMATIC FLIGHT INSURANCE US AIRWAYS USAIRWAYS.COM NC | 358.90 NO COST |
| | Apr 9 | Apr 9 | USAIR.CO03721944812106 SALEM NC AUTOMATIC FLIGHT INSURANCE US AIRWAYS USAIRWAYS.COM NC | 358.90 NO COST |
| rvices | Mar 23 | Mar 23 | TWX*AOL HIGH SPEED 030 888-889-7201 NY M3M05690688496L0 | 14.95 |

*(handwritten: Airline)*

*(handwritten: Hotel)*


**AMERISERV**
**FINANCIAL**

Current Date:          September 17, 2007

Account Number:       50788574
Capture Date:         April 17, 2006
Item Number:          30035301552
Posted Date:          April 17, 2006
Posted Item Number:   107003106
Amount:               $13.08
Record Type:          Debit

LEVENTRY & HASCHAK LLC
BUSINESS ACCOUNT
RICHLAND SQUARE III
1397 EISENHOWER BLVD STE 202
JOHNSTOWN PA  15904-3267

---

51359

**LEVENTRY & HASCHAK, LLC**
**ATTORNEYS AT LAW**
1397 EISENHOWER BLVD, RICHLAND SQUARE III, SUITE 202
JOHNSTOWN, PA 15904
PH. (814) 266-1799

AMERISERV FINANCIAL
JOHNSTOWN, PA 15901

60-106/313 NA                                3/30/2006

PAY
TO THE
ORDER OF    Patricia W. Sherman, Court Reporter                  $  **13.08

Thirteen and 08/100************************************************************************  DOLLARS

Patricia W. Sherman, Court Reporter
1017-A USPO & Courthouse
Seventh and Grant Streets
Pittsburgh, PA 15219

BUSINESS ACCOUNT

MEMO    Number 14-06                                    AUTHORIZED SIGNATURE

21    ⑈051359⑈  ⑈031301066⑈  5078⑈857⑈4⑈        ⑈000000⑈1308⑈



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **March 25, 2006** |
| Invoice number | 0000F10F56126 |
| Shipper number | F10F56 |
| Page 4 of 4 | |

## Outbound
**UPS Shipping Document** (continued)

JOHNSTOWN PA 15904

| 1ZF10F562210015097 | Next Day Air Commercial | 43085 | 103 | Letter | 15.50 | -2.02 | 13.48 |
|---|---|---|---|---|---|---|---|
| | Saturday Delivery | | | | 12.50 | | 12.50 |
| | Fuel Surcharge | | | | 3.50 | -0.25 | 3.25 |
| | **Total** | | | | 31.50 | -2.27 | 29.23 |



**1st ref:** RYAN SEDLAK ESQ-NIFL
**Sender :**
TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

**Receiver:** JAYE DRUMMOND
DRUMMOND RESEARCH LL
COLUMBUS OH 43085

J-2 (8/04)

1



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **April 1, 2006** |
| Invoice number | 0000F10F56136 |
| Shipper number | F10F56 |

Page 4 of 4

## djustments & Other Charges
### esidential/Commercial Adjustments
**PS Shipping Document**

| pped ate | Pickup Record | Entry | Tracking Number | Recorded Corrected | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|
| 24 | | | | | | | | |
| | | | 1ZF10F562210015097 | Commercial | 15.50 | -2.02 | 13.48 | |
| | | | | Residential | 17.60 | -2.29 | 15.31 | |
| | | | | Fuel Surcharge | 0.23 | | 0.23 | 2.06 |
| | | | **1st ref:** RYAN SEDLAK ESQ-NIFL | | | | | |

**al UPS Shipping Document**

3 Package(s)



**Delivery Service Invoice**
Invoice date        **March 25, 2006**
Invoice number    0000F10F56126
Shipper number   F10F56

Page 3 of 4

ANN ARBOR MI 48105

| | | | | | | -2.29 | 15.31 |
|---|---|---|---|---|---|---|---|
| **utbound** | | Next Day Air Commercial | 68508 | 105 | Letter | 17.60 | |
| | 1ZF10F562210013633 | Fuel Surcharge | | | | 2.20 | -0.29 | 1.91 |
| 03/22 | | **Total** | | | | 19.80 | -2.58 | 17.22 |

Receiver: CAROLYN SHIVER

Sender : NIFL
TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

LINCOLN NE NE 68508

01-21401

Letter    13.40    -1.74    11.66

**UPS Next Day Air**
**UPS Worldwide Express** ℠

S h i p p i n g   D o c u m e n t

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER**   1Z F10 F56 22 1001 363 3

**SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.   F 1 0 F 5 6

REFERENCE NUMBER

NAME **NIFL**
TELEPHONE **814-266-1799**

COMPANY **TIMOTHY C LEVENTRY**

STREET ADDRESS **1397 EISENHOWER BLVD**

CITY AND STATE **JOHNSTOWN**   STATE **PA**   ZIP CODE **15904 3222**

**EXTREMELY URGENT DELIVERY TO**

NAME *Carolyn Shiver*   TELEPHONE

COMPANY

STREET ADDRESS *1609 N. Street*   DEPT./FLR.   Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) *LINCOLN  NB*   ZIP CODE *68508*

---

**WEIGHT**   DIMENSIONAL WEIGHT If Applicable   LARGE AIR PACKAGE   SHIPPER RELEASE

**5 TYPE OF SERVICE**
☒ NEXT DAY AIR   ☐ EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.   ☐ DOCUMENTS ONLY

**CHARGES**   $

**6 OPTIONAL SERVICES**
☐ SATURDAY PICKUP  See instructions.   ☐ SATURDAY DELIVERY  See instructions.   $

☐ DECLARED VALUE FOR CARRIAGE  Contents are automatically protected up to $100. For declared value over $100, see instructions.   $ ___ AMOUNT   $

☐ C.O.D.  If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.   $ ___ AMOUNT   $

**7 ADDITIONAL HANDLING CHARGE**   ☐ An Additional Handling Charge applies for certain items. See instructions.   $

**TOTAL CHARGES**   $

**8 METHOD OF PAYMENT**
☐ BILL SHIPPER'S ACCOUNT NUMBER  IN SECTION 1   ☐ BILL RECEIVER   ☐ BILL THIRD PARTY  DOMESTIC ONLY   ☐ CREDIT CARD   American Express Diner's Club MasterCard Visa   ☐ CHECK
RECORD ACCOUNT NO. IN SECTION 9

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE   ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10** SHIPPER'S SIGNATURE   X _____

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT

0101911202609 1/05 MW

SHIPPER'S COPY

| | | | | |
|---|---|---|---|---|
| | provider's request for medical information; document correspondence | | | |
| Jan-24-06 | Correspondence with Attorney Guerriero regarding Kareen Vance Monroe Bayou Beasts medical records. | 0.20 | 32.00 | TCL |
| | Receive/respond/document correspondence from medical providers regarding request for medical records | 0.20 | 15.00 | LC |
| Jan-26-06 | Receive/respond/document correspondence from medical providers regarding request for medical records | 0.20 | 15.00 | LC |
| Jan-27-06 | Review Court Order; Draft/dictation of Plaintiff's Motion in Limine for precluding defense to argue limitation of damages; and use of medical records and invoices for use at trial. | 1.25 | 175.00 | FF |
| | Review Order; Review FRCP regarding expert reports and testimony; Strategy meeting with Attorney Sedlak regarding bifurcation. | 1.25 | 175.00 | FF |
| | Preparation on Motion for Limine regarding the medical records and the provider certification; review the federal rules regarding bifurcation of the liability and damage issues. | 1.00 | 140.00 | RJS |
| Jan-30-06 | Respond to/ document responses from medical providers pertaining to requests for medical records; attempt to locate medical provider with different address than one provided | 1.20 | 90.00 | LC |
| Jan-31-06 | Respond to/ document responses from medical providers pertaining to requests for medical records; attempt to locate medical provider with different address than one provided | 0.30 | 22.50 | LC |
| | Totals | 179.20 | $16,995.50 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jan-03-06 | UPS Overnight Letter | 34.74 |
| Jan-11-06 | Mileage | 71.20 |
| | Parking | 13.00 |
| | West Law Research | 49.59 |
| | West Law Research | 657.06 |



*Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **December 17, 2005** |
| Invoice number | 0000F10F56515 |
| Shipper number | F10F56 |

Page 3 of 3

## Outbound

**UPS Shipping Document**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 12/08 | 1ZF10F562210013133 | Next Day Air Commercial | 15209 | 102 | 26 | 35.50 | -4.62 | 30.88 |
| | | Fuel Surcharge | | | | 4.44 | -0.58 | 3.86 |
| | | **Total** | | | | 39.94 | -5.20 | 34.74 |

*Bill NZFL*

1st ref: UNREADABLE
**Sender :** UNREADABLE
JOHNSTOWN PA 15904

**Receiver:** UNREADABLE
UNREADABLE
PITTSBURGH PA 15209

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1ZF10F562210014409 | Next Day Air Commercial | 73104 | 106 | Letter | 17.25 | -2.07 | 15.18 |
| | | | | | | 2.16 | -0.26 | 1.90 |

168564  2/2

## UPS Next Day Air®
## UPS Worldwide Express™

### S h i p p i n g  D o c u m e n t

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877)
for additional information and Terms and Conditions.

**TRACKING NUMBER**   1Z F10 F56 22 1001 313 3

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.   F 1 0 F 5 6

REFERENCE NUMBER   NIFL

NAME                                    TELEPHONE  814 266-1799

COMPANY   TIMOTHY C LEVENTRY

STREET ADDRESS   1397 EISENHOWER BLVD

CITY AND STATE   JOHNSTOWN            ZIP CODE  PA 15904 3222

**2 EXTREMELY URGENT DELIVERY TO**

NAME   MICHAEL J. SEYMOUR, ESQUIRE     TELEPHONE

COMPANY   FECZKO & SEYMOUR

STREET ADDRESS   520 GRANT BUILDING   DEPT./FLR.

310 GRANT STREET

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)
PITTSBURGH   PA          ZIP CODE  15219 220

**3**  WEIGHT — Enter "LTR" if Letter | DIMENSIONAL WEIGHT | LARGE AIR PACKAGE | **4** SHIPPER RELEASE

**5 TYPE OF SERVICE**
- [X] NEXT DAY AIR
- [ ] EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only
contains documents of no commercial value.
- [ ] DOCUMENTS ONLY

CHARGES   $

**6 OPTIONAL SERVICES**
- [ ] SATURDAY PICKUP  See instructions.
- [ ] SATURDAY DELIVERY  See instructions.   $
- [ ] DECLARED VALUE FOR CARRIAGE  Packages are automatically protected up to $100. For declared value over $100, see instructions.  $ _____ AMOUNT   $
- [ ] C.O.D.  If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package.  $ _____ AMOUNT   $

**7 ADDITIONAL HANDLING CHARGE**
- [ ] An Additional Handling Charge applies for certain items. See instructions.

TOTAL CHARGES   $

**8 METHOD OF PAYMENT**
- [X] BILL SHIPPER'S ACCOUNT NUMBER  IN SECTION 1
- [ ] BILL RECEIVER  DOMESTIC ONLY
- [ ] BILL THIRD PARTY  RECORD ACCOUNT NO. IN SECTION 9
- [ ] CREDIT CARD   American Express Diner's Club MasterCard Visa
- [ ] CHECK

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE                          ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10** SHIPPER'S SIGNATURE   X _____

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT  12/8/05

0101911202609 1/05 MW                   UPS COPY



This form not needed with UPS Internet Shipping at UPS.com

Ryan Sadloh

higher than normal ∴ left from Ebensburg

## MILEAGE FOR LLO

| DATE | CLIENT | WHERE | WHY | MILES |
|---|---|---|---|---|
| 1-6-05 | NIFL | Pgh. | Pretrial Conf. | 160 ← |
| " | " | " | " | $13.00 — parking |
| | | | | MB |
| | | | | |
| | | 160 × .20 = 32.00 | | |
| | | + 13.00 | | |
| | | 45.00 | | |
| | | | 44.5 Rate | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 44.5 × 160 = 71.20 | Mileage | |
| | | 13.00 | Parking | |
| | | | | |
| | | PChew | | |
| | | | | |
| | | | | |
| | | | | |

LOT:  202 METER:    1
954 Liberty Avenue

Ticket Expires:
**1:13 PM THU
JAN 5 2006**

Ticket: 0000018270
Time:   11:43am2006JAN5
Price:  $13.00
Charge: $13.00
Card:   ************7998

Auth #: 35842L

# DISPLAY FACE
# UP ON DASH

Charges are for use of parking
space only. This company is not
responsible for loss or damage
to vehicle or contents.

SUBSCRIBER AGREES THAT CHARGES FOR CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE
RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

Case 2:02-cv-00548-TFM   Document 114-8   Filed 09/18/07   Page 65 of 94

| ACCT# 1000042679 TIMOTHY C LEVENTRY JOHNSTOWN, PA 15904-3267 | CLIENT BY USER DETAIL DEC 01, 2005 - DEC 31, 2005 | | INVOICE # 81049374 POSTING # 6035516034 | | PAGE 7 |
|---|---|---|---|---|---|
| CLIENT | DATABASE TIME | CONNECT/ COMMUNICATION | TRANS | DOC/LINES | TOTAL CHARGE* |
| **NIFL** | | | | | |
| 4668764  RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   STANDARD | 1:00:52 | | | | 0.00 |
|   STANDARD - CODES | :33 | | | | 0.00 |
|   RESULTSPLUS PREMIUM | :05 | | | | 0.00 |
|   SUPER ALLFILES | 37:48 | | | | 0.00 |
|   COMMUNICATIONS | | | | | |
|   HOURLY CONNECT | | | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:39:18I | 1:39:18 | 01 | 01 | 0.00 |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
|   STANDARD | 1:12:32 | | | | 417. |
|   STANDARD - CODES | 11:55 | | | | 81. |
|   SUPER ALLFILES | 7:15 | | | | 105. |
|   COMMUNICATIONS | | | | | 19. |
|   HOURLY CONNECT | | | | | 33. |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 1:31:42E | 1:31:42E | 0E | 0E | 657.48 |
| TOTAL NIFL CHARGES | 3:11:00S | 3:11:00S | 0S | 0S | 657.48 |
| **PARALEGA** | | | | | |
| 4668764  RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   STANDARD | 1:29 | | | | 0.00 |
|   STANDARD - CODES | | | | | |
|   COMMUNICATIONS | 14:51 | | | | 0.00 |
|   HOURLY CONNECT | | | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 16:20I | 16:20 | 01 | 01 | 0.00 |
| TOTAL PARALEGA CHARGES | 16:20S | 16:20S | 0S | 0S | 0.00 |
| **PARALEGAL** | | | | | |
| 4668764  RYAN J SEDLAK | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   STANDARD | 8:19:08 | | | | 0.00 |
|   STANDARD - CODES | 8:31:20 | | | | 0.00 |
|   PREMIUM | 1:11:41 | | | | 0.00 |
|   HOURLY MULTI-SEARCH | 9:30:25 | | | | 0.00 |

* INCLUDES APPLICABLE TAXES

1000042679

Invoice #:      9265                    Page   3
                                                    December 15, 2005

## DISBURSEMENTS

| | | |
|---|---|---:|
| Nov-02-05 | West Law Research | 120.76 |
| Dec-05-05 | 770 one page letters to medical providers | 77.00 |
| | Postage | 284.90 |
| | 770 Envelopes to medical providers | 115.50 |
| | Copies of supporting medical records to | 26.40 |
| | Attorney Seymore | |
| Dec-12-05 | UPS Overnight Letter | 45.00 |

|  |  |
|---|---:|
| Totals | $669.56 |
| **Total Fee & Disbursements** | **$4,765.06** |
| Previous Balance | 5,108.28 |
| **Balance Now Due** | **$9,873.34** |

733-2 (8/04)



5092



## Delivery Service Invoice

Invoice date        **November 26, 2005**

Invoice number    0000F10F56485

Shipper number    F10F56

Page  3  of 3

## Outbound

**UPS Shipping Document**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 11/18 | 1ZF10F562210013124 | Next Day Air Commercial | 152192 | 102 | 14 | 26.00 | -2.60 | 23.40 |
| | | Saturday Delivery | | | | 12.50 | | 12.50 |
| | | Fuel Surcharge | | | | 4.81 | -0.32 | 4.49 |
| | | **Total** | | | | 43.31 | -2.92 | 40.39 |

B-11

**1st ref:** NIFL

**Sender** : RJS

TIMITOHY C LEVENTRY

JOHNSTOWN PA 15904

**Receiver:** MICHAEL J SEYMOUR ES

FECZKO AND SEYMOUR

PITTSBURGH PA 15219-2501

**UPS**

**UPS Worldwide Express℠**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER**   1Z F10 F56 22 1001 312 4

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.   F 1 0 F 5 6

REFERENCE NUMBER   NIFL

NAME   RJS          TELEPHONE   814-266-1799

COMPANY   TIMOTHY C LEVENTRY

STREET ADDRESS   1397 EISENHOWER BLVD

CITY AND STATE   JOHNSTOWN     PA   ZIP CODE   15904 3222

**2 EXTREMELY URGENT DELIVERY TO**

NAME   MICHAEL J. SEYMOUR, ESQ.   TELEPHONE

COMPANY   FECZKO AND SEYMOUR

STREET ADDRESS   520 GRANT BLDG - 310 GRANT ST.   DEPT./FLR.   ☐ Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)   PITTSBURGH   PA   ZIP CODE   15219 2201

**WEIGHT**   Enter "LTR" if Letter

**DIMENSIONAL WEIGHT** If Applicable

☐ LARGE AIR PACKAGE

**4 SHIPPER RELEASE** ☐

**5 TYPE OF SERVICE**

☒ NEXT DAY AIR     ☐ EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.   ☐ DOCUMENTS ONLY

**CHARGES**

**6 OPTIONAL SERVICES**

☐ SATURDAY PICKUP See instructions.     ☒ SATURDAY DELIVERY See instructions.

☐ DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions.   AMOUNT $

☐ C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.   AMOUNT $

**7 ADDITIONAL HANDLING CHARGE**   ☐ An Additional Handling Charge applies for certain items. See instructions.   $

**TOTAL CHARGES**

**8 METHOD OF PAYMENT**

☒ BILL SHIPPER'S ACCOUNT NUMBER   ☐ BILL RECEIVER DOMESTIC ONLY   ☐ BILL THIRD PARTY   ☐ CREDIT CARD
IN SECTION 1   RECORD ACCOUNT NO. IN SECTION 9

☐ American Express Diner's Club MasterCard Visa   ☐ CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE   ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE**   X Joyanna L Stapleton

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT   11/18/05

0101911202609 1/05 MW

UPS COPY

This form not needed when using UPS Internet Shipping at UPS.com



COPY

ACCT# 1000042679
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

**CLIENT BY USER DETAIL**

SEP 01, 2005 - SEP 30, 2005

INVOICE # 809890152
POSTING # 603356432

PAGE 4

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| **WFI-UNADILLA**  *JWFI-160* | | | | | |
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :35 | | | | 0.00 |
| STANDARD - CODES | 20:13 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | 20:48I | 0I | 20:48I | 0I | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 20:48S | 0S | 20:48S | 0S | 0.00S |
| TOTAL JWFI-UNADILLA CHARGES | | | | | |
| **MAILMAN** | | | | | |
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 20:09 | | | | 0.00 |
| STANDARD - CODES | 38:44 | | | | 0.00 |
| ALLFILES | :04 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | 58:57I | 0I | 58:57I | 0I | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 58:57S | 0S | 58:57S | 0S | 0.00S |
| TOTAL MAILMAN CHARGES | | | | | |
| **ECK**  *05-152-01* | | | | | |
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 18:50 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | 18:50I | 0I | 18:50I | 0I | 0.00I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 18:50S | 0S | 18:50S | 0S | 0.00S |
| TOTAL MECK CHARGES | | | | | |
| **FL**  *01-214-01* | | | | | |
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:05:02 | | | | 0.00 |
| STANDARD - CODES | :59 | | | | 0.00 |
| ALLFILES | 23:19 | | | | 0.00 |

*INCLUDES APPLICABLE TAXES

1000042679

A

Case 2:02-cv-00548-TFM   Document 148-5   Filed 09/18/07   Page 70 of 94

**ACCT# 1000042679**
TIMOTHY C LEVENTRY
JOHNSTOWN, PA 15904-3267

**CLIENT BY USER DETAIL**

SEP 01, 2005 - SEP 30, 2005

INVOICE # 809890152
POSTING # 603568432

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| SUPER ALLFILES | 2:29:45 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:59:05I | 0I | 3:59:05 | | 0.00 |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | 3:59:05I | 0I | 33.26 |
| ALLFILES | 2:47 | | | | 0.60 |
| COMMUNICATIONS | | | 2:47 | | 1.00 |
| HOURLY CONNECT | 2:47E | 0E | 2:47E | 0E | 34.86 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 4:01:52S | 0S | 4:01:52S | 0S | 34.86 |
| **TOTAL NIFL CHARGES** | | | | | 34.86 |
| **PSCEA** | | | | | |
| **4668764   RYAN J SEDLAK**   PSE for RCR | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 0.00 |
| STANDARD | 42:43 | | | | 0.00 |
| STANDARD - CODES | 57:02 | | | | 0.00 |
| ALLFILES | :10 | | | | 0.00 |
| SUPER ALLFILES | 2:06:25 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:46:20I | 0I | 3:46:20 | 0I | 0.00 |
| | 3:46:20S | 0S | 3:46:20S | 0S | 0.00 |
| **TOTAL PSCEA CHARGES** | | | | | |
| **RCR** | | | | | |
| **4668764   RYAN J SEDLAK**   PSE for RCR | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :22 | | | | 0.00 |
| SUPER ALLFILES | 16:07 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 16:29I | 0I | 16:29 | 0I | 0.00 |
| | 16:29S | 0S | 16:29S | 0S | 0.00 |
| **TOTAL RCR CHARGES** | | | | | |
| **ERBALL** | | | | | |
| **4668764   RYAN J SEDLAK**   PSE | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 17:27 | | | | 0.00 |

INCLUDES APPLICABLE TAXES

1000042679                                                      A

2264

Invoice #:      8813                           Page   2

October 18, 2005

| | | | | |
|---|---|---|---|---|
| Sep-21-05 | Preparation of research regarding Statute of Limitations; Introduction of Medical Records and amount of damages. | 0.30 | 46.50 | TCL |
| | Re: internal trial planning. | 0.20 | 31.00 | TCL |
| | Litigation meeting with TCL | 0.25 | 35.00 | FF |
| Sep-22-05 | Review NIFL medical records to determine records that do not exist to coincide with the spreadsheet prepared by the NIFL. | 0.90 | 121.50 | RJS |
| | Phone conference with Carolyn Shiver regarding the player's medical documents/records. | 0.40 | 54.00 | RJS |
| Sep-26-05 | Preparation time on letter to Michael Seymour regarding the player's medical information. | 0.20 | 27.00 | RJS |
| | Totals | 12.35 | $1,730.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Sep-08-05 | West Law Research | 14.06 |
| | Totals | $14.06 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,744.06** |
| Previous Balance | 3,364.22 |
| **Balance Now Due** | **$5,108.28** |

Case 1:02-cv-00548-TFM   Document 148-5   Filed 09/18/07   Page 72 of 94

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

| ACCT# 1000042679<br>TIMOTHY C LEVENTRY<br>JOHNSTOWN, PA 15904-3267 | CLIENT BY USER DETAIL<br>JUL. 01, 2005 - JUL. 31, 2005 | | | | INVOICE # 809421215<br>POSTING # 603208500 | | PAGE<br>3 |
|---|---|---|---|---|---|---|---|
| CLIENT | DATABASE<br>TIME | TRANS | CONNECT/<br>COMMUNICATION | DOC/LINES | | | TOTAL<br>CHARGES |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 15:461 | 0I | 15:461 | 0I | | | 0.00 |
| TOTAL KLEMENTIK CHARGES | 15:465 | 0S | 15:465 | 0S | | | 0.003 |
| **MOCK** | | | | | | | |
| 4668764   RYAN J SEDLAK | | | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | OJK :00I | 1 | :00I | | | | 0.00 |
| TRANSACTIONAL SEARCHES | | 1I | | 0I | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00S | 1S | :00S | 0S | | | 0.00 |
| TOTAL MOCK CHARGES | | | | | | | 0.00 |
| **NAPIER TOWNSHIP** | | | | | | | |
| 4668764   RYAN J SEDLAK | | | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | Bill 44:01 | | | | | | 0.00 |
| STANDARD | to | | | | | | 0.00 |
| COMMUNICATIONS | | | 44:01 | | | | 0.00 |
| HOURLY CONNECT | 44:01I | 0I | 44:01I | 0I | | | 0.00 |
| TOTAL NAPIER TOWNSHIP CHARGES | 1-131-11 (44:01S) | 0S | 44:01S | 0S | | | 0.00 |
| **NAPIER TWP.** | | | | | | | |
| 4668764   RYAN J SEDLAK | | | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | Bill 39:11 | | | | | | 0.00 |
| STANDARD | to | | | | | | 0.00 |
| COMMUNICATIONS | | | 39:11 | | | | 0.001 |
| HOURLY CONNECT | 39:11I | 0I | 39:11I | 0I | | | 0.00 |
| TOTAL NAPIER TWP. CHARGES | 1-737-11 (39:11S) | 0S | 39:11S | 0S | | | 0.003 |
| **NIFL** | | | | | | | |
| 4668764   RYAN J SEDLAK | | | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | Bill 2:27 | | | | | | 0.00 |
| STANDARD | 25:45 | | | | | | 0.00 |
| STANDARD - CODES | | | | | | | 0.00 |
| TRANSACTIONAL SEARCHES | to | 4 | | | | | 0.00 |
| COMMUNICATIONS | | | 28:12 | | | | 0.00 |
| HOURLY CONNECT | 1-214-01 | | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | (28:12I) | 4I | 28:12I | 0I | | | 0.001 |

Invoice #:     8627                          Page   3

                                                                  August 16, 2005

|  |  |  |  |  |
|---|---|---|---|---|
|  | the applicability of Ohio workers' compensation usual and customary rates. |  |  |  |
| Jul-27-05 | Phone conference with Alabama Orthopedics regarding the status of the case and any records that have not been forwarded to the NIFL. | 0.20 | 27.00 | RJS |
|  | Totals | 19.70 | $2,816.50 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jul-14-05 | West Law Research | 9.22 |
| Jul-15-05 | Mileage 150 @ 0.37 | 55.50 |
|  | Parking | 17.00 |
|  | Totals | $81.72 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$2,898.22** |
| Previous Balance | 466.00 |
| **Balance Now Due** | **$3,364.22** |

RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**CLIENT BY USER DETAIL**

JUN 01, 2005 - JUN 30, 2005

CT# 1000042679
OTHY C LEVENTRY
NSTOWN, PA 15904-3267

INVOICE # 809236488
POSTING # 6031539280

PAGE 3

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 8 | | | 0.00 |
| TRANSACTIONAL ONLINE FINDS | | 10 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 18I | :00I | 0I | 0.00I |
| AL NASE CHARGES | :00S | 18S | :00S | 0S | 0.00S |
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 2:19 | | | | 0.00 |
| STANDARD - CODES | 16:24 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 18:43I | 0I | 18:43 | 0I | 0.00I |
| AL NIFL CHARGES | 18:43S | 0S | 18:43S | 0S | 0.00S |
| **CAM** | | | | | |
| **4668762  JOHN M HASCHAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :45 | | | | 0.00 |
| STANDARD - CODES | 16:38 | | | | 0.00 |
| HOURLY MULTI-SEARCH | 17:15 | | | | 0.00 |
| COMMUNICATIONS | | | | | 0.00 |
| HOURLY CONNECT | | | 34:38 | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 34:38I | 0I | 34:38I | 0I | 0.00I |
| **4668764  RYAN J SEDLAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 0.00I |
| L NORCAM CHARGES | 34:38S | 1S | 34:38S | 0S | 0.00S |
| **CE** | | | | | |
| **4668762  JOHN M HASCHAK** | | | | | |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :18 | | | | 0.00 |
| LUDES APPLICABLE TAXES | | | | | |

1000042679

A

|  |  |  |  |  |
|---|---|---|---|---|
|  | Defendant's Motion for Summary Judgment; chronological response. |  |  |  |
|  | Editing of both the NIFL's Reply to Defendants' Preliminary Objections and the NIFL's Reply to Defendants' Statement of Material Facts. | 0.80 | 100.00 | RJS |
| May-11-04 | Phone conference with Judy Jaminet of Physical Therapy Specialists in Sioux City, Iowa regarding unpaid medical bills and the status of the case. | 0.30 | 37.50 | RJS |
| May-12-04 | Preparation time on correspondence to Physical Therapy Associates in Sioux City regarding their unpaid bills. | 0.30 | 37.50 | RJS |
| May-14-04 | Preparation of Certificate of Compliance. | 0.20 | 30.00 | TCL |
|  | Preparation time on Certificate of Compliance. | 0.30 | 37.50 | RJS |
|  | Totals | 46.30 | $6,002.50 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Apr-27-04 | UPS Overnight Letter | 15.00 |
|  | Totals | $15.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$6,017.50** |
| Previous Balance | 9,357.73 |
| **Balance Now Due** | **$15,375.23** |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **May 1, 2004** |
| Invoice number | 0000F10F56184 |
| Shipper number | F10F56 |

Page 3 of 3

## Outbound

### UPS Shipping Document

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 04/27 | 1ZF10F562210007819 | Next Day Air Commercial | 16602 | 102 | Letter | 12.75 | -2.00 | 10.75 |
| | | Fuel Surcharge | | | | 0.70 | -0.11 | 0.59 |
| | | Total | | | | 13.45 | -2.11 | 11.34 |

1st ref: BT COFFEE
Sender :LMG
TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

Receiver: LAWRENCE M SAVINO
UNREADABLE
ALTOONA PA 16602

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1ZF10F562210007828 | Next Day Air Commercial | 15219 | 102 | Letter | 12.75 | -2.00 | 10.75 |
| | | Fuel Surcharge | | | | 0.70 | -0.11 | 0.59 |
| | | Total | | | | 13.45 | -2.11 | 11.34 |

1st ref: NIFL
Sender :
TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

Receiver: THE HONORABLE TERREN
US POST OFFICE AND C
PITTSBURGH PA 15219

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1ZF10F562210008890 | Next Day Air Commercial | 432196 | 103 | Letter | 14.50 | -2.00 | 12.50 |
| | | Fuel Surcharge | | | | 0.80 | -0.11 | 0.69 |
| | | Total | | | | 15.30 | -2.11 | 13.19 |

1st ref: BENTZ
Sender :LAVONA
TIMOTHY C LEVENTRY
JOHNSTOWN PA 15904

Receiver: CHASE MANHATTAN MORT
DEPARTMENT PP 7456
COLUMBUS OH 43219-6009

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total UPS Shipping Document** | | | 3 Package(s) | | | 42.20 | -6.33 | 35.87 |
| **Total Outbound** | | | 3 Package(s) | | | 42.20 | -6.33 | 35.87 |

08734   3/3

| | | | | |
|---|---|---|---|---|
| | the Montana State Fund regarding an update to the status of the NIFL case. | | | |
| | Preparation time on correspondence to Attorney Burrell regarding Emmanuel Bentley's unpaid workers' compensation claims. | 0.30 | 45.00 | TL |
| Mar-17-04 | Phone conference with Attorney Clinton in Mobile regarding the status of the NIFL case. | 0.20 | 30.00 | TL |
| | Preparation time on letter to Attorney Clinton regarding specific details of the NIFL v. RPC suit and regarding the statute of limitations running on his client's claim. | 0.30 | 37.50 | RJS |
| Mar-26-04 | Preparation time on letter to Carolyn Shiver regarding the John McCorvey default judgment. | 0.30 | 45.00 | TL |
| Mar-30-04 | Preparation time on correspondence with Steve Jacobs of Stokes and Clinton of Mobile, Alabama regarding filing a lawsuit against Dominick Haston, who is a former player for the Mobile Seagulls. | 0.30 | 45.00 | TL |
| | Phone conference with Dominick Haston, former Mobile Seagulls player, regarding a potential suit against him for unpaid medical bills. | 0.40 | 50.00 | RJS |
| Mar-31-04 | Phone conference with Sheila from Open MRI in Mississippit regarding the status of the NIFL case. | 0.30 | 37.50 | RJS |
| | Totals | 34.60 | $4,775.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Feb-13-04 | UPS Overnight Letter | | 50.00 |
| | Totals | | $50.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$4,825.00** |
| Previous Balance | 4,532.73 |
| **Balance Now Due** | **$9,357.73** |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **February 14, 2004** |
| Invoice number | 0000F10F56074 |
| Shipper number | F10F56 |

Page 3 of 3

## Outbound

### UPS Shipping Document

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 02/11 | 1ZF10F562210004189 | Next Day Air Commercial | 16803 | 102 | 2 | 15.75 | -1.58 | 14.17 |
| | | Fuel Surcharge | | | | 0.79 | -0.08 | 0.71 |
| | | **Total** | | | | 16.54 | -1.66 | 14.88 |

1st ref: PARK FOREST CENTRE
Sender : JOHN M HASCHAK
          TIMOTHY C LEVENTRY
          JOHNSTOWN PA 15904

Receiver: DAN HAWBAKER

STATE COLLEGE PA 16803

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 02/13 | 1ZF10F562210007186 | Next Day Air Commercial | 15219 | 102 | 40 | 47.00 | -4.70 | 42.30 |
| | | Fuel Surcharge | | | | 2.35 | -0.23 | 2.12 |
| | | **Total** | | | | 49.35 | -4.93 | 44.42 |

1st ref: NIFL
Sender : RYAN J SEDLAK
          TIMOTHY C LEVENTRY
          JOHNSTOWN PA 15904

Receiver: MICHAEL J SEYMOUR ES
         FECZKO AND SEYMOUR
         PITTSBURGH PA 15219

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| | 1ZF10F562210007435 | Next Day Air Commercial | 29938 | 104 | Letter | 15.50 | -2.00 | 13.50 |
| | | Fuel Surcharge | | | | 0.78 | -0.10 | 0.68 |
| | | **Total** | | | | 16.28 | -2.10 | 14.18 |

1st ref: SCHAEFER
Sender :
          TIMOTHY C LEVENTRY
          JOHNSTOWN PA 15904

Receiver: DR AND MRS THOMAS SC

HILTON HEAD ISLAND SC 29938

| | | | | |
|---|---|---|---|---|
| **Total UPS Shipping Document** | 3 Package(s) | 82.17 | -8.69 | 73.48 |
| **Total Outbound** | 3 Package(s) | 82.17 | -8.69 | 73.48 |

### *Leventry, Haschak, & Rodkey, LLC*
Attorneys At Law

1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Ph:    814-266-1799                              Fax:814-266-5108

National Indoor Football League                           November 3, 2003
600 Loire Avenue
Lafayette, LA
70507

**Attention:**   Carolyn Shiver                   File #:     01-214-01
                                                  Inv #:          3254

**RE:**   Invoice/Retainer

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-03-03 | Anderson Reporting Service | | 884.73 ✓ | TCL |
| | Totals | 0.00 | $884.73 | |
| | **Total Fee & Disbursements** | | $884.73 | |
| | **Balance Now Due** | | $884.73 | |



| | |
|---|---|
| Current Date: | September 17, 2007 |
| Account Number: | 50788574 |
| Capture Date: | October 25, 2004 |
| Item Number: | 30021086248 |
| Posted Date: | October 25, 2004 |
| Posted Item Number: | 299013311 |
| Amount: | $884.73 |
| Record Type: | Debit |

LEVENTRY & HASCHAK LLC
BUSINESS ACCOUNT
RICHLAND SQUARE III
1397 EISENHOWER BLVD STE 202
JOHNSTOWN PA  15904-3267



Invoice #:      3233                    Page   2
October 27, 2003

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sports Medicine in Mobile, Alabama, regarding unpaid medical bills.  Preparation of corresponsdence regarding same. |  |  |  |
| Sep-18-03 | Phone conference with Sheila from Open MRI in Mobile, Alabama regarding the potential for settlement in the NIFL case. | 0.20 | 30.00 | TCL |
| Sep-23-03 | Phone conference - two phone conferences with Mike Travis regarding the suitability of October 10 or 6, 2003 for depositions. | 0.20 | 30.00 | TCL |
| Sep-25-03 | Phone conference with Alabama Orthopedic Services regarding unpaid bills. | 0.30 | 45.00 | TCL |
| Sep-30-03 | Preparation time on deposition notices and cover letter to Marty Herf, Rex Blateri, Attorney Caputo and Attorney Seymour. | 0.50 | 75.00 | TCL |
|  | Totals | 3.70 | $555.00 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-14-03 | UPS Overnight Letter | 15.00 ✓ |
| | Totals | $15.00 |

|  |  |
|---|---|
| **Total Fee & Disbursements** | **$570.00** |
| Retainers Applied | 570.00 |
| Previous Balance | 4,779.75 |
| Previous Payments | 4,779.75 |
| **Balance Now Due** | **$0.00** |

## PAYMENT DETAILS

|  |  |  |
|---|---|---|
| Oct-24-03 | Trust Disbursement 9/30/03 | 5,334.75 |
| Oct-27-03 | Trust Disbursement | 15.00 |
| **Total Payments** | | **$5,349.75** |



**Delivery Service Invoice**

| | |
|---|---|
| Invoice date | **October 18, 2003** |
| Invoice number | 0000F10F56423 |
| Shipper number | F10F56 |

Page  3 of 4

## Outbound

### Air Shipping Document

COPY

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Publi Cl | | Billed |
|---|---|---|---|---|---|---|---|---|
| | | | | | | HA... | | |
| | | JOHNSTOWN | | | | BIANA OH 44408 | | |
| 10/14 | 1ZF10F562210007542 | Next Day Air Commercial | 15219 | 102 | Letter | 12.75 | -2.00 | 10.75 |
| | | Fuel Surcharge | | | | 0.19 | -0.03 | 0.16 |
| | | **Total** | | | | 12.94 | -2.03 | 10.91 |

*Billed*

**1st ref:** N.I.F.L.
Sender  :
            TIMOTHY C LEVENTRY
            JOHNSTOWN PA 15904

Receiver : ROBERT V BARTH JR
              UNITED STATES COURTH
              PITTSBURGH PA 15219

| | | | | |
|---|---|---|---|---|
| **Total Air Shipping Document** | | 2 **Package(s)** | 25.88 | -4.06 | 21.82 |
| **Total Outbound** | | 2 **Package(s)** | 25.88 | -4.06 | 21.82 |

07712   2/2

Put on bill



**UPS Next Day Air®**
**UPS Worldwide Express℠**

**S h i p p i n g   D o c u m e n t**

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER**   1Z F10 F56  22 1000 754 2

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.   UPS ACCOUNT NO.
**F 1 0 F 5 6**

REFERENCE NUMBER
**N.I.F.L.**

NAME                                TELEPHONE
                                    **814-266-1799**

COMPANY
**TIMOTHY C LEVENTRY**

STREET ADDRESS
**1397 EISENHOWER BLVD**

CITY AND STATE                          ZIP CODE
**JOHNSTOWN**          **PA**        **15904-3222**

**2 EXTREMELY URGENT DELIVERY TO**

NAME                                TELEPHONE
Robert V. Barth Jr.

COMPANY
United States Courthouse

STREET ADDRESS                      DEPT./FLR.
829 U.S. Courthouse

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)   ZIP CODE
Pittsburgh, PA              15219

**3 WEIGHT**   WEIGHT ENTER "LTR" IF LETTER  **LTR**   DIMENSIONAL WEIGHT If Applicable

**SHIPPER'S COPY**

**4 TYPE OF SERVICE**   [X] NEXT DAY AIR   [ ] EXPRESS (INT'L)
FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value.   [ ] DOCUMENTS ONLY

**CHARGES**

**5 OPTIONAL SERVICES**
[ ] SATURDAY PICKUP See instructions.   [ ] SATURDAY DELIVERY See instructions.   $
[ ] INSURED VALUE Contents are automatically protected up to $100. For insured value over $100, see instructions.   $   AMOUNT
[ ] C.O.D. If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package.   $   AMOUNT

$

**6 ADDITIONAL HANDLING CHARGE**   [ ] An Additional Handling Charge applies for certain items. See instructions.   $

**TOTAL CHARGES**   $

**7 METHOD OF PAYMENT**   [X] BILL SHIPPER   [ ] BILL RECEIVER DOMESTIC ONLY   [ ] BILL THIRD PARTY   [ ] CREDIT CARD   American Express Diner's Club Discover MasterCard Visa   [ ] CHECK
Receiver Account No. In SECTION 8

**8** RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE   /

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE                          ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the U.S. Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**9** SHIPPER'S SIGNATURE   X

DATE OF SHIPMENT

|  |  |  |  |  |
|---|---|---|---|---|
|  | Health regarding Christopher Lazard's unpaid medical bills. |  |  |  |
|  | Phone conference with Open MRI in Ocean Springs, Mississippi regarding unpaid medical bills. | 0.20 | 30.00 | TCL |
| Jul-17-03 | Preparation time on letter to Santco regarding unpaid claims for several NIFL players. | 0.30 | 45.00 | TCL |
| Jul-29-03 | Preparation of correspondence to Carolyn Shiver Re: deposition and settlement | 0.40 | 60.00 | TCL |
|  | Prepare for and attend deposition in Pittsburgh at Attorney Seymour's office Re: Worker's Compensation Claim, including pre Deposition conference with Carolyn Shiver to prepare for said deposition and Post meeting conference with attorneys relative to legal issues and settlement- Actual Meeting Time- 5 Hours/Travel Time- 3 Hours @ 1/2 time | 6.50 | 975.00 | TCL |
| Jul-31-03 | Phone conference with Greg Albright, former player, regarding the status of case. | 0.30 | 45.00 | TCL |
|  | Totals | 28.20 | $4,230.00 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-18-03 | Parking | 8.00 |
|  | 150 miles @ .32 cents per mile | 48.00 |
| Jul-29-03 | 150 miles @ .32 cents per mile | 48.00 |
|  | Parking | 9.00 |
|  | Totals | $113.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$4,343.00** |
| Previous Balance | 436.75 |
| **Balance Now Due** | **$4,779.75** |

Case 2:02-cv-00548-TFM   Document 148-5   Filed 09/18/07   Page 85 of 94

|  |  |  |  |  |
|---|---|---|---|---|
|  | judgment; phone conference with Tim Leventry regarding same. |  |  |  |
| Sep-29-06 | Preparation time on letter to Carolyn Shiver regarding the a counteroffer to the insurance carrier. | 0.30 | 42.00 | RJS |
|  | Totals | 43.90 | $5,714.00 |  |

## DISBURSEMENTS

|  |  |  |
|---|---|---|
|  | $Parking | 9.00 |
|  | $Turnpike Toll | 6.50 |
| Sep-26-06 | $Expense Item$Mileage  150 @ 0.445 | 66.75 |
|  | Totals | $82.25 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$5,796.25** |
| Previous Balance | 21,416.00 |
| **Balance Now Due** | **$27,212.25** |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| Oct-20-03 | Preparation time on medical bills detail for Discovery | 2.60 | 351.00 | TLG |
| Oct-21-03 | Preparation time on medical bills detail for Discovery | 3.10 | 418.50 | TLG |
| Oct-27-03 | Preparation of correspondence to Michael Seymour and Bernard Caputo, counsel for RPC and Dan D'Alio regarding settlement. | 1.20 | 180.00 | TCL |
| Nov-03-03 | Finalization of letter regarding settlement to Michael Seymour and preparation of correspondence to Carolyn Shiver regarding same. | 0.30 | 45.00 | TCL |
| Nov-05-03 | Phone conference with Mobile Orthopedics regarding the status of the case. | 0.30 | 45.00 | TL |
|  | Phone conference with Carolyn Shiver regarding the offer letter RPC. | 0.40 | 50.00 | RJS |
| Nov-07-03 | Preparation time on letter to the Attorneys for Brian Mills outlining our position with respect to the NIFL's liability. | 0.50 | 75.00 | TL |
| Nov-08-03 | Preparation of time on correspondence to Attorney Nelson regarding Brian Mills case. | 0.20 | 30.00 | TCL |
| Nov-20-03 | Phone conference with Open MRI regarding the unpaid medical bills for the Mississippi Firedogs. | 0.40 | 60.00 | TL |
|  | Totals | 22.45 | $3,158.25 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Oct-06-03 | Cab fare to and from airport | 40.00 |
|  | Travel to and from Columbus, Ohio via private charter (I chose to travel to Columbus by private charter and share the cost of same because my partner was going to Chicago, IL on the same day. If I had been required to drive to Columbus, it would have taken 10 hours of travel time at half my hourly rate which would have been approximately $750.00 plus hotel - $75.00 and mileage - $150.00. with a total of $975.00) | 600.00 |
|  | Totals | $640.00 |

```
===============================Selection Criteria===============================
Date range       :All
Slip numbers     :All
Attorney         :All
Client           :NIFL   01-214
Matter:2         :$Advance Fee        :$Expense Item     :$Flat Fee        :$Mileage
                 :$Next Day Air       :$Parking          :$Photo Copies    :$Postage
                 :$Retainer.          :$Telephone Chgs   :$Turnpike Tolls  :$Typed Invoice
Custom Fields    :All
Reference        :All
Slip status      :Open
Billing status   :All
Rate source      :All at level All
Bookmark slips   :Not checked
Hours            :All
Dollars          :All
Variance         :Not checked
================================================================================
```

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Attorney Client Matter | Rate Level | Time | Total |
|---|---|---|---|---|---|

...................29859

| | | | | | |
|---|---|---|---|---|---|
| 07/30/01<br>*1<br>Invoice from Porter, Wright and Arthur Re: Ohio Jurisdiction. | | TCL<br>NIFL   01-214<br>$Expense Item<br><br>BILLED: #15770 | Qty<br>1 | Amount<br>500.00 | 500.00 |

...................30292

| | | | | | |
|---|---|---|---|---|---|
| 09/18/01<br>*1<br>Letter: Next Day Air charges to Industrial Commissioner Columbus, OH. | | MJN<br>NIFL   01-214<br>$Postage<br><br>BILLED: #16019 | Qty<br>1 | Amount<br>13.50 | 13.50 |

...................30293

| | | | | | |
|---|---|---|---|---|---|
| 09/18/01<br>*1<br>Letter: Next Day Air charges to Industrial Commission, Youngstown District. | | MJN<br>NIFL   01-214<br>$Postage<br><br>BILLED: #16019 | Qty<br>1 | Amount<br>12.50 | 12.50 |

...................30393

| | | | | | |
|---|---|---|---|---|---|
| 08/22/01<br>*1<br>Nashville Hotel - $189.00<br>US Air Transportation Round Trip Nashville to Baltimore - $190.00<br>Round Trip Shuttle Service from Nashville Airport - $18.00<br>Baltimore Airport parking - $26.00 | | TCL<br>NIFL   01-214<br>$Expense Item<br><br>BILLED: #16019 | Qty<br>1 | Amount<br>423.00 | 423.00 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Attorney<br>Client<br>Matter | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|

.....................30393 cont.

.....................31014
08/01/01 - 08/30/01
*1
Representation and research
by Porter Wright Morris and
Arthur, Re: Workers'
Compensation, thru Aug.
30, 2001.

MJN
NIFL    01-214
$Expense Item

BILLED: #16019

Qty    Amount
1    2957.20

2957.20

.....................31159
10/15/01
*1
Letter: Next Day Air charges
to Industrial Commission.

MJN
NIFL    01-214
$Postage

BILLED: #16502

Qty    Amount
1    12.40

12.40

.....................31160
10/23/01
*1
Letter: Next Day Air charges
to The Industrial Commission
in Columbus, OH.

MJN
NIFL    01-214
$Postage

BILLED: #16502

Qty    Amount
1    18.73

18.73

.....................31341
11/15/01
*1
Mailing Notice of Appeal to
NIFL Players.

MJN
NIFL    01-214
$Postage

BILLED: #16502

Qty    Amount
54    0.57

30.78

.....................32387
10/30/01
*1
Invoice from Porter, Wright,
Morris & Arthur Re: Services
rendered Re: Worker's
Compensation issue thru
September 30, 2001 Copy
attached.

MJN
NIFL    01-214
$Expense Item

BILLED: #16502

Qty    Amount
1    219.76

219.76

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Attorney<br>Client<br>Matter | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|

.................32388

11/29/01
*1
Invoice from Porter, Wright,
Morris & Arthur Re: Services
rendered Re: Worker's
Compensation issue thru
October 31, 2001. Copy
attached.

MJN
NIFL   01-214
$Expense Item

BILLED: #16502

Qty  Amount
1    605.06

605.06

.................33288

01/11/02
*1
Letter: Next Day Air charge
to Industrial  Commission.

MJN
NIFL   01-214
$Postage

BILLED: #16809

Qty  Amount
1    14.11

14.11

.................33585

12/13/01
*1
Porter Wright Morris and
Arthur invoice # 681199
dated December 10, 2001 See
attached.

MJN
NIFL   01-214
$Expense Item

BILLED: #16809

Qty  Amount
1    272.63

272.63

.................33586

01/20/02
*1
Porter Wright Morris and
Arthur invoice # 684160
dated January 18, 2002 See
attached.

MJN
NIFL   01-214
$Expense Item

BILLED: #16809

Qty  Amount
1    534.49

534.49

.................37916

10/03/02
*2
160 miles @ .32 per mile

TCL
NIFL   01-214
$Mileage

BILLED: #18335

Qty  Amount
1    51.20

51.20

.................37917

10/03/02
*2
Parking in Pittsburgh

TCL
NIFL   01-214
$Parking

Qty  Amount
1    9.00

9.00

Date 09/12/07
Time 1:38 pm

LEVENTRY & HASCHAR, LLC

Detail Slip Listing

Case 2:02-cv-00548-TFM   Document 249-5   Filed 09/18/07   Page 90 of 94

Page 4

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Attorney Client Matter | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................37917 | | cont. BILLED: #18335 | | | |

GRAND TOTAL

| | | | | | |
|---|---|---|---|---|---|
| | | Attorney | | 0.00s | 0.00 |
| | | Client | | | 0.00 |
| | | Matter | | | 5674.36 |
| | | Billable | | | 5674.36 |
| | | Unbillable | | | 0.00 |

As a Discover® Platinum Cardmember, you can get cash quickly and easily - just about anytime, anywhere.  Your Discover Platinum Card offers you three ways to get money when you need it:

1. Discover Platinum Card Checks.  They're just like personal checks and you can write them to get cash, make purchases, pay bills or even deposit them into your checking account.
2. ATMs.  Get cash at over 150,000 Discover Cash Network® ATM locations nationwide.  All you need is your Discover Platinum Card and your P.I.N.
3. Banks and Financial Institutions.  To get cash, go to the teller window at over 58,000 participating Banks or Financial Institutions and present your Discover Platinum Card with a valid photo ID.

To find cash locations, select you PIN or to order Discover Platinum Card checks, call 1-800-DISCOVER (1-800-347-2683).  And don't forget to visit our Web site at Discovercard.com to search for cash locations nearest you.

**Closing Date: September 17, 2001**   page 3 of 4

| Category | | | | |
|---|---|---|---|---|
| Gas/Automotive | Aug 29 | Aug 29 | SHEETZ #162 JOHNSTOWN PA | 28.10 |
| | Sep 6 | Sep 6 | SHEETZ #162 JOHNSTOWN PA | 25.82 |
| | Sep 13 | Sep 13 | BP OIL PURCHASE EPOS JOHNSTOWN PA | 26.75 |
| | Sep 14 | Sep 14 | SHEETZ #162 JOHNSTOWN PA | 22.18 |
| Travel/Entertainment | Aug 17 | Aug 18 | USAIR 03784745831516 WASHINGTON DC   N#FL | 185.00 |
| | | | AUTOMATIC FLIGHT INSURANCE | NO COST |
| | | | TVL PROF INTL/JOHNSTOWN JOHNSTOWN | |
| | Aug 22 | Aug 22 | OPRYLAND HOTEL* NASHVILLE TN   N#FL | 205.99 |
| Services | Aug 23 | Aug 23 | AOL*ONLINE SERVICE 080 800-679-9444 VA | 11.79 |
| | Sep 12 | Sep 12 | DREAM PRODUCTS INC. 818-773-4233 CA | 17.92 |
| | Sep 15 | Sep 15 | MAKIN' WAVES JOHNSTOWN PA | 40.00 |
| Supermarkets | Sep 11 | Sep 11 | GIANT EAGLE #2461 JOHNSTOWN PA | 43.49 |

BUSINESS OWNERS:  Why not accept Discover(R) Cards for payments at your business?  It's fast, easy and could earn you more revenue!  Call our merchant sales dept. at 1-800-347-6673 ext. 88, and apply today with no application fee.

Increase your Cashback Bonus(R) award by using your Discover(R) Platinum Card for your purchases.  Now that's smart!  Up to 1% paid yearly based on your annual level and type of purchases for Cardmembers who participate in the Cashback Bonus program.

Balance Transfer offer for current billing period: Daily Periodic Rate: 0.01616%; corresponding ANNUAL PERCENTAGE RATE: 5.90%.  Rate is subject to the terms of the offer including expiration.

| | Average Daily Balances | Daily Periodic Rates | ANNUAL PERCENTAGE RATES | Periodic FINANCE CHARGES | Transaction Fee FINANCE CHARGES | Rate Plan |
|---|---|---|---|---|---|---|
| current billing period: 31 days | | | | | | |
| Purchases | $0 | 0.03490% | 12.74% | $0 | none | variable |
| Cash Advances | $0 | 0.05477% | 19.99% | $0 | $0 | fixed |
| previous billing period: 31 days | | | | | | |
| Purchases | $0 | 0.03490% | 12.74% | $0 | none | variable |
| Cash Advances | $0 | 0.05477% | 19.99% | $0 | none | fixed |

Questions? Call 1-800-DISCOVER (1-800-347-2683) or log on to Discovercard.com.   For TDD (Telecommunication Device for the Deaf) assistance, see reverse side.  Send billing error notice to:  Discover Platinum; P.O. Box 15192; Wilmington, DE 19850-5192.

**IMPORTANT NEWS**

## AUGUST 2001 STATEMENT

TOTAL FOR BILLING CYCLE FROM 07/26/2001 THROUGH 08/25/2001

| | | Total Credit Line | Credit Line Available | Billing Date | Closing Date | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|---|---|---|---|
| | | $50,000.00 | $49,982.00 | 31 | 08/25/01 | $15.00 | 09/23/01 |

| | | | Charges | Credits (CR) |
|---|---|---|---|---|
| | | | $18.00 | $0.00 |

### PURCHASES AND ADJUSTMENTS

| Posting Date | Transaction Date | Reference Number | Card Type | Category | Transactions |
|---|---|---|---|---|---|
| 08/24 | 08/22 | 8413 VS | C | | OPRYLAND HOTEL HOTEL FOLIO # 24804 NASHVILLE TN |

### SUMMARY OF TRANSACTIONS

| Category | Previous Balance | (–) Payments and Credits | (+) Cash Advances | (+) Purchases and Adjustments | (+) Periodic Rate FINANCE CHARGES | (+) Transaction Fee FINANCE CHARGES | (=) New Balance Total |
|---|---|---|---|---|---|---|---|
| Cash Advances | $0.00 | $0.00 | $0.00 | $18.00 | $0.00 | $0.00 | $18.00 |

### FINANCE CHARGE SCHEDULE

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| BALANCE TRANSFERS, CHECKS | 0.0046657% DLY | 1.70% | $0.00 |
| ATM, BANK | 0.0046657% DLY | 1.70% | $0.00 |
| PURCHASES | 0.0046657% DLY | 1.70% | $0.00 |

FOR THIS BILLING PERIOD:
**ANNUAL PERCENTAGE RATE................ SEE ABOVE**

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

### TOTAL MINIMUM PAYMENT DUE

| | |
|---|---|
| Past Due Amount .......... | $0.00 |
| Current Payment .......... | $15.00 |
| Total Minimum Payment Due ...... | $15.00 |

**$18.00**

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

- For Customer Satisfaction and up to the minute automated information including balance, available credit, payments received, payments due, date, payment address information, or to request duplicate statements, call 1-800-262-2556.
- For TDD (Telecommunication Device for the Deaf) assistance, call 1-800-346-3178.
- Mail payments to: MBNA AMERICA, P.O. BOX 15019, WILMINGTON, DE 19886-5019.
- Billing rights are preserved only by written inquiry. Mail billing inquiries, using form on the back, and other inquiries to: MBNA AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850-5026.

4800 1274 0201 5163          3471   5OT   3TP 0200 0000 00

PAGE 1 OF 1

**AMERISERV** FINANCIAL™

PO Box 520 • Johnstown, PA 15907

UNIVERSITY HEIGHTS BRANCH
1404 EISENHOWER BLVD
JOHNSTOWN, PA
15904

*Bal 1-7-02*

TELEPHONE   814-533-5300

**STATEMENT DATE**

**11/28/01**

TIMOTHY C LEVENTRY ATTY AT LAW
1397 EISENHOWER BLVD SUITE 202
RICHLAND SQUARE III
JOHNSTOWN PA  15904-3267

131

*** CHECKING *** NOW ACCOUNT
ACCOUNT NUMBER ███████████
PREVIOUS STATEMENT BALANCE AS OF 10/28/01 . . . . . . . . . . . . .
    PLUS     17   DEPOSITS AND OTHER CREDITS . . . . . . . . . . .
    LESS    137   CHECKS AND OTHER DEBITS . . . . . . . . . . . . .
CURRENT STATEMENT BALANCE AS OF 11/28/01 . . . . . . . . . . . . .
NUMBER OF DAYS IN THIS STATEMENT PERIOD      31

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 43794 | 10/30 | 25.00 | 44158 | 11/01 | 6.53 |
| 43946* | 11/01 | 60.00 | 44159 | 10/31 | 31.52 |
| 43966* | 10/30 | 84.00 | 44160 | 11/06 | 66.00 |
| 43984* | 11/01 | 60.00 | 44161 | 11/08 | 20.00 |
| 44007* | 11/01 | 60.00 | 44162 | 11/01 | 91.50 |
| 44015* | 10/29 | 15.86 | 44163 | 11/15 | 25.00 |
| 44021* | 11/01 | 60.00 | 44164 | 11/05 | 12.00 |
| 44077* | 11/01 | 60.00 | 44165 | 11/07 | 25.00 |
| 44091* | 11/06 | 2.00 | 44166 | 11/01 | 3,222.91 |
| 44093* | 11/02 | 110.00 | 44167 | 11/06 | 3,249.00 |
| 44099* | 11/13 | 60.00 | 44168 | 11/01 | 500.00 |
| 44107* | 10/30 | 25.00 | 44169 | 11/13 | 60.00 |
| 44110* | 10/29 | 36.00 | 44170 | 11/06 | 10.23 |
| 44116* | 11/02 | 467.10 | 44171 | 11/08 | 95.71 |
| 44120* | 10/29 | 12.17 | 44172 | 11/06 | 54.95 |
| 44121 | 11/13 | 150.00 | 44173 | 11/09 | 52.05 |
| 44122 | 10/29 | 47.16 | 44174 | 11/08 | 89.49 |
| 44123 | 10/31 | 541.00 | 44175 | 11/09 | 330.00 |
| 44124 | 10/31 | 424.00 | 44176 | 11/08 | 31.80 |
| 44125 | 10/31 | 644.00 | 44177 | 11/07 | 260.00 |
| 44126 | 10/31 | 20.01 | 44178 | 11/08 | 88.00 |
| 44127 | 10/31 | 105.71 | 44179 | 11/09 | 176.05 |
| 44128 | 11/05 | 55.10 | 44180 | 11/09 | 278.85 |
| 44129 | 10/30 | 83.09 | 44181 | 11/07 | 172.00 |
| 44130 | 10/31 | 97.40 | 44182 | 11/07 | 42.50 |
| 44131 | 11/02 | 20.38 | 44183 | 11/13 | 5.30 |
| 44132 | 11/01 | 174.88 | 44184 | 11/14 | 175.00 |
| 44133 | 10/30 | 188.39 | 44186* | 11/06 | 150.50 |
| 44135* | 10/31 | 75.00 | 44187 | 11/07 | 25.00 |
| 44137* | 11/01 | 60.00 | 44188 | 11/09 | 2,957.20 |
| 44138 | 11/01 | 5.00 | 44189 | 11/07 | 1,309.26 |
| 44139 | 10/30 | 101.25 | 44190 | 11/07 | 105.33 |
| 44140 | 10/30 | 590.00 | 44191 | 11/28 | 35.00 |
| 44141 | 11/14 | 16.80 | 44192 | 11/08 | 600.00 |
| 44142 | 11/01 | 20.76 | 44193 | 11/08 | 99.09 |
| 44143 | 10/31 | 600.00 | 44194 | 11/07 | 247.00 |
| 44144 | 11/14 | 129.00 | 44195 | 11/08 | 160.07 |
| 44145 | 11/05 | 786.31 | 44196 | 11/15 | 3,748.67 |
| 44146 | 11/02 | 407.00 | 44197 | 11/13 | 63.42 |
| 44147 | 11/05 | 167.46 | 44198 | 11/09 | 78.06 |
| 44148 | 11/06 | 673.10 | 44199 | 11/05 | 190.67 |
| 44149 | 11/05 | 644.01 | 44201* | 11/14 | 139.00 |
| 44150 | 11/07 | 43.24 | 44202 | 11/13 | 145.45 |
| 44151 | 11/13 | 130.38 | 44203 | 11/16 | 137.00 |
| 44153* | 11/01 | 28.50 | 44204 | 11/14 | 572.24 |
| 44154 | 11/09 | 4.50 | 44205 | 11/14 | 5.00 |
| 44155 | 11/01 | 2.00 | 44206 | 11/13 | 60.00 |
| 44156 | 10/30 | 34.50 | 44207 | 11/09 | 6,620.84 |
| 44157 | 11/05 | 7.75 | 44208 | 11/09 | 69.75 |

012-362

SEE REVERSE SIDE

## Payee Report
1/1/2001 Through 9/17/2007

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 11/6/2001 | BUSINESS | 44188 | Porter Wright Morris & Art... | Inv. # 673413/Acct.... | Bus Exp:Advances:Other | R | -2,957.20 |
| **TOTAL 1/1/2001 - 9/17/2007** | | | | | | | **-2,957.20** |

| | | |
|---|---|---|
| **TOTAL INFLOWS** | | 0.00 |
| **TOTAL OUTFLOWS** | | -2,957.20 |
| **NET TOTAL** | | -2,957.20 |