# TIMOTHY C. LEVENTRY, MANAGING PARTNER

Timothy C. Leventry is the managing partner of **Leventry, Haschak & Rodkey, LLC**, located at 1397 Eisenhower Boulevard, Johnstown, Pennsylvania 15904.

## Educational Background

Graduate of the Pennsylvania State University School of Business with a major in Finance -1978.

Graduate of the Delaware Law School of Widener University with a Juris Doctor degree - 1981.

Graduate of the Georgetown University School of Law with a Legal Masters Degree in Taxation and Estate Planning - 1982.

Mr. Leventry has been in the private practice of law since June of 1982 focusing his practice on the following practice areas:

1. Labor Law and Collective Bargaining.
2. Insurance Defense.
3. Civil Litigation.
4. Advanced Estate Planning
5. Corporate and Business Planning.
6. Commercial Banking;
7. Residential and Commercial Real Estate.
8. Construction Law.
9. Estate Administration.
10. Employment/Contract Law
11. General Practice of Law.

## Court Admissions

Mr. Leventry is admitted to practice before the Pennsylvania Courts of Common Pleas, the Pennsylvania Superior Court, the Pennsylvania Commonwealth Court, the Pennsylvania Supreme Court, the United States District Court of the Western District of Pennsylvania and the United States Tax Court.

## Executive Offices

Mr. Leventry is the Executive Officer of the Home Builders Association of the Alleghenies. The HBAA is a 350 member organization of Contractors and Vendors associated with the construction industry in the Cambria County area.

### Real Estate Development

Mr. Leventry is involved in the ownership, development and operation of over 130,000 square feet of commercial office space located in the Johnstown and New Cumberland, Pennsylvania areas, including participating in government housing programs involving Section 8.

### Boards and Association

Mr. Leventry is on the Board of Directors of the Johnstown Credit Bureau and the Highland Community Library. Mr. Leventry is also an advisory board member to AmeriServ Financial Bank.

### Solicitorships

Mr. Leventry is Solicitor for Venture Quest Development, Windber Country Club, Snake Spring Township Municipal Authority, Geistown Borough Zoning Hearing Board, Napier Township, Free Medical Access Clinic, Johnstown Credit Bureau and the West Providence Township Sewer Authority.

### Personal

Mr. Leventry is married to Ruth Ann Leventry and they have four children; Lea, Amy, Lisa and Charlie.

# JOHN M. HASCHAK, PARTNER

### Educational Background

Graduate of University of Pittsburgh School of Law with a Juris Doctor Degree - 1997.

Graduate of University of Pittsburgh with a Bachelor of Science Degree in Biochemistry - 1994.

### Court Admissions

Mr. Haschak is admitted to practice before all Pennsylvania Courts, the United States District Court for the Western District of Pennsylvania, the Western District of Pennsylvania Bankruptcy Court and the United States Patent and Trademark Office.

### Practice Areas

Mr. Haschak focuses his practice on the following areas:

1. Commercial Real Estate Development and Leasing
2. Bankruptcy/Creditors Rights
3. Commercial Banking
4. Intellectual Property (Patent/Trademark/Copyright)
5. General Business Law Practice

### Solicitorships

Mr. Haschak is Solicitor for the Northern Cambria Community Development Corporation, Community Financial Resources, Inc. (a non-profit lender) and the Hastings Area Sewer Authority.

### Personal

Mr. Haschak, his wife Janet and daughter Justine reside in Johnstown, Pennsylvania.

# RYAN J. SEDLAK

**EDUCATION**

**University of Pittsburgh School of Law**  Pittsburgh, PA
J.D., May of 2002
    Honors: Semester Honors, fall of 2001 and spring of 2002
               William Frederick Schulz Legal History Award
    Activities: Staff, *University of Pittsburgh Law Review*, 2001-2002
               Second Round Qualifier, 2000-2001 Appellate Moot Court Competition

**University of Pittsburgh**
B.A. in Economics and History, *magna cum laude*, May of 1999
G.P.A.: 3.64
    Honors: College of Arts and Sciences Academic Scholarship, 1998
               Omicron Delta Epsilon Honor Society in Economics, 1998
               Phi Alpha Theta History Honorary Society, 1998
               Golden Key National Honor Society, 1997

**EXPERIENCE**

**Leventry, Haschak & Rodkey, LLC**  Johnstown, PA

Associate attorney for firm practicing in business law, civil litigation and estate planning from August of 2002 to the present. Responsibilities include managing a diverse caseload in the areas of general business law, federal tax law, estate and trust law, contract law, construction law, bankruptcy law and commercial law; business planning (compliance with state and federal laws and regulations, entity formation, entity operation, document review, insurance requirements and applicable employment law); conducting legal research assignments and providing interpretive guidance for numerous legal issues and litigation matters; acting as co-counsel in various civil litigation and insurance defense cases; drafting pleadings (complaints, answers/responsive pleadings, motions and briefs) and attending court hearings; estate planning (trust creation, trust funding, investments and management, wills, durable powers of attorney and living wills); drafting, reviewing and negotiating asset purchase agreements, limited liability company operating agreements, partnership and joint venture agreements, construction agreements, real estate transfer agreements, commercial and residential leases, product manufacturing and purchase agreements, and employment agreements; working with senior attorneys representing individuals, for-profit organizations, municipal entities, and non-profit organizations. Served as team leader of the firm's Employee Development Committee and led the coordination and implementation of programs for office expansion including a group health insurance program and an office-managed flexible spending plan. Appointed as team leader of the firm's Customer Service Committee, which assesses client needs and establishes plans and quality control measures to satisfy those needs.

**Wayman, Irvin & McAuley, LLC**  Pittsburgh, PA
Law clerk for firm practicing in insurance defense litigation from June of 2001 to October of 2001. Conducted various legal research assignments and prepared pleadings and discovery materials.

**Somerset County Court of Common Pleas**  Somerset, PA
Student extern/law clerk, summer of 2000. Researched legal issues, analyzed case law and statutory law and drafted memorandums for judicial opinions in civil and criminal matters.

**ACTIVITIES**

**Johnstown Rotary Club**
Club President, 2006-2007; Vice-President, 2005-2006; Board Member, 2005-2007

**Johnstown Salvation Army Advisory Board**
Board President, 2007-2008; Board Vice-President, 2006-2007; Board Member, 2004-present

**Cambria Residential Services**
Board Member, June 2007-Present

**Cambria County Bar Association - Young Lawyers Division**
Treasurer, 2004-present

# JAMES J. GEIBIG
2304 Vartan Court Apt. #5, Harrisburg, PA 17110 (717) 540-8096

## EDUCATION

**Widener University School of Law**  J.D. awarded May, 2001
Harrisburg, Pennsylvania  *cum laude*
- Class Rank: Top 20% (within .114 of Top 10%)
- Honors: Dean's Honors List: Spring 1999, Spring 2000, Spring 2001
  Judge James C. Crumlish, Jr. Memorial Award
  Moot Court Honor Society
  Certificate Of Achievement: Civil & Political Rights
- Advocacy Training: Intensive Trial Advocacy Program
- Memberships: James S. Bowman American Inn of Court, Widener International Law Society

**University of Pittsburgh**  B.A. awarded April, 1998
Johnstown, Pennsylvania
- Major: History
- GPA: 3.1
- Honors: Dean's List (5 semesters)
  Phi Alpha Theta, National History Honor Society
- Activity: Founding member of History Club chapter at UPJ

## LEGAL EXPERIENCE

**York County Public Defender's Office**  November, 2001 - Present
York, Pennsylvania

Assistant Public Defender. Represent indigent clients in all phases of criminal litigation including: initial client interviews; preliminary hearings; arraignments; pre-trial conferences; trials; and sentencing. Position entails maintenance of voluminous caseload; daily courtroom exposure; extensive research of PA criminal law; constant interaction and negotiation with clients, law enforcement, opposing counsel and judiciary.

**Governor's Office of General Counsel**  January, 2000 – May, 2001
Harrisburg, Pennsylvania

Legal Intern. **PA State Police**: Summarized current case law for publication in *PSP Counselor*; drafted legal opinions regarding the implementation of Pennsylvania's criminal laws; reviewed and commented on proposed regulations governing PA State Police procedures. (Summer, 2000 – May, 2001)

**PA Department of Labor and Industry**: Drafted opinions for Workers' Compensation Appeals Board; researched and analyzed current worker's compensation statutory and case law; attended regulatory review meetings. (Summer, 2000)

**PA Insurance Department**: Summarized and indexed recent PA Commonwealth Court decisions dealing with liquidations and rehabilitations; assisted attorneys in performance evaluations of outside counsel. (January, 2000 - May, 2000)

**Honorable Lawrence F. Clark**  January, 2000 - May, 2000
Harrisburg, Pennsylvania

Judicial Clerk Intern. Assisted Judge's law clerk in reviewing briefs, petitions and orders; researched criminal law and procedural issues; drafted opinions and bench memoranda; observed all phases of trial; attended trial conferences.

**Mindi Jo Nagy**
918 Gillespie Ave. ◊ Portage, PA 15946 ◊ (814) 736-9331

**EDUCATION**

<u>University of Dayton School of Law, Dayton, OH</u>
**Juris Doctor - May 2000**
- Took the February 2001 PA Bar Exam - results to be released in April
- Student Ambassador - Spoke with prospective students and gave tours of the law school
- Member of PILO (Public Interest Law Organization) - Initiates various community service projects
- Member of Women's Caucus - Organization sponsoring law related activities throughout the year
- Walter Rice Moot Court Competition Semi-Finalist - written brief and oral argument grade were averaged, and the top 32 averages within the second year class were chosen to compete in Walter Rice

<u>Saint Francis College, Loretto, PA</u>
**Bachelor of Arts in Political Science Pre-Law - May 1997**
- Minor in Philosophy
- Grade Point Average - 3.77, Magna Cum Laude
- All-American Scholar Collegiate Award (1995, 1996, and 1997)
- Richard Dorsey Muller Scholarship (1996 and 1997) Based upon written essay
- Phi Sigma Iota - International Foreign Language Honor Society (1996 and 1997)
- Pi Sigma Alpha - National Political Science Honor Society; Secretary (1996 and 1997)
- Pre-Law Club (1993-1997)
- El Circulo Espanol (Spanish club) (1993-1997) Vice President 1993-1995; Treasurer 1996-1997
- Mock Republican Convention Chairperson for Maine 1996

**EMPLOYMENT HISTORY**

<u>Andrews, Wagner, & Beard Law Offices, Altoona, PA</u>
**Law Clerk - August 2000 - January 2001**
- Performed research - a good deal of which dealt with employer workplace policies, workers compensation, and educational issues
  **Work performed relative to educational issues**
- wrote: school drug use policies that area schools adopted and implemented, acceptable student computer use policies, school district transportation contracts for transportation services
- researched topics on: dress codes, special education, and arbitrator decisions to select an arbitrator most suited to hear the case
- sifted through documents to prepare chronological files for school labor arbitrations; wrote requests for production of documents
  **Work performed relative to workers compensation**
- examined case files and then prepared Respondent's Answer to the complaint, Proposed Findings of Fact and Conclusions of Law, Briefs in Opposition to Claimant's Petition, Defendant's Closing Position Statement
  **Composed seminar outlines entitled**
- *The Interrelationship Between the ADA, FMLA, Workers Compensation, and Social Security Disability Insurance*
- *Employer No Solicitation Policies and Unionization*

**Summer Law Clerk 1999 & Law Clerk December 1999 - January 2000 (during Christmas Break)**
- Performed research - a good deal of which dealt with employment, workers compensation, and educational issues
- Wrote inter-office memos concerning research topics
- Worked with an arbitration transcript to write and submit the closing arbitration statement. The arbitrator ruled in favor of our client on all points contained within the closing
- Attended mediations, negotiations, depositions and workers compensation hearings

Portage National Bank, Portage, PA
- Summer 1998 and 1997
- Customer Service Representative
- Performed monetary transactions for customers
- Developed strong organizational skills from handling currency
- Developed strong communication skills from dealing with the public

## JUDICIAL CLERKSHIP

Montogmery County Court House, Dayton, OH
   **January - May 2000** -   10 hours per week
- Observed Judge Gorman's courtroom proceedings then discussed key issues with her
- Prepared Judge opinions based on my discussions with the Judge following proceedings, attorney briefs, and my research on the pertinent issues
- Concentrated on criminal law topics like the legality of a search and seizure and admissibility of evidence

## VOLUNTEER

Pennsylvania Office of the Attorney General Bureau of Consumer Protection, Ebensburg, PA
   **Summer 1998**; one day a week
- Performed research and prepared memos for attorney
- Enhanced communication skills by contacting disputing parties in attempt to resolve disagreements

## LEGAL INTERNSHIP

Cambria County District Attorney's Office, Ebensburg, PA
   **Fall 1995**
- Observed courtroom proceedings
- Interviewed judges and attorneys to determine trial strategies and thought processes used
- Summarized findings in an essay for supervising professor
- Assisted assistant district attorney with paperwork and filing

**PAUL J. ECKENRODE**
1255 Syberton Road
Gallitzin, PA 16641
(814) 330-6956
pauljoeck@yahoo.com
PA ID 90875

---

| | |
|---|---|
| **EDUCATION** | **University of Pittsburgh School of Law**, Pittsburgh, PA<br>JD, May 2003<br>Murray S. Love Trial Moot Court Competition *(11/01)*<br><br>**Washington and Jefferson College**, Washington, PA<br>BA in Political Science, May 2000<br>GPA 3.19 / 4<br>Varsity Baseball *(1997 – 2000)* Starting pitcher for team in 1999 and 2000. Lettered 1998 – 2000.<br>Varsity Football *(1996 – 1997)*<br>Phi Kappa Psi Fraternity: Social Chairman; House Messenger. |
| **LEGAL EXPERIENCE** | **Honorable Thomas G. Peoples, Jr., President Judge**, Blair County, *(06/04-present)*<br>**Judicial Law Clerk**<br>• Responsible for Judge's Civil Case Management System<br>• Perform essential research on which Judge bases dispositions<br>• Draft memorandums and opinions<br>• Coordinate conferences and hearings for Judge<br><br>**The Law Offices of D. Scott Lautner, P.C.**, Pittsburgh, PA *(7/03-06/04)*<br>**Associate**<br>• Drafted civil, family, and criminal pleadings<br>• Drafted civil, family, and criminal appellate briefs and PCRA Petitions<br>• Appeared regularly in court in criminal, family, and civil divisions<br>• Interviewed clients and managed reasonable caseload<br>• Negotiated personal injury settlements<br>• Participated in Allegheny County's family lawyers' pro bono program<br>• Learned business aspects of a small firm<br><br>**John Knorr Law**, Pittsburgh, PA *(6/02-6/03)*<br>**Law Clerk**<br>• Interviewed clients including contact and non-contact interviews with incarcerated clients<br>• Prepared pleadings involving criminal, family, and civil matters<br>• Drafted state and federal appellate briefs<br>• Acquired experience in numerous areas including, but not limited to, federal criminal law, state parole and probation proceedings, and PCRA process<br><br>**Honorable David N. Wecht, Register of Wills**, Allegheny County *(7/01-8/01)*<br>**Probate Clerk**<br>• Probated estates<br>• Researched estate law<br>• Participated in Judge Wecht's campaign for Superior Court Judge<br><br>**Honorable John C. Pettit, District Attorney**, Washington, PA *(6/01)*<br>**Externship**<br>• Researched various areas of criminal law and drafted briefs |

*References available upon request.*

# Terry Graffius

*131 Rita Street, Johnstown, PA 15905*
*814-255-5364, Graffesq@aol.com*

## OBJECTIVE

*To secure a position as an attorney with an organization offering opportunities for further professional development and advancement.*

## PROFESSIONAL ACTIVITIES

- *Pennsylvania Bar Association: Member, 1995*
- *Cambria County Bar Association: Member, 1995*
- *Young Lawyers Division: President, 1998-2001*
- *YMCA: Member, 1991-2001 Membership Committee, 1997-2001*
- *Women's Help Center: Member of By-Laws Commitee, 1996-2001*

## EXPERIENCE SUMMARY

**Jerome J. Kaharick & Associates** • *Johnstown, PA* • *2000 to Present*
**Associate Attorney**
*Areas of practice include: Criminal Defense, Family Law, Civil Litigation, Bankruptcy, Real Estate and Personal Injury.*

**Kaminsky, Wharton, Silverman & Thomas** • *Johnstown, PA* • *1995 to 2000*
**Associate Attorney**
*Areas of practice include: Family Law, Civil Litigation, Bankruptcy, Real Estate and Personal Injury.*

**Spence, Custer, Saylor, Wolfe & Rose** • *Johnstown, PA* • *1989 to 1992*
**Paralegal**
*Prepared bankruptcy petitions, performed legal research, and conducted lien searches for bankruptcy attorney. Performed work as needed for other attorneys.*

## EDUCATIONAL BACKGROUND

**Thomas M. Cooley Law School** • *Lansing, MI* • *1995*
**Graduated Cum Laude / Class Rank 30/162** • *GPA: 3.10*
*Law Review: Associate Editor, 1994*
*Sports Law Society: President, Secretary*
*Italian Law Society: Member*
*Intramural Sports*

**Duquesne University Paralegal Institute** • *Pittsburgh, PA* • *1987*
*GPA: 3.75*
*Major courses: Legal Writing, Legal Research, Paralegal Profession, Real Estate Law, Civil Litigation, Estates/Trusts/Wills, Corporate Law and Criminal Law.*
*Experience with Westlaw/Lexis.*

**University of Pittsburgh at Johnstown** • *Johnstown, PA* • *1987*
**B.A., Political Science** • *GPA: 3.25*
*Develop research and writing skills needed for study and practice of law.*
*UPJ Political Science Club: Member*
*Pi Sigma Alpha Honor Society: Treasurer, Kappa Beta Chapter.*

# MARY BETH KRAUSE, PARALEGAL

Mary Beth Krause has been employed by **Leventry, Haschak & Rodkey, LLC** since December of 1986. She is also the office manager of **Leventry, Haschak & Rodkey, LLC**. Mrs. Krause received her Paralegal Certification from the Indiana University of Pennsylvania in February of 1989. Mrs. Krause is also a licensed Pennsylvania Title Insurance Agent and has been a Pennsylvania Notary Public since 1988.

Mrs. Krause specializes in the areas of real estate transactions, commercial loans and estates. Mrs. Krause has extensive experience in coordinating real estate transactions and commercial loan transactions including:

1. Preparation and/or review of sales agreements;
2. Performing title searches;
3. Preparation of all loan documents including settlement statements, deeds, mortgages and notes and title insurance policies;
4. Coordinating and performing closings.

Mrs. Krause also performs regular duties in estate administration. Among her responsibilities, Mrs. Krause prepares all petitions, manages the inventory of assets and payment of bills, and preparation of state and federal estate tax returns and estate accounting.

# PAUL A. MATTIS, PARALEGAL

Paul A Mattis is a paralegal. Mr. Mattis is a 1995 graduate of the Pennsylvania State University where he earned a Bachelor of Science degree majoring in the Administration of Justice. Subsequently, Mr. Mattis attended Mount Aloysius College and was awarded an Associates Degree in 2003 and a Bachelor of Arts Degree majoring in Professional Studies: Pre-Law in 2005.

Mr. Mattis worked as Juvenile Care Worker at ACRP from 1995 to 2002. Mr. Mattis has been employed by **Leventry, Haschak & Rodkey, LLC** since October of 2005. He assists in the areas of litigation, research and document drafting and review.