LAW OFFICES
**SPENCE, CUSTER, SAYLOR, WOLFE & ROSE, L.L.C.**
JOHNSTOWN, PENNSYLVANIA

GARY C. HORNER
JOHN J. BAGNATO
JAMES C. MUNRO, II
JAMES R. WALSH
RONALD P. CARNEVALI, JR.
DAVID J. NOVAK
MICHAEL J. PARRISH, JR.
———
JOSEPH F. GULA, III
———
OF COUNSEL
ROBERT G. ROSE

MAILING ADDRESS
P. O. BOX 280
JOHNSTOWN, PA 15907-0280

DELIVERY ADDRESS
216 FRANKLIN STREET
JOHNSTOWN, PA 15901

TELEPHONE
(814) 536-0735

FACSIMILE
(814) 539-1423

WEBSITE
www.spencecuster.com

September 5, 2007

Timothy C. Leventry, Esq.
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Re: Fee Schedule

Dear Mr. Leventry:

    This correspondence is written to your recent inquiry regarding our fee schedule. Please be advised that our firm consists of eight attorneys with our practice being located mainly in the Cambria-Somerset Counties area. Our firm provides services in almost all areas of the law except criminal matters and our rates vary between $150.00 to $200.00 depending on the attorney performing said services.

    I would note that, as you know, we have an extensive bankruptcy practice whereby we represent debtors, creditors, as well as the Trustee in Chapter 7 matters and all of those fees must be approved by the Court and are charged at a rate of $200.00 per hour. Should you be in need of any further information concerning our rates, please advise.

    Thank you.

Very truly yours,

David J. Novak

DJN:ms
Leventry Letter 09.05.07

RECEIVED SEP - 6 2007

LAW OFFICES
# GLEASON, McQUILLAN
# BARBIN & MARKOVITZ, LLP

206 MAIN STREET
JOHNSTOWN, PA 15901-1682

ROBERT DAVIS GLEASON
MYRON I. MARKOVITZ
ANDREW DAVIS GLEASON
WILLIAM GLEASON BARBIN
BRYAN E. BARBIN
ARTHUR T. MCQUILLAN

(814) 535-5561
FAX (814) 535-5566

OF COUNSEL
ANDREW J. GLEASON
WILLIAM G. SHAHADE
SAMUEL R. DIFRANCESCO, JR.

PATRICK A. GLEASON
(1934-1982)

September 5, 2007

Leventry, Haschak & Rodkey, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

To Whom It May Concern:

    The undersigned is a general partner in the law firm of Gleason, McQuillan, Barbin & Markovitz, LLP. I have been requested by Tim Leventry to review the hourly charges made by the attorneys in the undersigned law firm.

    Please understand that, because of the tremendous disparity in the work performed, certain attorneys charge a lump sum fee based upon the service that is being provided.

    It would be suffice to say, those attorneys in this office that have more than ten (10) years' experience in the practice of law, charge a minimum of $175.00 per hour, and, in certain circumstances, charge as much as $225.00 per hour.

    Thank you.

Very truly yours,

GLEASON, McQUILLAN,
BARBIN & MARKOVITZ, LLP

By: _____
    Myron I. Markovitz, Esquire

MIM/mlc

RECEIVED SEP - 6 2007