# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
                                          DATE :     JANUARY 11, 2006
                                          MATTER :   P8879-004
                                          INVOICE :  202975
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/05   AJR

RE: ██████████████████████

### TIME SUMMARY

|                 | RATE   | HOURS  | TOTALS    |
|-----------------|--------|--------|-----------|
| B H SIMMONS     | 175.00 |   9.30 |  1627.50  |
| C B GIBBONS     | 365.00 | 125.50 | 45807.50  |
| E J MCLAUGHLIN  | 125.00 |  15.50 |  1937.50  |
| J M WEBSTER     | 135.00 |  18.00 |  2430.00  |
| L A YODER       | 105.00 | 114.50 | 12022.50  |
| L ZALEWSKI      | 105.00 |   1.40 |   147.00  |
| M J MANZO       | 365.00 | 116.60 | 42559.00  |
| M R RHODES      | 155.00 |  34.00 |  5270.00  |
| TOTALS          |        | 434.80 | 111801.00 |

TOTAL FEES :                                               111,801.00

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| REPRODUCTION OF DOCUMENTS | 778.20 |
| TELECOPY EXPENSES | 6.00 |
| FEDERAL EXPRESS | 45.63 |
| DUPLICATING SERVICES - DITTO DOCUMENT SERVICES, INC. | 149.95 |
| DUPLICATING SERVICES - DITTO DOCUMENT SERVICES, INC. | 29.43 |
| DUPLICATING SERVICES - DITTO DOCUMENT SERVICES, INC. | 321.00 |
| DUPLICATING SERVICES - DITTO DOCUMENT SERVICES, INC. | 56.11 |
| DUPLICATING SERVICES - DITTO DOCUMENT SERVICES, INC. | 67.19 |
| DUPLICATING SERVICES - IKON OFFICE SOLUTIONS | 148.56 |
| DUPLICATING SERVICES - IKON OFFICE SOLUTIONS | 17.33 |