IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:02-cv-548<br>)<br>) |
| R.P.C. EMPLOYER SERVICES, INC., | )<br>) |
| Defendant. | ) |

## ORDER

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED that Plaintiff's Petition for Attorneys' Fees and Costs is DENIED.

BY THE COURT,

_____, J.