IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., ) ) ) Plaintiff, ) ) v. ) ) R.P.C. EMPLOYER SERVICES, INC., ) ) Defendant. ) | Civil Action No. 2:02-cv-548<br>Hon. Terrence F. McVerry |

### NOTICE OF APPEAL

Notice is hereby given that Defendant, R.P.C. EMPLOYER SERVICES, INC., hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order of Court Denying Motion to Alter or Amend Judgment or to Grant a New Trial entered in this action on the 3rd day of October, 2007.

FECZKO & SEYMOUR

By:  s/ Michael J. Seymour
     Michael J. Seymour, Esquire
     PA ID No. 00260
     310 Grant Street, Suite 520
     Pittsburgh, PA 15219
     Telephone:  (412) 261-4970
     Email: mjseymour@covad.net

BURNS, WHITE & HICKTON

By:  s/ Ira L. Podheiser
     John B. Cromer, Esquire
     PA ID No. 66773
     Ira L. Podheiser Esquire
     PA ID No. 46973
     Four Northshore Center
     106 Isabella Street
     Pittsburgh, PA 15212
     Telephone:  (412) 995-3000
     FAX:        (412) 995-3300
     Email: ilpodheiser@bwhllc.com

     Attorneys for Defendant
     R.P.C. Employer Services, Inc.

Dated:  October 15, 2007

303550.doc

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a true and correct copy of the within Notice of Appeal upon the following, on the 15th day of October, 2007:

*By First Class Mail:*
Hon. Terrence F. McVerry
U.S. Post Office and Courthouse
Sixth Floor
Grant Street and Seventh Avenue
Pittsburgh, PA 15219

*By Electronic Notice:*
Timothy C. Leventry, Esquire
Leventry, Haschak , Rodkey & Klementik, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Bernard C. Caputo, Esquire
John A. Caputo & Associates
Three Gateway Center, 5th Floor East
401 Liberty Avenue
Pittsburgh, PA 15222

BURNS, WHITE & HICKTON

By:   s/ Ira L. Podheiser
Ira L. Podheiser, Esquire
Attorneys for Defendant
R.P.C. Employer Services, Inc.