UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH Division

# 080000238 - BS
October 16, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| APPEAL D 02-548 | | 1 @ 455.00 | 455.00 CH |

TOTAL→   455.00

FROM: BURNS WHITE & HICKTON
4 NORTHSHORE CENTER
106 ISABELLA ST
PITTSBURGH PA 15212