IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:02-cv-548 |
| v. | ) ) | Hon. Terrence F. McVerry |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

## APPEAL BOND

FECZKO & SEYMOUR

By:  s/ Michael J. Seymour
   Michael J. Seymour, Esquire
   PA ID No. 00260
   310 Grant Street, Suite 520
   Pittsburgh, PA 15219
   Telephone:  (412) 261-4970
   Email: mjseymour@covad.net

BURNS, WHITE & HICKTON

By:  s/ Ira L. Podheiser
   John B. Cromer, Esquire
   PA ID No. 66773
   Ira L. Podheiser Esquire
   PA ID No. 46973
   Four Northshore Center
   106 Isabella Street
   Pittsburgh, PA 15212
   Telephone:  (412) 995-3000
   FAX:       (412) 995-3300
   Email: ilpodheiser@bwhllc.com

   Attorneys for Defendant
   R.P.C. Employer Services, Inc.

Dated:  November 20, 2007

333593.doc

## UTICA MUTUAL INSURANCE COMPANY
### HOME OFFICE * NEW HARTFORD. NEW YORK

RECEIVED
NOV 19 2007

- ☒ INCREASE
- ☐ DECREASE
- ☐ NAME CHANGE
- ☐ ADDRESS CHANGE

- ☐ BOND NUMBER
- ☐ EFFECTIVE DATE
- ☐ EXPIRATION DATE
- ☐ CHANGE OF OBLIGEE

- ☐ MISCELLANEOUS

## CHANGE OF BOND RIDER

To be attached to and made a part of Bond No. SU 4077083 by the UTICA MUTUAL INSURANCE COMPANY of New Hartford, New York, hereinafter called Surety, on behalf of R.P.C. Employer Services Inc. hereinafter called Principal, and in favor of National Indoor Football League L.L.C hereinafter called Obligee, and dated the 12th day of October, 2007.

In consideration of the premium charged for the attached bond, it is agreed that:

1. The Surety hereby gives its consent to the changes on the Bond: Limit

   *From: Not to exceed $430,695.95*

   *To:    Not to exceed $515,183.78*

PROVIDED, however, that the attached bond as changed by this rider shall be subject to all its agreements, limitations and conditions, and that the liability of the Surety under the attached bond and under the attached bond as changed by this rider shall not exceed a cumulative amount of two license periods as stated in the language of the bond.

2. This rider shall become effective as of the 12th day of October, 2007.

Signed, sealed and dated this 14th day of November, 2007.

R.P.C. Employer Services Inc.

BY:_____

UTICA MUTUAL INSURANCE COMPANY

BY:_____
Debra A. Wichowsky, Attorney-In-Fact

# ACKNOWLEDGEMENT OF SURETY

☒ Utica Mutual Insurance Company     ☐ Graphic Arts Mutual Insurance Company

STATE OF   New York  
COUNTY OF   Oneida   } ss.:

On this 14th day November of 2007, before me personally came Debra A. Wichowsky to me known, who, being duly sworn, did depose and say: that she resides in New Hartford, NY that she is Attorney-in-Fact of the Corporation described in and which executed the attached instrument; that he knows the seal of said Corporation, that the seal affixed to said instrument is such corporate seal; that it was so affixed pursuant to power conferred on her by a Power of Attorney granted to her by said Corporation and that she signed said instrument as Attorney-in-Fact of said Corporation pursuant to such authority.

_Wilma K. Acre_  
NOTARY PUBLIC

WILMA K. ACRE  
Notary Public in the State of New York  
Qualified in Onondaga Co. No. 01AC5022059  
My Commission Expires 1-3-2010

## PRINCIPAL'S INDIVIDUAL ACKNOWLEDGEMENT

STATE OF _____  
COUNTY OF _____ } ss.:

On this _____ day of _____ 20____, before me personally came _____, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____  
NOTARY PUBLIC

## PRINCIPAL'S CO-PARTNERSHIP ACKNOWLEDGEMENT

STATE OF _____  
COUNTY OF _____ } ss.:

On this _____ day of _____ 20____, before me personally came _____, a member of the Co-partnership of _____ to me known and known to me to be the person who is described in the foregoing instrument and he acknowledges that he executed the same as and for the act and deed of the said Co-partnership.

_____  
NOTARY PUBLIC

## PRINCIPAL'S CORPORATE ACKNOWLEDGEMENT

STATE OF _____  
COUNTY OF _____ } ss.:

On this _____ day of _____ 20____, before me personally came _____, to me known, who, being by me duly sworn, did depose and say, that he resides in _____; that he is _____ of _____, the Corporation described in and which executed the foregoing instrument; that he knows the Corporate Seal of said Corporation; and the Seal affixed to said instrument is such Corporate Seal; that it was so affixed by order of the Board of Directors of said Corporation, and that he signed his name thereto by like order.

_____  
NOTARY PUBLIC

8-B-40 Ed. 7-74

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW THE

# UTICA MUTUAL INSURANCE COMPANY
### NEW HARTFORD, NEW YORK

EXPIRATION DATE  September 30, 2008

## POWER OF ATTORNEY

*Know all men by these Presents,* the UTICA MUTUAL INSURANCE COMPANY, as a New York Corporation, having its principal office in the Town of New Hartford, County of Oneida, State of New York, does hereby make, constitute and appoint   Harold G. Winstell, Wilma K. Acre, Gregory A. Gerrard, Jackson B. Nelson, Debra A. Wichowsky, Kathleen E. Caiola, all of New Hartford, New York its true and lawful Attorney(s)-in-fact in their separate capacity if more than one is named above to make, execute, sign, seal and delivery for and on its behalf as surety and as its act and deed (without power of redelegation) any and all bonds and undertakings and other writings obligatory in the nature thereof (except bonds guaranteeing the payment of principal and interest of notes, mortgage bonds and mortgages) provided the amount of no one bond or undertaking exceeds _____Unlimited_____ Dollars ($ _Unlimited_ ).

The execution of such bonds and undertakings shall be as binding upon said UTICA MUTUAL INSURANCE COMPANY as fully and to all intents and purposes as if the same had been duly executed and acknowledged by its regularly elected officers and its Home Office in New Hartford, New York.

This Power of Attorney is granted under and by authority of the following resolution adopted by the Directors of the UTICA MUTUAL INSURANCE COMPANY on the 27th day of November, 1961.

"Resolved, that the President of any Vice-President, in conjunction with the Secretary or any Assistant Secretary, be and they are hereby authorized and empowered to appoint Attorneys-in-fact of the Company, in its name and as its acts, to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-fact shall be binding upon the Company as if they had been duly acknowledged by the regularly elected Officers of the Company in their own proper persons."

"No Therefore, the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney by a facsimile, and any such Power of Attorney bearing such facsimile signatures or seal shall be valid and binding upon the Company."

*In Witness Whereof,* the UTICA MUTUAL INSURANCE COMPANY has caused these presents to be signed by its Authorized Officers, this 26th day of August, 2005.



_____George P. Wardley_____
Secretary

UTICA MUTUAL INSURANCE COMPANY

_____Daniel D. Daly_____
Vice President

STATE OF NEW YORK  } ss:
COUNTY OF ONEIDA

On this 26th day of August, 2005, before me, a Notary Public in and for the State of New York, personally came DANIEL D. DALY and GEORGE P. WARDLEY to me known, who acknowledged execution of the preceding instrument and, being by me duly sworn, do depose and say, that they are Vice President and Secretary respectively of UTICA MUTUAL INSURANCE COMPANY; and that the seal affixed to said instrument is the corporate seal of UTICA MUTUAL INSURANCE COMPANY; and that the said corporate seal is affixed and their signatures subscribed to said instrument by authority and order of the Board of Directors of said Corporation.

*In Testimony Whereof,* I have hereunto set my hand at New Hartford, New York, the day and year first above written.

_____Jackson B. Nelson_____
Notary Public

STATE OF NEW YORK  } ss:
COUNTY OF ONEIDA

I, _____George P. Wardley_____, Secretary of the Utica Mutual Insurance Company do hereby certify that the foregoing Power of Attorney executed by said Utica Mutual Insurance Company and the above-quoted Resolutions of the Board of Directors adopted November 27, 1961 are still in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of the said Corporation at New Hartford, New York, this ___14th___ day of ___November___, 20_07_.

_____George P. Wardley_____
Secretary

8-B-2 Ed. 1/01

# UTICA MUTUAL INSURANCE COMPANY

## FINANCIAL STATEMENT AS OF DECEMBER 31, 2006

| ASSETS | | LIABILITIES AND SURPLUS | |
|---|---:|---|---:|
| U.S. Governmental Direct Guaranteed Bonds | $ 79,159,346 | Reserve for all Losses | $ 781,496,438 |
| All Other Bonds | 1,438,540,494 | Unearned Premiums | 271,230,876 |
| Stocks | 239,251,540 | Reserve for Claim Expenses | 251,408,210 |
| Mortgages | 0 | Dividends | 11,093,260 |
| Cash and Short-Term Investments | 36,615,978 | Taxes Accrued | 5,686,081 |
| Equities & Deposits in Pools and Associations | 11,633,751 | Federal Income Tax | 1,616,532 |
| Premiums in Course of Collection | 137,113,069 | Amounts Withheld on Account of Others | 10,567,664 |
| Interest Due and Accrued | 18,060,490 | Provision for Reinsurance | 21,805,718 |
| Other Admitted Assets | 181,521,547 | Miscellaneous Accounts Payable | 95,001,723 |
| **Total Admitted Assets** | **$ 2,141,896,215** | **Total Liabilities** | **$1,449,906,500** |

| | | |
|---|---:|---:|
| Surplus Funds | | |
| Dividend Reserve | $ 3,415,114 | |
| General Voluntary Reserve | 1,500,000 | |
| Special Contingent Surplus | 1,700,000 | |
| Divisible Surplus | 685,374,601 | |
| Surplus as Regards Policyholders | | 691,989,715 |
| **Total** | $ | 2,141,896,215 |

STATE OF NEW YORK
COUNTY OF ONEIDA         ss:

Brian P. Lytwynec, President & COO of the UTICA MUTUAL INSURANCE COMPANY, New Hartford, New York, being duly sworn, says that he is the above described officer of said Corporation, and that on the 31st day of December, 2006, all of the assets shown above were the absolute property of the said Corporation, free and clear from all liens or claims thereon except as above stated, and that the foregoing statement is a full and true exhibit of all assets and liabilities of the said Corporation at the close of business December 31, 2006, according to the best of his knowledge, information and belief.

Subscribed and sworn to before me the 14th day of March, 2007.

*[Signature: Rosemary Wadas]*
Notary Public in the State of New York
Appointed in Oneida County
My Commission Expires April 30, 2010          Attest

*[Signature]*
President & COO

*[Signature: George P. Wardley]*
Secretary

8-B-50  Ed. 03-2007

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a true and correct copy of the within Appeal Bond upon the following by electronic notice, on the 20h day of November, 2007:

> Hon. Terrence F. McVerry
> U.S. Post Office and Courthouse
> Sixth Floor
> Grant Street and Seventh Avenue
> Pittsburgh, PA 15219
>
> Timothy C. Leventry, Esquire
> Leventry, Haschak , Rodkey & Klementik, LLC
> 1397 Eisenhower Boulevard
> Richland Square III, Suite 202
> Johnstown, PA 15904
>
> Bernard C. Caputo, Esquire
> John A. Caputo & Associates
> Three Gateway Center, 5th Floor East
> 401 Liberty Avenue
> Pittsburgh, PA 15222

BURNS, WHITE & HICKTON

By:   s/ Ira L. Podheiser
       Ira L. Podheiser, Esquire
       Attorneys for Defendant
       R.P.C. Employer Services, Inc.