IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> R.P.C. EMPLOYER SERVICES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:02-cv-548 <br> Hon. Terrence F. McVerry |

### NOTICE OF APPEAL

Notice is hereby given that Defendant-Appellant, R.P.C. Employer Services, Inc., hereby appeals from the Order of Court entered on November 29, 2007, awarding attorneys' fees and costs to Plaintiff-Appellee National Indoor Football League in the amount of $233,554.40 (Document No. 165).[1]

| FECZKO & SEYMOUR | BURNS, WHITE & HICKTON |
|---|---|
| By: __s/ Michael J. Seymour__ <br> Michael J. Seymour, Esquire <br> PA ID No. 00260 <br> 310 Grant Street, Suite 520 <br> Pittsburgh, PA 15219 <br> Telephone: (412) 261-4970 <br> Email: mjseymour@covad.net | By: __s/ Ira L. Podheiser__ <br> John B. Cromer, Esquire <br> PA ID No. 66773 <br> Ira L. Podheiser Esquire <br> PA ID No. 46973 <br> Four Northshore Center <br> 106 Isabella Street <br> Pittsburgh, PA 15212 <br> Telephone: (412) 995-3000 <br> FAX:        (412) 995-3300 <br> Email: ilpodheiser@bwhllc.com <br><br> Attorneys for Defendant <br> R.P.C. Employer Services, Inc. |

Dated: December 26, 2007

---

[1] A prior Notice of Appeal was filed on October 15, 2007 from the Court's order denying R.P.C Employer Services, Inc.'s Motion to Alter or Amend Judgment. (Document No. 155).

336859_2.doc

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a true and correct copy of the within Notice of Appeal upon the following, on the 26th day of December, 2007:

*By First Class Mail:*
Hon. Terrence F. McVerry
U.S. Post Office and Courthouse
Sixth Floor
Grant Street and Seventh Avenue
Pittsburgh, PA 15219

*By Electronic Notice:*
Timothy C. Leventry, Esquire
Leventry, Haschak , Rodkey & Klementik, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Bernard C. Caputo, Esquire
John A. Caputo & Associates
Three Gateway Center, 5th Floor East
401 Liberty Avenue
Pittsburgh, PA 15222

BURNS, WHITE & HICKTON

By: ___s/ Ira L. Podheiser___
Ira L. Podheiser, Esquire
Attorneys for Defendant
R.P.C. Employer Services, Inc.