**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH Division

# 08001275 - KY
December 26, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| APPEAL D | 02-cv-548 | 1 @ | 455.00 |
| | | | 455.00 CH |

TOTAL→        455.00

FROM: BURNS, WHITE & HICKTON
      FOUR NORTHSHORE CENTER
      106 ISABELLA STREET
      PITTSBURGH, PA 15212