# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-4072

Natl Indoor v. R P C Empl Ser Inc

02-cv-00548

**O R D E R**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

John B. Cromer
Burns, White & Hickton
106 Isabella Street
Four Northshore Center
Pittsburgh, PA 15212-0000

Timothy C. Leventry
Leventry, Haschak & Rodkey
1397 Eisenhower Boulevard
Richland Square III
Suite 202
Johnstown, PA 15904-0000

Ira L. Podheiser
Burns, White & Hickton

106 Isabella Street
Four Northshore Center
Pittsburgh, PA 15212-0000

Michael J. Seymour
Feczko & Seymour
310 Grant Street
520 Grant Building
Pittsburgh, PA 15219-0000


 Dated:  April 7, 2008