# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | **CIVIL DIVISION** |
| PLAINTIFF, | : | NO.:  CA 2 - 548 |
| v. | : | TYPE OF PLEADING: |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **PRAECIPE TO MARK CASE SETTLED AND DISCONTINUED** |
| DEFENDANT. | : | |
| | : | **FILED ON BEHALF OF:** |
| | : | **PLAINTIFF** |
| | : | **COUNSEL FOR PLAINTIFF:** |
| | : | **TIMOTHY C. LEVENTRY, LL.M.** |
| | : | **LEVENTRY, HASCHAK & RODKEY, LLC** |
| | : | **PA I.D. 34980** |
| | : | **1397 EISENHOWER BOULEVARD** |
| | : | **RICHLAND SQUARE III, SUITE 202** |
| | : | **JOHNSTOWN, PA  15904** |
| | : | **(814) 266-1799** |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| **NATIONAL INDOOR FOOTBALL LEAGUE L.L.C.,** | : | **CIVIL DIVISION** |
| PLAINTIFF, | : | NO.: CA 2 - 548 |
| | : | |
| v. | : | |
| | : | TYPE OF PLEADING: |
| | : | |
| **R.P.C. EMPLOYER SERVICES, INC.,** | : | **PRAECIPE TO MARK CASE** |
| | : | **SETTLED AND DISCONTINUED** |
| DEFENDANT. | : | |

## PRAECIPE TO MARK CASE SETTLED AND DISCONTINUED

AND NOW, comes the Plaintiff, National Indoor Football League ( hereinafter "NIFL"), by and through its attorneys, Leventry, Haschak & Rodkey, LLC, and files a Praecipe to Mark Case Settled and Discontinued:

**TO:   CLERK OF COURT**

Please mark the above-captioned case Settled and Discontinued with Prejudice.

Respectfully submitted,

  s/ Timothy C. Leventry
Timothy C. Leventry, LL.M
Attorney for the Plaintiff