IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL INDOOR FOOTBALL LEAGUE, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2:02-cv-548 |
| v. | ) ) ) | |
| R.P.C. EMPLOYER SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for Defendant, R.P.C. Employer Services, Inc., in the above-captioned action.

                          BURNS, WHITE & HICKTON

                          By: /s/ Allan J. Wertz
                                Allan J. Wertz Esquire
                                PA ID No. 85571
                                Four Northshore Center
                                106 Isabella Street
                                Pittsburgh, PA 15212
                                Telephone: (412) 995-3000
                                FAX: (412) 995-3303
                                Email: ajwertz@bwhllc.com

                                Attorneys for Defendant
                                R.P.C. Employer Services, Inc.

Dated: May 1, 2009

657425

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a true and correct copy of the within Notice of Appearance upon the following **electronically** on the 1st day of May, 2009:

Timothy C. Leventry, Esquire
Leventry, Haschak , Rodkey & Klementik, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904

Bernard C. Caputo, Esquire
John A. Caputo & Associates
Three Gateway Center, 5th Floor East
401 Liberty Avenue
Pittsburgh, PA 15222

/s/ Allan J. Wertz
Allan J. Wertz, Esquire
Counsel for Defendant